| | |
|---|---|
| 1 | Joseph M. Alioto (SBN 42680) |
| | Theresa D. Moore (SBN 99978) |
| 2 | Joseph M. Alioto, Jr. (SBN 215544) |
| | Thomas P. Pier (SBN 235740) |
| 3 | Angelina Alioto-Grace (SBN 206899) |
| | ALIOTO LAW FIRM |
| 4 | 555 California Street, Suite 3160 |
| | San Francisco, CA  94104 |
| 5 | Telephone:  (415) 434-8900 |
| | Facsimile:   (415) 434-9200 |
| 6 | Email:  jmalioto@aliotolaw.com |

Thomas V. Girardi (SBN 36603)
Stephen G. Larson (SBN 145225)
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554
Email:  tgirardi@girardikeese.com
Email:  slarson@girardikeese.com

Attorneys for Plaintiffs

[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, et al., | ) CASE NO.:  CV-10-02858 RS |
| Plaintiffs, | ) |
| | ) **NOTICE OF ASSOCIATION** |
| v. | ) **OF ATTORNEYS** |
| | ) |
| UAL CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR COUNSEL OF

RECORD HEREIN:

   PLEASE TAKE NOTICE that Joseph M. Alioto of the ALIOTO LAW FIRM, hereby

associates Thomas V. Girardi and Stephen G. Larson of GIRARDI | KEESE, as co-counsel for

plaintiffs:  Michael C. Malaney, Katherine R. Arcell, Kieth Dean Bradt, Jose' M. Brito, Jan

| | |
|---|---|
| 1 | Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, |
| 2 | Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry |
| 3 | Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, |
| 4 | Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, |
| 5 | Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia |
| 6 | Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. |
| 7 | Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. |
| 8 | Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana |
| 9 | Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, |
| 10 | and Suraj Zutshi, in the above-entitled matter. |

The office address and telephone numbers for such associated counsel is:

Thomas V. Girardi, Esq.
Stephen G. Larson, Esq.
Girardi | Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554

Dated:  July 27, 2010

ALIOTO LAW FIRM


By:           /s/
      Joseph M. Alioto
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:   (415) 434-9200
E-mail:  jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*

**PLAINTIFFS' COUNSEL**

1

2  Joseph M. Alioto (SBN 42680)
   Theresa D. Moore (SBN 99978)
3  Joseph M. Alioto, Jr. (SBN 215544)
   Thomas P. Pier (SBN 235740)
4  Angelina Alioto-Grace (SBN 206899)
   ALIOTO LAW FIRM
5  555 California Street, Suite 3160
   San Francisco, CA  94104
6  Telephone:  (415) 434-8900
   Facsimile:   (415) 434-9200
7  Email:  jmalioto@aliotolaw.com

8  Daniel R. Shulman (MN SBN 100651)
   *Pending Pro Hac Vice*
9  Julie Lynn Boehmke (MN SBN 317330)
   *Pending Pro Hac Vice*
10 Jeremy L. Johnson (MN SBN 328558)
   *Pending Pro Hac Vice*
11 GRAY, PLANT, MOOTY, MOOTY & BENNETT
   500 IDS Center
12 80 South 8th Street
   Minneapolis, MN 55402
13 Telephone:  (612) 632-3000
   Facsimile:   (612) 632-4335
14 Email: daniel.shulman@gpmlaw.com
   Email:  julie.boehmke@gpmlaw.com
15 Email:  jeremy.johnson@gpmlaw.com

16 Gil D. Messina (NJ SBN GM5079)
   *Pending Pro Hac Vice*
17 MESSINA LAW FIRM PC
   961 Holmdel Road
18 Holmdel, NJ  07733
   Telephone:  (732) 332-9300
19 Facsimile:  (732) 332-9301
   Email:  gmessina@messinalawfirm.com
20

21 Thomas V. Girardi (SBN 36603)
   Stephen G. Larson (SBN 145225)
22 GIRARDI KEESE
   1126 Wilshire Boulevard
23 Los Angeles, CA  90017
   Telephone:  (213) 977-0211
24 Facsimile: (213) 481-1554
   Email:  tgirardi@girardikeese.com
25 Email:  slarson@girardikeese.com

26

27

28

– 3 –
*Notice of Association of Attorneys*