**\*E-Filed 08/02/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALANEY, et al., | No. CV 10-02858 RS |
| Plaintiffs, | CLERK'S NOTICE |
| v. | |
| UAL CORPORATION, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of plaintiffs' letter, submitted via ECF on August 2, 2010, requesting a scheduling conference call. A scheduling conference is hereby set for Friday, August 6, 2010 at 10:30 a.m. All parties shall appear telephonically and must contact Court Conference at 866/582-6878 immediately to arrange their participation.

For the Court,

RICHARD W. WEIKING, Clerk


By: /s/ Corinne Lew

Courtroom Deputy Clerk

Dated: August 2, 2010