| | |
|---|---|
| 1 | Paul L. Yde (Dist. of Columbia Bar No. 449751) |
| | Timothy J. Coleman (Dist. of Columbia Bar No. 436415) |
| 2 | Freshfields Bruckhaus Deringer US LLP |
| | 701 Pennsylvania Ave., NW, Suite 600 |
| 3 | Washington, DC 20004110 |
| | Telephone: (202) 777-4500 |
| 4 | Facsimile: (202) 777-4555 |
| | Email: paul.yde@freshfields.com |
| 5 | tim.coleman@freshfields.com |
| 6 | *Pro Hac Vice* Application to be filed |
| 7 | Patrick D. Robbins (State Bar No. 152288) |
| | Mikael A. Abye (State Bar No. 233458) |
| 8 | SHEARMAN & STERLING LLP |
| | 525 Market Street, Suite 1500 |
| 9 | San Francisco, CA 94105-2723 |
| | Telephone: (415) 616-1100 |
| 10 | Facsimile: (415) 616-1199 |
| | Email: probbins@shearman.com |
| 11 | mabye@shearman.com |
| 12 | Attorneys for Defendant Continental Airlines, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | Michael C. Malaney, Katherine R. Arcell, Keith Dean Bradt, Jose' M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi,<br><br>Plaintiffs, | CASE NO.: 3:10-CV-02858 RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT CONTINENTAL AIRLINES, INC. | |

NOTICE OF APPEARANCE                                                                CASE NO. 3:10-CV-2858-RS

289633

|   |   |
|---|---|
| 1 | v. |
| 2 | UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC. |
| 3 |   |
| 4 | Defendants. |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that Patrick D. Robbins and Mikael A. Abye hereby appear as co-counsel for defendant Continental Airlines, Inc. in the above-captioned action. Please serve counsel with all pleadings and notices in this action.

.

Dated:  August 3, 2010        FRESHFIELDS BRUCKHAUS DERINGER US LLP
                              Paul L. Yde
                              Timothy J. Coleman

                              SHEARMAN & STERLING LLP
                              Patrick D. Robbins
                              Mikael A. Abye


                              By:        /s/Patrick D. Robbins
                                         Patrick D. Robbins

                              Attorneys for Defendant Continental Airlines, Inc.

NOTICE OF APPEARANCE                 1                CASE NO. 3:10-CV-2858-RS

289633