Max R. Shulman  (NY State Bar No. 1473982)
Stuart W. Gold (NY State Bar No. 1639434)
Katherine B. Forrest (NY State Bar No. 2381457)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: mshulman@cravath.com
sgold@cravath.com
kforrest@cravath.com

*Pro Hac Vice* Application to be Filed

Patrick D. Robbins (CA State Bar No. 152288)
Mikael A. Abye (CA State Bar No. 233458)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile:  (415) 616-1199
Email: probbins@shearman.com
mabye@shearman.com

Attorneys for Defendants UAL Corporation and
United Air Lines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Keith Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela | CASE NO. 3:10-CV-02858-RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANTS UAL CORPORATION AND UNITED AIR LINES, INC. |

---

NOTICE OF APPEARANCE                                                  CASE NO. 3:10-CV-2858-RS

289628

| | |
|---|---|
| 1 | S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC., |
| 6 | Defendants. |

8  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD IN THIS ACTION:

9  PLEASE TAKE NOTICE that Patrick D. Robbins and Mikael A. Abye hereby

10 appear as co-counsel for defendants UAL Corporation and United Air Lines, Inc. in the above-

11 captioned action.  Please serve counsel with all pleadings and notices in this action.

14 Dated: August 3, 2010

CRAVATH, SWAINE & MOORE LLP
Max R. Shulman
Stuart W. Gold
Katherine B. Forrest

SHEARMAN & STERLING LLP
Patrick D. Robbins
Mikael A. Abye

By: _____/s/Patrick D. Robbins_____
         Patrick D. Robbins

Attorneys for Defendants, UAL Corporation and United Air Lines, Inc.

NOTICE OF APPEARANCE                          1                     CASE NO. 3:10-CV-2858-RS

289628