| | |
|---|---|
| 1 | Paul L. Yde (Dist. of Columbia Bar No. 449751) |
| | Timothy J. Coleman (Dist. of Columbia Bar No. 436415) |
| 2 | Freshfields Bruckhaus Deringer US LLP |
| | 701 Pennsylvania Ave., NW, Suite 600 |
| 3 | Washington, DC 20004110 |
| | Telephone:  (202) 777-4500 |
| 4 | Facsimile:   (202) 777-4555 |
| | Email:        paul.yde@freshfields.com |
| 5 | tim.coleman@freshfields.com |
| 6 | *Pro Hac Vice* Application to be filed |
| 7 | Patrick D. Robbins (State Bar No. 152288) |
| | Mikael A. Abye (State Bar No. 233458) |
| 8 | SHEARMAN & STERLING LLP |
| | 525 Market Street, Suite 1500 |
| 9 | San Francisco, CA 94105-2723 |
| | Telephone: (415) 616-1100 |
| 10 | Facsimile:  (415) 616-1199 |
| | Email:        probbins@shearman.com |
| 11 | mabye@shearman.com |
| 12 | Attorneys for Defendant Continental Airlines, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | Michael C. Malaney, Katherine R. Arcell, Kieth Dean Bradt, Jose' M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi,<br><br>Plaintiffs, | CASE NO.: 3:10-CV-02858 RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 | |

1 | v.
2 | UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.
3 |
4 | Defendants.

5 Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned certifies

6 that as of this date, other than the named parties to the instant litigation, there is no relevant

7 interest to report.

8 Dated: August 3, 2010   FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                Paul L. Yde
9                               Timothy J. Coleman

10                              SHEARMAN & STERLING LLP
                                Patrick D. Robbins
11                              Mikael A. Abye

12

13                              By:  _____Patrick D. Robbins /s/_____
                                        Patrick D. Robbins
14
                                Attorneys for Defendant Continental Airlines, Inc.
15

CERT. OF INTERESTED ENTITIES OR           1            CASE NO.: 3:10-CV-02858 RS
PERSONS PURSUANT TO CIV. L.R. 3-16                                          289632