1   Max R. Shulman (NY State Bar No. 1473982)
    Stuart W. Gold (NY State Bar No. 1639434)
2   Katherine B. Forrest (NY State Bar No. 2381457)
    CRAVATH, SWAINE & MOORE LLP
3   Worldwide Plaza
    825 Eighth Avenue
4   New York, NY 10019
    Telephone: (212) 474-1000
5   Facsimile: (212) 474-3700
    Email:  mshulman@cravath.com
6           sgold@cravath.com
            kforrest@cravath.com
7
    *Pro Hac Vice* Application to be Filed
8
    Patrick D. Robbins (CA State Bar No. 152288)
9   Mikael A. Abye (CA State Bar No. 233458)
    SHEARMAN & STERLING LLP
10  525 Market Street, Suite 1500
    San Francisco, CA 94105-2723
11  Telephone: (415) 616-1100
    Facsimile:  (415) 616-1199
12  Email:  probbins@shearman.com
            mabye@shearman.com
13
    Attorneys for Defendants UAL Corporation and
14  United Air Lines, Inc.

15                   UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18  Michael C. Malaney, Katherine R. Arcell, Keith      CASE NO. 3:10-CV-02858-RS
    Dean Bradt, José M. Brito, Jan Marie Brown,
19  Robert D. Conway, Rosemary D'Augusta,               Assigned to The Hon. Richard Seeborg
    Brenda K. Davis, Pamela Faust, Carolyn Fjord,
20  Don Freeland, Ted Friedli, Donald V. Fry,           CERTIFICATION OF INTERESTED
    Gabriel Garavanian, Harry Garavanian, Yvonne        ENTITIES OR PERSONS PURSUANT TO
21  Jocelyn Gardner, Lee M. Gentry, Jay Glikman,        CIVIL L.R. 3-16
    Donna M. Johnson, Valarie Ann Jolly, Gail S.
22  Kosach, Rozann Kunstle, Steve Kunstle, John
    Lovell, Len Marazzo, Lee McCarthy, Lisa
23  McCarthy, Patricia Ann Meeuwsen, L. West
    Oehmig, Jr., Cynthia Prosterman, Deborah M.
24  Pulfer, Sharon Holmes Reed, Dana L. Robinson,
    Robert A. Rosenthal, Bill Rubinsohn, Sondra K.
25  Russell, Sylvia N. Sparks, June Stansbury, Clyde
    D. Stensrud, Sherry Lynne Stewart, Wayne
26  Taleff, Gary Talewsky, Annette M. Tippetts,
    Diana Lynn Ultican, J. Michael Walker, Pamela

27

28

---

CERT. OF INTERESTED ENTITIES OR            CASE NO.: 3:10-CV-02858 RS
PERSONS PURSUANT TO CIV. L.R. 3-16
                                                                        289631

1   S. Ward, David P. Wendell, Christine O.
    Whalen, and Suraj Zutshi,
2
                                        Plaintiffs,
3                   vs.

4   UAL CORPORATION, UNITED AIR LINES,
    INC., and CONTINENTAL AIRLINES, INC.,
5
                                        Defendants.
6

7

8           Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned

9   certifies that as of this date, other than the named parties to the instant litigation, there is no

10  relevant interest to report.

11
    Dated:  August 3, 2010                     CRAVATH, SWAINE & MOORE LLP
12                                              Max R. Shulman
                                                Stuart W. Gold
13                                              Katherine B. Forrest

14                                              SHEARMAN & STERLING LLP
                                                Patrick D. Robbins
15                                              Mikael A. Abye

16

17                                              By:  _____ Patrick D. Robbins /s/ _____
                                                            Patrick D. Robbins
18
                                                Attorneys for Defendants, UAL Corporation and
19                                              United Air Lines, Inc.

20

21

22

23

24

25

26

27

28

---