| | |
|---|---|
| 1 | Max R. Shulman  (NY State Bar No. 1473982) |
|   | Stuart W. Gold (NY State Bar No. 1639434) |
| 2 | Katherine B. Forrest (NY State Bar No. 2381457) |
|   | CRAVATH, SWAINE & MOORE LLP |
| 3 | Worldwide Plaza |
|   | 825 Eighth Avenue |
| 4 | New York, NY 10019 |
|   | Telephone: (212) 474-1000 |
| 5 | Facsimile: (212) 474-3700 |
|   | Email:        mshulman@cravath.com |
| 6 |                    sgold@cravath.com |
|   |                    kforrest@cravath.com |
| 7 | |
|   | *Pro Hac Vice* Application to be Filed |
| 8 | |
|   | Patrick D. Robbins (CA State Bar No. 152288) |
| 9 | Mikael A. Abye (CA State Bar No. 233458) |
|   | SHEARMAN & STERLING LLP |
| 10 | 525 Market Street, Suite 1500 |
|   | San Francisco, CA 94105-2723 |
| 11 | Telephone: (415) 616-1100 |
|   | Facsimile:  (415) 616-1199 |
| 12 | Email:        probbins@shearman.com |
|   |                    mabye@shearman.com |
| 13 | |
|   | Attorneys for Defendants UAL Corporation and |
| 14 | United Air Lines, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Keith Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela | CASE NO. 3:10-CV-02858-RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANTS UAL CORPORATION AND UNITED AIR LINES, INC. |

---

NOTICE OF APPEARANCE                                                                 CASE NO. 3:10-CV-2858-RS

289628

| | |
|---|---|
| 1 | S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC., |
| 6 | Defendants. |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that Patrick D. Robbins and Mikael A. Abye hereby appear as co-counsel for defendants UAL Corporation and United Air Lines, Inc. in the above-captioned action. Please serve counsel with all pleadings and notices in this action.

Dated: August 3, 2010

CRAVATH, SWAINE & MOORE LLP
Max R. Shulman
Stuart W. Gold
Katherine B. Forrest

SHEARMAN & STERLING LLP
Patrick D. Robbins
Mikael A. Abye

By: _____/s/Patrick D. Robbins_____
        Patrick D. Robbins

Attorneys for Defendants, UAL Corporation and United Air Lines, Inc.

NOTICE OF APPEARANCE                 1                 CASE NO. 3:10-CV-2858-RS

289628