# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1890

ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON

JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III

WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN

DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

August 3, 2010

Malaney, et al. v. UAL Corporation, et al.,
Civil No. 3:10-cv-02858-RS

Dear Judge Seeborg:

    We represent defendants UAL Corporation and United Air Lines, Inc. in the above captioned action. Counsel for defendant Continental Airlines, Inc. (Freshfields Bruckhaus Deringer US LLP) advise that their client joins this letter.

    We write in response to plaintiffs' August 2, 2010, letter requesting a conference to consider a schedule for a permanent injunction trial and for a preliminary injunction hearing in the event that United and Continental intend to close their merger before plaintiffs' proposed trial date. We understand that the Court has set a telephonic conference for August 6, 2010, at 10:30 a.m. PDT to discuss these issues.

    Ahead of that conference, we want to advise the Court that we do not agree with plaintiffs' proposed schedule. Given the pace of events, it is possible that the transaction could close before the trial date in plaintiffs' proposed schedule. Accordingly, we urge the Court to set a hearing on a motion for preliminary injunction no later than September 14, 2010. We plan to meet and confer promptly with plaintiffs'

counsel with respect to a preliminary injunction schedule and, no later than August 5, will submit to the Court either an agreed upon schedule or one proposed by defendants.

Respectfully,

Max R. Shulman

Judge Richard Seeborg
   450 Golden Gate Avenue
      Courtroom 3, 17th Floor
         San Francisco, CA 94102

VIA ECF

Copies to:

Daniel R. Shulman (plaintiffs' counsel)
Joseph Alioto (plaintiffs' counsel)
Paul Yde and Tim Coleman (counsel for defendant Continental Airlines, Inc.)
Patrick Robbins (counsel for defendants UAL Corporation, United Air Lines, Inc. and Continental Airlines, Inc.)

VIA ECF AND EMAIL