UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:**  8/6/10            **Time in Court:** **45 min.**

**Case No.:** C 10-02858 RS

**Case Title:** Malaney, et al.,   v.  United Airlines Corporation, et al.,

**Appearances:**
  For Plaintiff(s): Michael Kowsari, Gil Messina, Tom P. Pier, Daniel Shulman
      (By telephone)

  For Defendant(s:) Katherine Forrest, Stuart Gold, Patrick Robbins, Max Shulman
        (By telephone)

**Deputy Clerk:** Corinne Lew         **Court Reporter:** Connie Kuhl

## *PROCEEDINGS*

In-Chambers Telephonic Status Hearing Held.

## **SUMMARY**

Parties are to submit a stipulated schedule for a preliminary injunction hearing.