UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Kieth Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi,<br><br>Plaintiffs,<br><br>vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>Defendants. | CASE NO. 3:10-CV-02858-RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Stuart W. Gold, whose business address and telephone number is:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY, 10019,
(212) 474-1000

and who is an active member in good standing of the bar of the State of New York having

applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing UAL Corporation and United Air Lines, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1 *vice*. Service of papers upon and communication with co-counsel designated in the application
2 will constitute notice to the party. All future filings in this action are subject to the requirements
3 contained in General Order No. 45, *Electronic Case Filing*.

Dated: August  6 , 2010

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE