RECEIVED
2010 AUG -4 P 1: 18
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Kieth Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi, | CASE NO. 3:10-CV-02858-RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
|                                 Plaintiffs,<br>vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>                                Defendants. | |

Paul L. Yde, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Freshfields Bruckhaus Deringer US, LLP, 701 Pennsylvania Ave., NW, Suite 600, Washington, DC 20004, telephone: 202-777-4530, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Continental Airlines, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

[PROP.] ORDER GRANTING APPL. FOR ADMISSION OF ATTY PRO HAC VICE

CASE NO. 3:10-CV-2858-RS

1    contained in General Order No. 45, Electronic Case Filing.

2

3

4    Dated: August  6 , 2010

5                                           HONORABLE RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROP.] ORDER GRANTING APPL. FOR        2        CASE NO. 3:10-CV-2858-RS
ADMISSION OF ATTY PRO HAC VICE