Joseph M. Alioto (SBM 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email: jmalioto@aliotolaw.com

Attorneys for Plaintiffs
[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Kieth Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippitts, Diane Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi,<br><br>Plaintiffs,<br><br>v.<br><br>UAL CORPORATION, UNITED AIRLINES, INC., and CONTINENTAL AIRLINES, INC.<br><br>Defendants. | **CASE NO.:  CV-10-02858 (RS)**<br><br>Date: August 31, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Richard Seeborg<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs above-named, by and through their undersigned attorneys, hereby move this Court for an order enjoining defendants above-named, their officers, directors, employees, agents, and all persons acting in concert with them or subject to their direction or control, from completing and consummating the proposed merger described in the Complaint herein, pending a final determination by the Court after trial as to whether a permanent injunction should issue, notwithstanding any interim approval by any governmental or regulatory agency or department.

The grounds for this motion are that the plaintiffs will suffer irreparable harm if said merger is consummated and completed; the threatened harm to the plaintiffs if the injunction is not issued greatly outweighs the threatened injury to the defendants if the injunction issues; there is a high probability that plaintiffs will succeed on the merits in establishing that the contemplated merger violates United States antitrust laws; and the public interest strongly favors granting the preliminary injunction.

This motion is based on the Complaint and all of the files and proceedings herein. A supporting memorandum of law will be timely submitted.

Dated: August 9, 2010

        ALIOTO LAW FIRM
        GRAY, PLANT, MOOTY, MOOTY &
         BENNETT, P.A.


        By:   /s/ Joseph M. Alioto
            Joseph M. Alioto

## PLAINTIFFS' COUNSEL

Joseph M. Alioto, SBN 42680
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone: (415)  434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
Email: esexton@aliotolaw.com
Email: tpier@aliotolaw.com

Daniel R. Shulman, (MN SBN 100651)
*Pending Pro Hac Vice*
Julie L. Boehmke, (MN SBN 317330)
*Pending Pro Hac Vice*
Jeremy L. Johnson (MN SBN 328558)
*Pending Pro Hac Vice*
GRAY, PLANT, MOOTY, MOOTY &
  BENNETT, P.A.
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335
Email: daniel.shulman@gpmlaw.com
Email: julie.boehmke@gpmlaw.com
Email: jeremy.johnson@gpjlaw.com


Gil D. Messina (NJ SBN GM5079)
*Admitted Pro Hac Vice*
MESSINA LAW FIRM, PC
961 Holmdel Road
Holmdel, NJ  07733
Telephone:  (732) 332-9300
Facsimile:  (732) 332-9301
Email: gmessina@messinalawfirm.com