1  Joseph M. Alioto (SBN 42680)
   Theresa D. Moore (SBN 99978)
2  Joseph M. Alioto Jr. (SBN 206899)
   Thomas P. Pier (SBN 235740)
3  Angelina Alioto-Grace (SBN 206899)
   ALIOTO LAW FIRM
4  555 California Street, Suite 3160
   San Francisco, CA 94104
5  Telephone: (415) 434-8900
   Facsimile:  (415) 434-9200
6  Email: jmalioto@aliotolaw.com

7  Jack W. Lee (SBN 71626)
   Derek G. Howard (SBN 118082)
8  MINAMI TAMAKI, LLP
   360 Post Street, 8th Floor
9  San Francisco, CA 94108
10 Telephone: (415) 788-9000
   Facsimile: (415) 398-3887
11 Email:  jlee@MinamiTamaki.com
           dhoward@MinamiTamaki.com
12

13 Attorneys for Plaintiffs

14 [ADDITIONAL COUNSEL LISTED ON LAST PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL C. MALANEY, et al., | Case No. CV-10-02858 RS |
| Plaintiffs, | **NOTICE OF ASSOCIATION OF ATTORNEYS** |
| v. | |
| UAL CORPORATION, et al., | |
| Defendants. | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

PLEASE TAKE NOTICE that Joseph M. Alioto of the ALIOTO LAW FIRM, hereby associates Jack W. Lee and Derek G. Howard of MINAMI TAMAKI, LLP as co-counsel for plaintiffs: Michael C. Malaney, Katherine R. Arcell, Keith Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Junstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi, in the above-entitled matter.

The office address, telephone numbers and email addresses for such associated counsel are:

> Jack. W. Lee, Esq.
> Derek G. Howard, Esq.
> MINAMI TAMAKI, LLP
> 360 Post Street, 8th Floor
> San Francisco, CA 94108
> Telephone: (415) 788-9000
> Facsimile: (415) 398-3887
> Email: jlee@MinamiTamaki.com
>        dhoward@MinamiTamaki.com

Dated August 11, 2010                **ALIOTO LAW FIRM**

By:     */s/ Joseph M. Alioto*
        Joseph M. Alioto
        **ALIOTO LAW FIRM**
        555 California Street, Suite 3160
        San Francisco, CA 94104
        Telephone: (415) 434-8900
        Facsimile:  (415) 434-9200
        Email: jmalioto@aliotolaw.com

        *Attorneys for Plaintiffs*

**MINAMI TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -

Notice of Association of Attorneys                    Case No. CV-10-02858 RS

Dated August 11, 2010          **MINAMI TAMAKI, LLP**

                        By:     */s/ Derek G. Howard*
                               Jack. W. Lee, Esq.
                               Derek G. Howard, Esq.
                               MINAMI TAMAKI, LLP
                               360 Post Street, 8th Floor
                               San Francisco, CA 94108
                               Telephone: (415) 788-9000
                               Facsimile: (415) 398-3887
                               Email:  jlee@MinamiTamaki.com
                                              dhoward@MinamiTamaki.com

                               *Attorneys for Plaintiffs*

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 3 -

Notice of Association of Attorneys                                       Case No. CV-10-02858 RS

| | |
|---|---|
| 1 | **PLAINTIFFS' COUNSEL** |
| 2 | Joseph M. Alioto (SBN 42680)<br>Theresa D. Moore (SBN 99978) |
| 3 | Joseph M. Alioto Jr. (SBN 206899)<br>Thomas P. Pier (SBN 235740) |
| 4 | Angelina Alioto-Grace (SBN 206899)<br>ALIOTO LAW FIRM |
| 5 | 555 California Street, Suite 3160<br>San Francisco, CA 94104 |
| 6 | Telephone: (415) 434-8900<br>Facsimile:  (415) 434-9200 |
| 7 | Email: jmalioto@aliotolaw.com |
| 8 | Daniel R. Schulman (MN SBN 100651) Pro Hac Vice<br>Julie Lynn Boehmke (MN SBN 317330) Pro Hac Vice |
| 9 | Jeremy L. Johnson (MN SBN 328558) Pro Hac Vice<br>GRAY, PLANT, MOOTY, MOOTY &BENNETT |
| 10 | 500 IDS Center<br>80 South 8th Street |
| 11 | Minneapolis, MN 55402<br>Telephone: (612) 632-3000 |
| 12 | Facsimile:  (612) 632-4335<br>Email: daniel.schulman@gpmlaw.com |
| 13 | Email: julie.boehmke@gpmlaw.com<br>Email: jeremy.johnson@gpmlaw.com |
| 14 | |
| | Gil D. Messina (NJ SBN GM5079) |
| 15 | Pro Hac Vice<br>MESSINA LAW FIRM PC |
| 16 | 961 Holmdel Road<br>Holmdel, NJ 07733 |
| 17 | Telephone: (732) 332-9300<br>Facsimile:  (732) 332-9301 |
| 18 | Email: gmessina@messinalawfirm.com |
| 19 | Thomas V. Girardi (SBN 36603)<br>Stephen G. Larson (SBN 145225) |
| 20 | GIRARDI KEESE<br>1126 Wilshire Boulevard |
| 21 | Los Angeles, CA 90017<br>Telephone: (213) 977-0211 |
| 22 | Facsimile: (213) 481-1554<br>Email: tgirardi@girardikeese.com |
| 23 | Email: slarson@girardikeese.com |
| 24 | Jack W. Lee<br>Derek G. Howard |
| 25 | Sean Tamura-Sato<br>MINAMI TAMAKI LLP |
| 26 | 360 Post Street, 8th Floor<br>San Francisco, CA 94108 |
| 27 | Telephone: (415) 788-9000<br>Facsimile: (415) 398-3887 |
| 28 | Email: jlee@minamitamaki.com<br>Email: dhoward@minamitamaki.com |

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 4 -

Notice of Association of Attorneys                                    Case No. CV-10-02858 RS