UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RECEIVED 2010 AUG 13 P 12:30 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT N.D. OF CALIFORNIA

Michael C. Malaney, Katherine R. Arcell, Kieth Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippitts, Diane Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi,

Plaintiffs,

v.

UAL CORPORATION, UNITED AIRLIENS, INC., and CONTINENTAL AIRLINES, INC.

Defendants.

CASE NO.: CV-10-02858 RS

~~(Proposed)~~ ORDER GRANTING APPLICATION OF DANIEL R. SHULMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Daniel R. Shulman, an active member in good standing of the bar of the State of Minnesota, whose business address and telephone number are Gray, Plant, Mooty, Mooty & Bennett, P.A., 500 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, telephone 612-632-3335, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the plaintiffs in this action;

1

~~PROPOSED~~ ORDER GRANTING SHULMAN APPLICATION FOR ADMISSION *PRO HAC VICE*
CV-10-02858 RS

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2 conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro*
3 *hac vice*. Service of papers upon and communication with co-counsel designated in the
4 application will constitute notice to the party. All future filings in this action are subject to the
5 requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  8/13/10

_____
Honorable Richard Seeborg
United States District Judge