*E-Filed 8/13/10*

1

2

3

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RECEIVED
2010 AUG 13 P 12: 30
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

5

6

7

8

9

10

11

12

13

14

Michael C. Malaney, Katherine R. Arcell,
Kieth Dean Bradt, José M. Brito, Jan Marie
Brown, Robert D. Conway, Rosemary
D'Augusta, Brenda K. Davis, Pamela Faust,
Carolyn Fjord, Don Freeland, Ted Friedli,
Donald V. Fry, Gabriel Garavanian, Harry
Garavanian, Yvonne Jocelyn Gardner, Lee M.
Gentry, Jay Glikman, Donna M. Johnson,
Valarie Ann Jolly, Gail S. Kosach, Rozann
Kunstle, Steve Kunstle, John Lovell, Len
Marazzo, Lee McCarthy, Lisa McCarthy,
Patricia Ann Meeuwsen, L. West Oehmig, Jr.,
Cynthia Prosterman, Deborah M. Pulfer,
Sharon Holmes Reed, Dana L. Robinson,
Robert A. Rosenthal, Bill Rubinsohn, Sondra
K. Russell, Sylvia N. Sparks, June Stansbury,
Clyde D. Stensrud, Sherry Lynne Stewart,
Wayne Taleff, Gary Talewsky, Annette M.
Tippitts, Diane Lynn Ultican, J. Michael
Walker, Pamela S. Ward, David P. Wendell,
Christine O. Whalen, and Suraj Zutshi,

Plaintiffs,

v.

UAL CORPORATION, UNITED AIRLIENS,
INC., and CONTINENTAL AIRLINES, INC.

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.: CV-10-02858 RS**

~~(Proposed)~~
**ORDER GRANTING APPLICATION
OF JULIE L. BOEHMKE FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Julie L. Boehmke, an active member in good standing of the bar of the State of

Minnesota, whose business address and telephone number are Gray, Plant, Mooty, Mooty &

Bennett, P.A., 500 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, telephone

612-632-3018, having applied in the above-entitled action for admission to practice in the

Northern District of California on a *pro hac vice* basis, representing the plaintiffs in this

action;

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2    conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro*

3    *hac vice*. Service of papers upon and communication with co-counsel designated in the

4    application will constitute notice to the party. All future filings in this action are subject to the

5    requirements contained in General Order No. 45, *Electronic Case Filing*.

6

7

8
      Dated:    8/13/10
9
                                                Honorable Richard Seeborg
10                                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER GRANTING BOEHMKE APPLICATION FOR ADMISSION *PRO HAC VICE*
*CV-10-02858 RS*