*E-Filed 8/24/10*

Patrick D. Robbins (CA Bar No. 152288)
Mikael A. Abye (CA Bar No. 233458)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile:  (415) 616-1199
Email:  probbins@shearman.com
        mabye@shearman.com

Attorneys for Defendants UAL Corporation,
United Air Lines, Inc., and Continental Airlines, Inc.

[Names, Addresses, and Bar Numbers of
Additional Counsel Appear on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 3:10-CV-02858-RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING LENGTH OF PRELIMINARY INJUNCTION PRE-HEARING MEMORANDA<br><br>Courtroom:　　　3<br>Judge:　　　Hon. Richard Seeborg |

1    WHEREAS, on August 8, 2010, plaintiffs moved the Court for an order enjoining defendants' merger. The hearing dates for plaintiffs' motion are August 31 and September 1, 2010.

2    WHEREAS, on August 9, 2010, the Court ordered that the parties submit pre-hearing memoranda by August 24, 2010.

3    WHEREAS, Local Rule 7-4 requires that memoranda not exceed 25 pages, unless the Court so orders.

4    WHEREAS, the parties have met and conferred, and believe that a 30 page limit for each party's pre-hearing memorandum would more adequately permit the parties to address all the relevant issues raised by plaintiffs' motion.

5    THEREFORE, IT IS STIPULATED AND AGREED, WITH THE COURT'S PERMISSION, AS FOLLOWS:

Each party may file a pre-hearing memorandum that shall not exceed 30 pages in length.

Dated: August 23, 2010        By _____/s/_____
                                 Patrick D. Robbins

Patrick D. Robbins (CA Bar No. 152288)
Mikael A. Abye (CA Bar No. 233458)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:            probbins@shearman.com
                  mabye@shearman.com

Attorneys for Defendants UAL Corporation, United Air Lines, Inc., and Continental Airlines, Inc.

|     |                                    |
| --- | ---------------------------------- |
| 1   | Max R. Shulman (NY Bar No. 1473982) |
| 2   | Stuart W. Gold (NY Bar No. 1639434) |
|     | Katherine B. Forrest (NY Bar No. 2381457) |
| 3   | CRAVATH, SWAINE & MOORE LLP |
|     | Worldwide Plaza |
| 4   | 825 Eighth Avenue |
|     | New York, NY 10019 |
| 5   | Telephone: (212) 474-1000 |
|     | Facsimile: (212) 474-3700 |
| 6   | Email:  mshulman@cravath.com |
|     |           sgold@cravath.com |
| 7   |           kforrest@cravath.com |
|     | Admitted *Pro Hac Vice* |

Attorneys for Defendants UAL Corporation and United Air Lines, Inc.

Paul L. Yde (D.C. Bar No. 449751)
Timothy J. Coleman (D.C. Bar No. 436415)
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
701 Pennsylvania Ave., NW, Suite 600
Washington, DC 20004
Telephone:   (202) 777-4500
Facsimile:   (202) 777-4555
Email:       paul.yde@freshfields.com
             tim.coleman@freshfields.com
Admitted *Pro Hac Vice*

Attorneys for Defendant Continental Airlines, Inc.

Dated: August 23, 2010        By _____/s/*_____
                                 Julie Lynn Boehmke

Daniel R. Shulman (MN Bar No. 100651)
Julie Lynn Boehmke (MN Bar No. 317330)
Jeremy L. Johnson (MN Bar No. 328558)
GRAY, PLANT, MOOTY, MOOTY & BENNETT
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4335
Email: daniel.shulman@gpmlaw.com
       julie.boehmke @gpmlaw.com
       jeremy.johnson @gpmlaw.com
Admitted *Pro Hac Vice*

Joseph M. Alioto (CA Bar No. 42680)
Theresa D. Moore (CA Bar No. 99978)
Joseph M. Alioto, Jr. (CA Bar No. 215544)
Thomas P. Pier (CA Bar No. 235740)
Angelina Alioto-Grace (CA Bar No. 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email: jmalioto@aliotolaw.com

Gil D. Messina (NJ Bar No. GM5079)
MESSINA LAW FIRM PC
961 Holmdel Road
Holmdel, NJ 07733
Telephone:  (732) 332-9300
Facsimile:  (732) 332-9301
Email: gmessina@messinalawfirm.com
Pending *Pro Hac Vice*

Attorneys for all Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the parties' respective pre-hearing memoranda, scheduled to be filed on August 24, 2010, shall not exceed 30 pages in length.

Dated:  8/24/10

_____
The Honorable Richard Seeborg
United States District Judge

\* Attestation: Per General Order 45, Section X.B, I hereby attest that counsel for the defendants have obtained written concurrence from Julie Lynn Boehmke with regard to the filing of this document.

/s/
Patrick D. Robbins

STIP. & [PROPOSED] ORDER RE. LENGTH
OF PRE-HEARING MEMORANDA                                  3                        CASE NO. 3:10-CV-02858 RS
                                                                                                                  290061