*E-Filed 8/25/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>Defendants. | CASE NO. 3:10-CV-02858-RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>[PROPOSED] ORDER AUTHORIZING USE OF EQUIPMENT AT PRELIMINARY INJUNCTION HEARING SCHEDULED FOR AUGUST 31, SEPTEMBER 1, AND SEPTEMBER 3, 2010 |

1 | This matter came before the Court on the joint application of the parties for an
2 | order authorizing the use and transport through security of equipment to be used at a preliminary
3 | injunction hearing scheduled for August 31, September 1, and September 3, 2010.
4 | IT IS HEREBY ORDERED that the parties, through their designee, Shearman &
5 | Sterling LLP, counsel for all defendants, are authorized to transport through security to
6 | Courtroom 3 all equipment necessary for the preliminary injunction hearing in the above
7 | captioned matter, including 4 laptop computers, 1 projector, 1 Elmo visual presenter, 1 printer,
8 | and all related cabling.
9 | IT IS FURTHER ORDERED that the parties may set up the above referenced
10 | equipment in Courtroom 3 on August 30, 2010.

Dated: _August 25, 2010_____

*[signature]*

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE