Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email:  jmalioto@aliotolaw.com

Attorneys for Plaintiffs
[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Kieth Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippitts, Diane Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi,<br><br>        Plaintiffs,<br><br>    v.<br><br>UAL CORPORATION, UNITED AIRLINES, INC., and CONTINENTAL AIRLINES, INC.<br><br>        Defendants. | **CASE NO.:  CV-10-02858 (RS)**<br><br><br><br>**PLAINTIFFS' SUPPLEMENTED DEPOSITION DESIGNATIONS** |

1

Plaintiffs above-named submit the following deposition designations for the upcoming hearing on plaintiffs' motion for a preliminary injunction:

**DEPOSITION OF VAUGHN CORDLE, AUGUST 17, 2010:**

| FROM | | TO | | EXHIBIT(S) |
|------|------|------|------|------|
| PAGE | LINE | PAGE | LINE | |
| 8 | 2 | 10 | 1 | |
| 10 | 13 | 11 | 4 | |
| 11 | 12 | 13 | 15 | |
| 16 | 4 | 17 | 24 | |
| 19 | 3 | 19 | 17 | |
| 20 | 22 | 21 | 22 | |
| 23 | 5 | 24 | 5 | |
| 24 | 19 | 25 | 10 | |
| 30 | 8 | 33 | 12 | |
| 35 | 10 | 37 | 15 | |
| 40 | 7 | 41 | 4 | |
| 42 | 15 | 44 | 23 | |
| 45 | 1 | 46 | 14 | |
| 51 | 2 | 51 | 20 | 31 |
| 52 | 9 | 54 | 4 | |
| 55 | 17 | 57 | 3 | |
| 57 | 13 | 58 | 1 | |
| 59 | 1 | 64 | 23 | |
| 65 | 9 | 67 | 11 | |
| 68 | 12 | 69 | 10 | |
| 72 | 13 | 73 | 8 | |
| 77 | 5 | 77 | 12 | |
| 79 | 16 | 80 | 11 | |
| 87 | 24 | 91 | 11 | |
| 93 | 14 | 95 | 19 | |
| 98 | 12 | 98 | 25 | |
| 99 | 23 | 100 | 24 | |
| 107 | 12 | 109 | 5 | |
| 110 | 15 | 113 | 4 | 34 |
| 115 | 9 | 116 | 9 | |
| 120 | 10 | 121 | 23 | |
| 131 | 16 | 133 | 17 | |
| 137 | 8 | 138 | 24 | |
| 141 | 6 | 146 | 9 | |
| 151 | 22 | 152 | 18 | 44 |
| 153 | 4 | 153 | 13 | |
| 154 | 12 | 157 | 8 | |

| | | | | |
|---|---|---|---|---|
| 164 | 20 | 166 | 19 | |
| 168 | 21 | 172 | 24 | |
| 178 | 17 | 179 | 16 | 45 |
| 193 | 14 | 196 | 24 | |
| 197 | 23 | 199 | 1 | 46 |
| 199 | 16 | 202 | 8 | |
| 207 | 25 | 209 | 9 | |
| 217 | 22 | 221 | 6 | 47 |
| 229 | 11 | 232 | 13 | |
| 234 | 11 | 236 | 4 | |
| 241 | 7 | 241 | 19 | 49 |
| 243 | 23 | 246 | 10 | |
| 248 | 5 | 249 | 24 | |
| 250 | 12 | 251 | 4 | |
| 251 | 9 | 253 | 24 | 50 |
| 256 | 6 | 257 | 17 | |
| 262 | 4 | 263 | 15 | |
| 264 | 6 | 267 | 11 | 52 |
| 283 | 19 | 285 | 1 | |
| 290 | 5 | 292 | 8 | |
| 293 | 4 | 293 | 23 | |
| 295 | 25 | 296 | 6 | |
| 298 | 14 | 300 | 4 | 53 |
| 305 | 17 | 306 | 6 | 61 |
| 308 | 9 | 310 | 21 | 58 |
| 311 | 25 | 313 | 3 | |
| 317 | 17 | 320 | 10 | |
| 324 | 2 | 325 | 11 | |
| 328 | 16 | 328 | 25 | 58A |
| 331 | 11 | 332 | 22 | |
| 336 | 10 | 338 | 11 | |
| 339 | 23 | 340 | 15 | |
| 344 | 20 | 345 | 4 | |
| 358 | 24 | 360 | 5 | |
| 363 | 10 | 363 | 24 | |
| 365 | 18 | 366 | 7 | |

## DEPOSITION OF JEFFERY SMISEK, AUGUST 20, 2010:

| FROM | | TO | | EXHIBIT(S) |
|---|---|---|---|---|
| PAGE | LINE | PAGE | LINE | |
| 6 | 6 | 8 | 18 | |
| 10 | 24 | 23 | 20 | |
| 26 | 12 | 27 | 13 | |
| 28 | 8 | 37 | 17 | |
| 41 | 9 | 43 | 8 | |
| 43 | 18 | 51 | 20 | |

PLAINTIFFS' DEPOSITION DESIGNATIONS
*CV-10-02858 RS*

| | | | | |
|---|---|---|---|---|
| 52 | 3 | 56 | 12 | |
| 56 | 25 | 63 | 17 | |
| 64 | 1 | 71 | 25 | 88 |
| 72 | 15 | 78 | 18 | |
| 84 | 3 | 97 | 8 | |
| 97 | 17 | 101 | 5 | |
| 104 | 9 | 106 | 19 | |
| 115 | 13 | 117 | 5 | |
| 119 | 20 | 125 | 20 | 4 |
| 129 | 8 | 131 | 19 | |
| 131 | 25 | 135 | 18 | |
| 139 | 20 | 141 | 17 | 5 |
| 142 | 20 | 147 | 13 | |
| 151 | 18 | 153 | 18 | |
| 156 | 13 | 167 | 12 | 9 |
| 176 | 15 | 177 | 24 | |
| 179 | 24 | 183 | 22 | 14 |
| 185 | 1 | 198 | 1 | 15 |
| 198 | 18 | 199 | 13 | 21 |
| 202 | 11 | 203 | 24 | |
| 204 | 18 | 205 | 1 | |
| 206 | 18 | 213 | 6 | 22 |
| 214 | 21 | 215 | 25 | |
| 216 | 20 | 219 | 15 | |
| 220 | 10 | 221 | 9 | 26 |
| 222 | 2 | 223 | 1 | |
| 223 | 22 | 229 | 8 | |
| 234 | 1 | 235 | 5 | |
| 235 | 23 | 237 | 14 | |
| 239 | 16 | 239 | 20 | |
| 240 | 5 | 246 | 7 | 33 |
| 252 | 24 | 260 | 24 | 103 |
| 280 | 21 | 281 | 4 | |
| 283 | 18 | 284 | 18 | |
| 285 | 2 | 288 | 3 | |
| 289 | 1 | 289 | 20 | 92 |
| 307 | 14 | 307 | 24 | |
| 308 | 17 | 308 | 23 | |

## DEPOSITION OF KATHRYN A. MIKELLS, AUGUST 24, 2010:

| FROM | | TO | | EXHIBIT(S) |
|---|---|---|---|---|
| PAGE | LINE | PAGE | LINE | |
| 4 | 9 | 4 | 20 | |
| 11 | 18 | 13 | 22 | |
| 15 | 4 | 20 | 19 | |
| 22 | 19 | 30 | 23 | |

| 33  | 1  | 59  | 23 |    |
|-----|----|-----|----|----|
| 61  | 16 | 62  | 8  |    |
| 65  | 9  | 73  | 20 |    |
| 82  | 15 | 94  | 13 |    |
| 95  | 1  | 111 | 4  | 6  |
| 150 | 6  | 155 | 21 | 74 |
| 162 | 16 | 164 | 16 |    |
| 177 | 1  | 178 | 1  |    |
| 213 | 24 | 220 | 6  |    |

Dated:  August 26, 2010

ALIOTO LAW FIRM
GRAY, PLANT, MOOTY, MOOTY &
    BENNETT, P.A.

By:    /s/ Julie L. Boehmke
        Julie L. Boehmke (*Admitted Pro Hac Vice*)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PLAINTIFFS' COUNSEL

Joseph M. Alioto, SBN 42680
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone: (415)  434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
Email: esexton@aliotolaw.com
Email: tpier@aliotolaw.com

Daniel R. Shulman, (MN SBN 100651)
*Admitted Pro Hac Vice*
Julie L. Boehmke, (MN SBN 317330)
*Admitted Pro Hac Vice*
Jeremy L. Johnson (MN SBN 328558)
*Admitted Pro Hac Vice*
GRAY, PLANT, MOOTY, MOOTY &
  BENNETT, P.A.
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335
Email: daniel.shulman@gpmlaw.com
Email: julie.boehmke@gpmlaw.com
Email: jeremy.johnson@gpjlaw.com

Gil D. Messina (NJ SBN GM5079)
*Admitted Pro Hac Vice*
MESSINA LAW FIRM, PC
961 Holmdel Road
Holmdel, NJ  07733
Telephone:  (732) 332-9300
Facsimile:  (732) 332-9301
Email: gmessina@messinalawfirm.com

GP:2837167 v2

.