UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Michael C. Malaney, et al.,                    |
Plaintiffs,                                     |
vs.                                             |
UAL CORPORATION,                                |
UNITED AIR LINES, INC., and                     |     CASE NO. 3:10-CV-02858-RS
CONTINENTAL                                     |
AIRLINES, INC.,                                 |
Defendants.                                     |

# Rebuttal Report of Darren Bush

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                        AUGUST 25, 2010

## I.   INTRODUCTION AND SCOPE OF MY TESTIMONY

The purpose of my testimony is to help define for the Court the potential

anticompetitive effects of the transaction and evaluate the alleged potential efficiencies as

outlined by the parties in light of antitrust law and policy. This analysis is based upon

information provided by the parties in light of my experience in antitrust investigations

and analysis, examinations of airline markets, and antitrust law and policy.

While econometric modeling is sometimes a useful tool in forecasting the

potential anticompetitive effects of a merger, it is not a requirement of antitrust law that

plaintiffs engage in extensive and expensive econometric analysis when the

anticompetitive effects of a merger are readily apparent without such analysis, as I

believe to be the situation here.[1] It is unnecessary to engage in such extensive analysis

when there is plain evidence of potential anticompetitive effects. The purpose of

economic modeling is to support common sense, not replace it.

Regardless of the tools, merger law is a forecast. The endeavor is to determine

whether the effect of the merger "*may be* substantially to lessen competition, or to *tend to*

create a monopoly."[2] This is a forward looking endeavor by definition, and any

examination of the potential effects of a merger, whether procompetitive or

anticompetitive, cannot be couched in terms of whether or not something *will* or *will not*

happen. Rather, it is about likelihoods.

---

[1] *See* Deposition of Daniel L Rubinfeld p. 10-12 **REDACTED**

.")(hereafter

"Rubinfeld Deposition").

[2] 15 U.S.C. § 18.

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                                            AUGUST 25, 2010

Nor does antitrust law require that the antitrust enforcement agencies be given

deference based upon whether or not they are competent at their jobs. In fact, the passage

of the Clayton Act and the Federal Trade Commission Act in 1914 broadened the number

of antitrust enforcement possibilities beyond the Department of Justice to include the

Federal Trade Commission, states acting as *parens patriae*, and private individuals

injured or potentially injured by certain types of anticompetitive behavior, speaking

against the notion that the sole enforcer or interpreter of the antitrust laws is the

Department of Justice.

## II.     RELEVANT MARKETS and ANTICOMPETITIVE EFFECTS

### a.  Nonstop Competition Between Airport-Pairs

As stated in my report, I believe that the merger will create extremely highly

concentrated markets:

- The merger will create extremely highly concentrated markets—and in many instances monopoly or duopoly conditions—in numerous nonstop airport pair[3] markets, including 1. LAX-IAH; 2. LAX-HNL; 3. SFO-EWR; 4; SFO-IAH; 5. IAD-CLE; 6. IAD-EWR; 7. IAD-IAH; 8. ORD-CLE; 9. ORD-EWR; 10. ORD-IAH; 11. DEN-CLE; 12. DEN-EWR; and 13. DEN-IAH.

I stated that certain categories of customers are time-sensitive, including certain business

passengers. As a result, they are willing to pay a higher price for tickets that have limited

or no restrictions on the time of purchase or changes in itinerary. Or as Continental

---

[3] To repeat my expert report, it is important to refer to specific airport codes rather than city names. Often times, cities will have more than one airport, and certain classes of customers will strongly prefer one over the other. The airport codes correspond to the following cities: CLE (Cleveland); SFO (San Francisco); LAX (Los Angeles); IAH (Houston); DEN (Denver); EWR (Newark-New York City); IAD (Washington Dulles Airport near Washington, D.C.); ORD (Chicago); and HNL (Honolulu).

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                                        AUGUST 25, 2010

Chairman, President and CEO Jeffery Smisek has stated,

**REDACTED**                              ,"[4]

Because some customers are time-sensitive, seeking to travel from a business destination to another business destination, I deemed it important for purposes of this merger to examine airport-pair markets. I am not alone in the determination that the airport-pair may be an important relevant market in analyzing airline mergers and other potentially anticompetitive conduct.[5]

The Supreme Court has stated with respect to relevant market analysis: "The boundaries of [submarkets] . . . may be determined by examining such practical indicia as industry or public recognition of the submarket as a separate economic entity, the product's peculiar characteristics and uses, unique production facilities, *distinct customers*, *distinct prices*, sensitivity to price changes, and specialized vendors."[6]

I will address the distinct customers in the next section. However, it should be pointed out that with respect to prices it is clear that airlines charge higher fares for

---

[4] Deposition of Jeffery Smisek, p. 36, lines 16-17 (hereafter "Smisek Deposition").

[5] *See, e.g.*, U.S. GOVERNMENT ACCOUNTABILITY OFFICE, ISSUES RAISED BY THE PROPOSED MERGER OF UNITED AND CONTINENTAL AIRLINES 15 (2010), but see n.22 (noting Report's preference for city pairs). For reasons I have stated in this rebuttal report and my expert report, city-pair analysis may yield incorrect results for purposes of determining a relevant market. *See also* J. Bruce McDonald, *Antitrust For Airlines*, *available at* http://www.justice.gov/atr/public/speeches/217987.htm. ("The relevant market can actually be more narrow than a city pair. As airlines know well, not all passengers are the same. Some passengers will always fly nonstop, and be willing to pay more for it, while others will accept the inconvenience of stops to get a lower fare. For some business travelers, the availability of connect service may be irrelevant, because they will never accept the inconvenience. For many leisure travelers, either is a possibility. Airlines take this difference into account in their pricing. Antitrust analysis takes this "business" verus "leisure" distinction into account and considers the effect of mergers in nonstop city pair markets and also the effect in nonstop and connect markets together."); and www.gao.gov/new.items/d02293r.pdf ("In addition, DOJ recognizes that nonstop service between cities is important because business travelers are less likely to regard connecting service as a reasonable alternative. Thus, DOJ may see a transaction as competitively problematic because of its impact on nonstop city-pair traffic. *Some cities are served by more than one commercial airport. These cities include Los Angeles, San Francisco, Chicago, New York, and Washington, D.C. In these cases, the relevant market may be an airport pair*.")(emphasis added) *See also* U.S. v. Airline Tariff Publishing Co, 1994-2 TRADE CAS. ¶ 70,687 (limiting conduct based upon city or airport-pair); *See also* U.S. v. AMR Corp, 140 F. Supp. 2d 1141, 1145-1146, *aff'd*, 335 F.3d 1109 (10th Cir. 2003)(discussing U.S.'s allegations of monopolizing airport-pair markets).

[6] Brown Shoe v. U.S., 370 U.S. 294, 325 (1962).

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                                    AUGUST 25, 2010

airports that are likely business destinations than they do secondary airports more likely

accessed by leisure passengers. As an example, consider the fares between IAH (Bush

Intercontinental at Houston) and HOU (Houston Hobby) to IAD (Dulles), DCA (Reagan

National Airport), and BWI (Baltimore-Washington International). If I were to fly on

September 1, 2010 and return on September 3, 2010, I would face the following nonstop

fares:

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                                      AUGUST 25, 2010

Table 1:  Fares on Flights to Washington, D.C.[7]

| ORIGIN | DEST. | One-Way Fare | Airline | Fare Code | Round-Trip Fare | Airline | Fare Code |
|--------|-------|--------------|---------|-----------|-----------------|---------|-----------|
| IAH | DCA | $721 | CO | B1 | $1443 | CO | B1 |
| IAH | IAD | $633 | CO | MA0INN | $1127 | CO | MA0INN |
| IAH | IAD | $633 | UA | EAOMN | $1127 | UA | EAOMN |
| IAH | BWI | $446 | CO | BA0LY | $893 | CO | BA0LY |
| IAH | BWI | $446 | UA | BL | $893 | UA | BL |
| HOU | BWI | $269 | WN | WYA7PNR | $597.9 | WN | WYA7PNR/QYA7PNR |

The same fare disparities are experienced by anyone seeking a similar voyage from the

San Francisco region to the New York.  An individual[8] seeking a flight from the San

Francisco region to the New York area would face the following nonstop fares:

---

[7] For Tables 1 and 2 and Appendix A, the source for all fares except Southwest was the Worldspan-Travelport GDS system in Plaintiff Michael Malaney's office.  The source for Southwest fare information was obtained from Plaintiff David Wendell's GDS system Sabre.  Both plaintiffs used, at my direction, September 1 departure dates and September 3 return dates, with 8 a.m. departure times for all airport-pairs in the chart.  Each then selected the best (lowest) one-way fares on each airport-pair and each round-trip airport-pair.  The chart lists nonstop flights only.

[8] For reasons I state *infra*, I am seeking to isolate fares that might be paid by a time-sensitive passenger.  Thus, the hypothetical here does not include a Saturday night layover or a twenty-one day advanced purchase that are typically used by airlines to yield manage such that time sensitive passengers do not take advantage of lower fare classes.

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL

AUGUST 25, 2010

### Table 2:  Nonstop Fares from San Francisco to New York Area

| Origin | Dest. | One-Way Fare | Airline | Fare Code | Round Trip Fare | Airline | Fare Code |
|---|---|---|---|---|---|---|---|
| SFO | EWR | $578 | CO | MA7BN | $809 | CO | HR72BN |
| SFO | EWR | $578 | UA | EATHN | $809 | UA | HE72HN |
| SFO | JFK | $139 | AA | SAO7XQY1 | $289 | AA | SAO7XQY1 |
| SFO | JFK | $238 | DL | LA03A0SY | $289 | DL | LA03A0SY |
| SFO | JFK | $306 | AS | HA07A9NY | $613 | AS | HA07A9NY |
| SFO | JFK | $149 | UA | TAG67GS | $309 | UA | TAG67GS |
| SFO | JFK | $139 | VIRGIN JET | S7X57SL | $289 | VIRGIN Jet | S7X57SL |
| SFO | JFK | $228 | BLUE | RH3 | $535 | Blue JET | RH3/LH7 |
| OAK | JFK | $228 | Jet Blue | RH3 | $535 | BLUE JET | RH3/LH7 |
| SJC | JFK | $228 | Jet Blue | RH3 | $535 | BLUE | RH3/LH7 |

This exercise has been repeated for airport-pairs I contend are at issue (*see* Appendix A).

If all classes of customers were basing decisions solely on price, we would expect these

fares to converge.  However, some classes of customers—particularly those targeted by

the network carriers as described *infra*—are time sensitive and thus willing to pay more

to fly out of the close-in airport (where there are fewer competitors).  Therefore, to prove

for purposes of a preliminary injunction hearing that airport-pairs are relevant markets

does not require sophisticated and expensive econometric techniques.[9]

 To my knowledge, defendants have neither engaged in any analysis nor have they

provided any documentary evidence suggesting that airport-pairs are an incorrect market.

Rather, Dr. Rubinfeld's analysis appears to presume city-pair markets.[10]

---

[9] Dr. Rubinfeld states in his deposition: "

**REDACTED**

" Rubinfeld

Deposition, p. 34, lines 14-24.
[10] Dr. Rubinfeld states: ":

**REDACTED**

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                               AUGUST 25, 2010

#### b. Network and Connect Competition Could be Injured

As I stated in my expert report, one of the principal arguments made by
defendants in favor of the transaction is that airlines compete with larger airlines both
domestically and abroad on a network basis for business travelers, or time sensitive
travelers, as I classify them.  I further stated:

> The larger is the network in terms of scope, the greater the choices for passengers in
> terms of destinations and connection service.  The larger the scale of operations in terms
> of frequencies on routes, the greater the options of time sensitive travelers in terms of
> avoiding lost time waiting for flights, particularly in hubs and other business markets.
> These benefits are enhanced when passengers are rewarded with frequent flier program
> benefits and airport amenities for their loyalty to the network carrier.  It should be noted
> that in many instances, LCCs are incapable of offering some of the benefits offered by
> the network carriers.  For example, Southwest Airlines only offers one type of seating
> arrangement, namely coach.[11]

In his deposition, Continental CEO Smisek confirmed the existence of this market
or submarket by noting that Continental is "

**REDACTED**

"[12] Thus, competition exists between network carriers that is beyond the
competition that might take place to varying degrees on routes served by non-network
and network carriers alike:

> The airline business is characterized by several different business models that compete
> very effectively with each other.  There are hub and spoke carriers, and we are a hub and
> spoke carrier. And being a hub and spoke carrier and being a carrier that tends to focus on
> business travelers is our niche and selling point compared to, on the other extreme, Spirit

---

**REDACTED**

."  Dr. Rubinfeld Expert Report at ¶ 101.
However, Dr. Rubinfeld does not perform any analysis of the harms asserted by plaintiffs in airport-pair
markets.  *See e.g.,* Rubinfeld Expert Report, Exhibits 5, 21, 24A-J, 27, 30, and 34.
[11] Bush Expert report at 9-10.
[12] Smisek Deposition, p. 29, lines 16-20.

8

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                              AUGUST 25, 2010

> Airlines, Frontier, JetBlue, Midwest, Southwest, which are low-cost, point-to-point
> carriers not focused so much on the business travel.[13]

Within this network, by quoting to an AAI White Paper on the Northwest Delta merger, I
noted that on thinner markets low cost carriers (LCCs) would not serve to deter any
anticompetitive effects in smaller communities.  I also noted that the merger could affect
competition on connect airport-pair markets because the number of networks/connection
options could potentially be reduced for some passengers.  One of the primary reasons is
that LCCs do not typically serve smaller communities.  Continental CEO Smisek points
this out readily:  "

**REDACTED**

,"[14]

I also stated that the sheer size of the new United-Continental network may make
it more difficult for even smaller network carriers to compete.  Indeed, as Continental
CEO Smisek states, this fear is one of the reasons for Continental's seeking to be in a
merger with United:  "

**REDACTED**

,"[15]

---

[13] Smisek Deposition, p. 43, line 25 – p. 44, line 10.
[14] Smisek Deposition, p. 45, lines 9-14.  *See also Id.* at p. 54 lines 19-25 ("

**REDACTED**

.")
[15] Smisek Deposition, p. 29, lines 2-9.  *See also* Smisek Deposition, p. 36, lines 11-14 ("

**REDACTED**            .")

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                                  AUGUST 25, 2010

One of the reasons why network carriers compete on a different level from LCCs is

that network carriers possess amenities not available to the business passenger on

LCCs.[16] As Continental CEO Smisek states, "


**REDACTED**


."[17] The combination of an expansive network, multiple classes of

service, and a frequent flyer program providing for free upgrades is not only something

that LCCs typically do not offer, but also a compelling attraction to keep time-sensitive

or business travelers using the network carriers and not LCCs.

I also stated that competition for corporate travel accounts could be reduced by

elimination of a competing network.  As Continental CEO Smisek confirmed, "


**REDACTED**


."[18] Thus, the competition for

time sensitive or business travelers by the network carriers is a distinct market in which

LCCs generally are not present and do not compete because of the limitations of what

they offer.  It is also a market where the merger of United and Continental is likely

**REDACTED**

---

[16] Smisek Deposition, p. 50 lines 5-7.  ("
.")  See also Id. at p. 54, lines 5-10 ('


[17] Smisek Deposition, p. 43 line 25 – p. 44 line 10.
[18] Smisek Deposition, p. 59 lines 11-16.  Continental CEO Smisek continues: ":

**REDACTED**                                    ") Id. at lines 17-22.

10

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                          AUGUST 25, 2010

substantially to lessen competition because of the disadvantage at which it will place the

smaller network carriers.

### c. Follow-on mergers and the motivation for this merger

I stated in my expert report that at the time of the Northwest/Delta merger, it was

believed that more mergers would follow suit.  It turns out that the current transaction

was in part initiated out of fear of the network size of Northwest/Delta as well as fear that

United would reattempt a merger with U.S. Airways.  As Continental CEO Smisek stated

in his deposition, "

**REDACTED**

."[19]  There is adequate evidence in the companies' documents

to suggest that not only is this merger a follow-on merger arising in response to

Northwest and Delta's merger, but also there will be more to follow if this merger is

allowed to be consummated.

### d. Potential Competition

I stated in my expert report that United and Continental may be potential

competitors in hub to hub routes, particularly the airport-pairs 1. LAX-EWR; 2. SFO-

CLE; and 3. LAX-CLE.   Network carriers are unlikely to engage in point-to-point

service.  Any competition in airport-pair markets between network carriers would arise

---

[19] Smisek Deposition, p. 29, lines 2-9. *See also* [UALCORP 00002] (

).

**REDACTED**

11

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                             AUGUST 25, 2010

between the competing carriers' hubs.[20]  Of the airport-pair markets I have discussed, the

routes listed above are not served by both carriers.[21]

I also mentioned that potential competition could come on a connection basis

where one carrier could be a competitive threat to match a rival's service.  This point was

also supported by CEO Smisek:


**REDACTED**

[22]

In other words, endpoints which are served by one network carrier may be considered for

entry by a network carrier.


### III.   MARKET SHARE

Because the Transtat database does not include the regional jet service by commuter

airlines on behalf of the network carriers (instead listing the regional jet carriers as their

own separate entities), I opted to not include those data in my expert report.  However,

even examining markets where the regional jets do not play a role or where their role in

relation to the network carriers is determinable, it is transparent that the combined firm

would create or exacerbate highly concentrated markets.  Table 3 lists numerous airport-

---

[20] Smisek Deposition, p. 17, lines 16-25 ("

**REDACTED**

" Id. at p. 19, lines 3-4.
[21] *See* Rubinfeld Deposition, p. 145, lines 11-24.  "

**REDACTED**

" Rubinfeld Deposition, p. 145, lines 11-24.
[22] Smisek Deposition, p. 21 line 18 – p. 22 line 4.

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                              AUGUST 25, 2010

pair markets in which the combined carrier would possess monopoly power, even when

considered under the lens of the newly minted Horizontal Merger Guidelines with its

relaxed HHI standards.[23]  I should note that in many of these markets I have kept separate

the regional jet carriers; when included, the HHI calculations in those airport-pair

markets would increase.

---

[23] U.S. Department of Justice and Federal Trade Commission, Horizontal Merger Guidelines § 5.3, *available at* http://www.justice.gov/atr/public/guidelines/hmg-2010.html (changing the benchmark for highly concentrated markets to 2500 HHI.  Even under these more relaxed standards, "[m]ergers resulting in highly concentrated markets that involve an increase in the HHI of more than 200 points will be presumed to be likely to enhance market power." *Id.*

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                                    AUGUST 25, 2010

Table 3:  Market Shares for Selected Airports[24]

| Origin | Destination | United Share | Continental Share | Merged | Pre-Merger HHI | HHI Change | Post-Merger HHI |
|--------|-------------|--------------|-------------------|--------|----------------|------------|-----------------|
| DEN | EWR | 60.2% | 39.8% | 100.0 | 5,206 | 4,794 | 10,000 |
| DEN | IAH | 35.7% | 46.2% | 81.9 | 3,632 | 3,302 | 6,934 |
| EWR | DEN | 56.3% | 43.7% | 100.0 | 5,079 | 4,921 | 10,000 |
| EWR | ORD | 42.1% | 11.0% | 53.1 | 2,805 | 927 | 3,731 |
| EWR | SFO | 30.8% | 69.2% | 100.0 | 5,734 | 4,266 | 10,000 |
| HNL | LA | 32.0% | 3.7% | 35.7 | 2,473 | 236 | 2,709 |
| IAH | DEN | 38.3% | 46.7% | 85.0 | 3,843 | 3,574 | 7,417 |
| IAH | IAD | 66.1% | 33.9% | 100.0 | 5,551 | 4,449 | 10,000 |
| IAH | ORD | 17.9% | 55.2% | 73.1 | 3,552 | 1,978 | 5,530 |
| IAH | SFO | 14.5% | 85.5% | 100.0 | 7,519 | 2,481 | 10,000 |
| LAX | HNL | 31.4% | 3.0% | 34.3 | 2,503 | 94 | 2,597 |
| ORD | EWR | 41.9% | 12.0% | 53.9 | 3,058 | 1,008 | 4,067 |
| ORD | IAH | 24.8% | 50.1% | 74.9 | 3,314 | 2,483 | 5,797 |
| ORD | CLE | 18.2% | 0.3% | 18.5 | 2,152 | 10 | 2,162 |
| SFO | EWR | 42.8% | 57.2% | 100.0 | 5,105 | 4,895 | 10,000 |
| SFO | IAH | 15.0% | 85.0% | 100.0 | 7,449 | 2,551 | 10,000 |

Note that an HHI of 10,000 is equivalent to having a market share of 100 percent.

All of this is unnecessary, however.  All that would be required to show that United

and Continental are the only competitors on certain airport-pairs is to price flights from

the respective airport-pairs on a nonstop basis.  Moreover, the GAO Report already

describes a situation in which the merging airlines lack any nonstop competitors in

multiple airport-pairs:

> In examining nonstop overlapping airport pairs between United and Continental, the
> extent of overlap is less than for connecting traffic. However, the loss of a competitor in
> these nonstop markets is also more significant because nonstop service is typically
> preferred by some passengers. For example, based on January 2010 traffic data, the two
> airlines overlap on 12 nonstop airport-pair routes, which are listed in figure 4.25 For 7 of

---

[24] Research and Innovative Technology Administration, Bureau of Transportation Statistics, "Air Carriers :
T-100 Domestic Segment (U.S. Carriers)."  *Available at*
http://www.transtats.bts.gov/DL_SelectFields.asp?Table_ID=259&DB_Short_Name=Air%20Carriers. As
I described in my deposition, many of the cities currently serviced by United and Continental are serviced
by regional jets operated by, *inter alia*, Expressjet. As these RJ operators are listed separately, it is difficult
to determine how to allocate market shares among them and have not listed them as market shares for the
legacy carriers. To do so would only increase the concentrations within routes with HHIs below 10,000.

14

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                    AUGUST 25, 2010

> these 12 nonstop overlapping airport-pair routes (generally between a United hub and a Continental hub), there are currently no other competitors. However, of these 7 airport-pair markets, all but the Cleveland-Denver market may have relevant competition between other airports in at least one of the endpoint cities. For example, passengers traveling from San Francisco (SFO) to Newark (EWR) could consider airlines serving other airports at both endpoints—Oakland or San Jose instead of SFO and John F. Kennedy (JFK) or LaGuardia instead of EWR. [25]

As I have discussed previously, the degree to which passengers are willing to consider alternate airports in local regions as suitable substitutes this depends on the characteristics of the passengers in question.  As some business and other time-sensitive passengers may prefer the benefits of a network carrier—a fact the GAO recognizes[26]—the desire of those passengers to choose alternative airports in the face of significantly higher fares as identified in Tables 1 and 2 and Appendix A may be limited.

## IV.    EFFICIENCIES

While I believe that defendants believe that they will obtain the efficiencies they claim, I also believe that the proponents of airline mergers past believed they would achieve the efficiencies they claimed.  It appears, however, that modeling of efficiency does not translate into actual efficiencies post-merger.[27]  More specifically, in my expert report I expressed concern about the limitations of increasing network size in achieving efficiency.  In citing the AAI Northwest/Delta report regarding the potential limitations

---

[25] *See* Government Accountability Office, *supra* note 5 at 17-18.
[26] *Id.* at 7.
[27] It is unclear what benefits will be passed along to consumers, or how.  Dr. Rubinfeld asserts that "t

**REDACTED**

Deposition of Kathryn A. Mikells, p. 214 lines 3-13.

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                                    AUGUST 25, 2010

of increased network size, I expressed concern about whether or not the size of the

network would in fact create limitations in terms of airport congestion, and staffing of

gate, maintenance, baggage handling and ticketing personnel.  I am not alone in this

concern.  As noted airline expert Paul Dempsey has stated:

> Hubbing slows down an airline's operations. It requires landing a large number of
> aircraft, shuffling a large number of bags and passengers, and then taking off a large
> number of aircraft, all of which creates congestion and delay, thereby reducing efficiency
> and productivity in aircraft utilization and labor utilization, while increasing fuel burn. It
> is telling that the only major airline to have consistently been profitable year after year is
> Southwest Airlines, which operates a linear route system.[28]

I am not as ardent a critic of hubbing as Professor Dempsey.  However, the point of

which the Court should be made keenly aware is that we have heard this before.[29]

Merger efficiencies have historically not panned out.  To ignore this fairly important

point merely because the bulk of airline history has not occurred in the past two years

misses the point:  Network airlines have been involved in a cycle of consolidation and

bankruptcy,[30] to the detriment of consumers everywhere.


        I declare under penalty of perjury that the foregoing is true and correct, on this
        25th Day of August, 2010.


                                        *Darren Bush*

                                        _____
                                        Darren Bush

---

[28] Paul Stephen Dempsey, *The Financial Performance of the Airline Industry Post-Deregulation*, 45 HOUS.
L. REV. 421, 439 n. 31 (2008).
[29] *See* Hubert Horan, *Testimony Before the House Committee on Transportation and Infrastructure,
Aviation Subcommittee Hearing*, at Exhibit 9. (June 16, 2010).
[30] Id.

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                              AUGUST 25, 2010

### APPENDIX A:  NON-STOP AND ONE-WAY FARES FOR AIRPORT-PAIRS WITH MULTIPLE AIRPORTS[31]

| ORIG | DES | Non-Stop One-Way? | One Way Fare | Airline | Fare Basis | Round Trip Non-Stop? | Fare | Airline | Fare Basis |
|------|-----|------|------|------|------|------|------|------|------|
| SFO | IAH | YES | $549 | CO | BL | YES | $1,097 | CO | BL |
| SFO | IAH | YES | $549 | UA | UAOKY | YES | $1,097 | UA | UAOKY |
| SFO | HOU | NO | $448 | AA | VA07ERD1 | NO | $895 | AA | VA07ERD1 |
| OAK | IAH | NO | $185 | US | TXA7NJ6P | NO | $410 | US | TXA7NJ6P/SCA7NJ4P |
| OAK | HOU | YES | $270 | WN | WYA7NPR | YES | $689 | WN | WYA7NPR/Y |
| SJC | IAH | YES | $549 | CO | BL | YES | $1,097 | CO | BL |
| SJC | IAH | YES | $549 | UA | BAOLY | YES | $1,097 | UA | |
| SJC | HOU | NO | $405 | AA | VA07ERD1 | NO | $675 | AA | VA07ERD1 |
| SFO | EWR | YES | $578 | CO | MA7BN | YES | $809 | CO | HR72BN |
| SFO | EWR | YES | $578 | UA | EATHN | YES | $809 | UA | HE72HN |
| SFO | JFK | YES | $139 | AA | SAO7XQY1 | YES | $289 | AA | SAO7XQY1 |
| SFO | JFK | YES | $238 | DL | LA03A0SY | YES | $289 | DL | LA03A0SY |
| SFO | JFK | YES | $306 | AS | HA07A9NY | YES | $613 | AS | HA07A9NY |
| SFO | JFK | YES | $149 | UA | TAG67GS | YES | $309 | UA | TAG67GS |
| SFO | JFK | YES | $139 | VIRGIN JET | S7X57SL | YES | $289 | VIRGIN Jet | S7X57SL |
| SFO | JFK | YES | $228 | BLUE | RH3 | YES | $535 | Blue | RH3/LH7 |
| SFO | LGA | NO | $317 | CO | KA7NN | NO | $556 | CO | UA7VSN/KA7NN |
| OAK | EWR | NO | $288 | US | LXA7NJ4P | NO | $576 | US JET | LXA7NJ4P |
| OAK | JFK | YES | $228 | Jet Blue | RH3 | YES | $535 | BLUE | RH3/LH7 |
| OAK | LGA | NO | $239 | UA | WAEGS | NO | $519 | UA | WAEGS/VA0HN |
| SJC | EWR | NO | $482 | CO | K1 | NO | $964 | CO | K1 |
| SJC | JFK | YES | $228 | Jet Blue | RH3 | YES | $535 | JET BLUE | RH3/LH7 |
| SJC | LGA | NO | $124 | CO | LA7ZN | NO | $248 | CO | LA7ZN |
| ORD | IAH | YES | $392 | CO | BL | YES | $783 | CO | BL |

---

[31] For source, *see supra* note 7.

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                            AUGUST 25, 2010

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ORD | IAH | YES | $392 | UA | HAOKY | YES | $783 | UA | HAOKY |
| ORD | IAH | YES | $495 | AA | KA0UPPMR | YES | $991 | AA | KA0UPPMR |
| ORD | HOU | NO | $397 | AA | VA07ERD1 | NO | $793 | AA | VA07ERD1 |
| MDW | IAH | NO | $403 | DL | HA00A0RA | NO | $606 | DL | HA00A0RA/UA10A0SJ |
| MDW | HOU | YES | $246 | WN | WYA7PNR | YES | $490 | WN | WYA7PNR |
| ORD | EWR | YES | $486 | CO | BA0BN | YES | $973 | CO | BA0BN |
| ORD | EWR | YES | $486 | UA | AU0HN | YES | $973 | UA | AU0HN |
| ORD | EWR | YES | $486 | AA | MA00ERP1 | YES | $973 | AA | MA00ERP1 |
| ORD | EWR | YES | $486 | US | MOOAEONX | YES | $973 | US | MOOAEONX |
| ORD | JFK | YES | $112 | DL | TA07A0NP | YES | $225 | DL | TA07A0NP |
| ORD | JFK | YES | $112 | Jet Blue | OL7 | YES | $225 | Jet Blue | OL7 |
| ORD | JFK | YES | $112 | AA | OA07ERP1 | YES | $225 | AA | OA07ERP1 |
| ORD | LGA | YES | $112 | AA | AO07ERP1 | YES | $225 | AA | AO07ERP1 |
| ORD | LGA | YES | $112 | UA | LA7KN | YES | $225 | UA | LA7KN |
| ORD | LGA | YES | $112 | DL | T7SHPLN | YES | $225 | DL | T7SHPLN |
| MDW | EWR | NO | $497 | DL | MA00A0VP | NO | $923 | DL | MA00A0VP |
| MDW | JFK | NO | $123 | DL | TA07A0NP | NO | $246 | DL | TA07A0NP |
| MDW | LGA | YES | $239 | WN | HYA3PNR | YES | $477 | WN | HYA3PNR |
| ORD | CLE | YES | $120 | UA | VA7KN | YES | $241 | UA | VA7KN |
| ORD | CLE | YES | $120 | CO | VA7ZN | YES | $241 | CO | VA7ZN |
| ORD | CLE | YES | $120 | AA | GAO7ERDI | YES | $241 | AA | GAO7ERDI |
| ORD | CAK | YES | $306 | UA | EAOKN | YES | $375 | UA | HE72KN |
| MDW | CLE | YES | $121 | WN | WYA7PNR | YES | $245 | WN | WYA7PNR |
| MDW | CAK | NO | $314 | DL | MA00A0UA | NO | $390 | DL | QC07A0NA |
| HNL | LAX | YES | $313 | HA | HLXOW | YES | $389 | HA | LXRON |
| HNL | LAX | YES | $228 | AA | QA0QN | YES | $359 | AA | QROQN |
| HNL | LAX | YES | $228 | UA | TA0NRS | YES | $359 | UA | LEONZA |
| HNL | LAX | YES | $228 | DL | LA00A0SC | YES | $359 | DL | UORQNI |
| HNL | BUR | NO | $885 | UA | ELOA7JN | NO | $725 | UA | TRA00N3 |

18

REBUTTAL REPORT OF DARREN BUSH
CONFIDENTIAL                                          AUGUST 25, 2010

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HNL | SNA | YES | $908 | UA | ELOA7JN | YES | $1,832 | CO | ELPA73JN |
| HNL | SNA | YES | $868 | CO | BA7EMN | YES | $848 | CO | SROSNN |
| HNL | ONT | NO | $888 | CO | BLOA7HN | NO | $1,859 | CO | BLOA7HN/BSPA3HN |
| IAH | DCA | YES | $721 | CO | B1 | YES | $1,443 | CO | B1 |
| IAH | IAD | YES | $633 | CO | MA0INN | YES | $1,127 | CO | MA0INN |
| IAH | IAD | YES | $633 | UA | EAOMN | YES | $1,127 | UA | EAOMN |
| IAH | BWI | YES | $446 | CO | BA0LY | YES | $893 | CO | BA0LY |
| IAH | BWI | YES | $446 | UA | BL | YES | $893 | UA | BL |
| HOU | DCA | NO | $553 | DL | HA07Z0NJ | NO | $798 | DL | HA07Z0NJ |
| HOU | IAD | NO | $557 | AA | VA07ERD1 | NO | $842 | AA | VA07ERD1 |
| HOU | BWI | YES | $269 | WN | WYA7PNR | YES | $598 | WN | WYA7PNR/QYA7PNR |
| DEN | IAH | YES | $168 | CO | VA7ZN | YES | $335 | CO | VA7ZN |
| DEN | IAH | YES | $168 | UA | SA7KN | YES | $335 | UA | SA7KN |
| DEN | IAH | YES | $168 | F9 | UO7PXC5 | YES | $335 | F9 | UO7PXC5 |
| DEN | IAH | YES | $165 | YX | MB07FY | YES | $329 | YX | MB07FY |
| DEN | HOU | YES | $169 | WN | WYA7PNR | YES | $361 | WN | WYA7PNR/HYA7PNR |
| DEN | EWR | YES | $593 | CO | MA0BN | YES | $767 | CO | HR71BN |
| DEN | EWR | YES | $593 | UA | UAOHN | YES | $767 | US | QE71HN |
| DEN | JFK | YES | $169 | DL | UA07A0NP | YES | $339 | DL | UA07A0NP |
| DEN | JFK | YES | $119 | Jet Blue | UH7D23 | YES | $289 | Jet Blue | YD7D23/MH7 |
| DEN | LGA | YES | $223 | UA | SA7CN | YES | $408 | UA | SA7CN/SA10FU |
| DEN | LGA | YES | $209 | YX | RB00FY | YES | $394 | YX | RBOOFY/OB10FU |
| DEN | LGA | YES | $239 | F9 | Y0EBIX1 | YES | $394 | F9 | MOOPX05/Q10PBXP5 |

Market Shares and HHIs for United and Continental on Select Hub-to-Hub Routes In Both Directions

| Origin | Destination | Market Share Percentage | | | HHI | | |
|--------|-------------|--------|-------------|--------|-----------|---------------|----------------|
| | | United | Continental | Merged | Pre-Merger | Merger Change | Post-Merger HHI |
| DEN | EWR | 60.2 | 39.8 | 100.0 | 5,206 | 4,794 | 10,000 |
| DEN | IAH | 35.7 | 46.2 | 81.9 | 3,632 | 3,302 | 6,934 |
| EWR | DEN | 56.3 | 43.7 | 100.0 | 5,079 | 4,921 | 10,000 |
| EWR | ORD | 42.1 | 11.0 | 53.1 | 2,805 | 927 | 3,731 |
| EWR | SFO | 30.8 | 69.2 | 100.0 | 5,734 | 4,266 | 10,000 |
| HNL | LAX | 32.0 | 3.7 | 35.7 | 2,473 | 236 | 2,709 |
| IAH | DEN | 38.3 | 46.7 | 85.0 | 3,843 | 3,574 | 7,417 |
| IAH | IAD | 66.6 | 33.4 | 100.0 | 5,551 | 4,449 | 10,000 |
| IAH | ORD | 17.9 | 55.2 | 73.1 | 3,552 | 1,978 | 5,530 |
| IAH | SFO | 14.5 | 85.5 | 100.0 | 7,519 | 2,481 | 10,000 |
| LAX | HNL | 31.4 | 3.0 | 34.3 | 2,503 | 94 | 2,597 |
| ORD | EWR | 41.9 | 12.0 | 53.9 | 3,058 | 1,008 | 4,067 |
| ORD | IAH | 24.8 | 50.1 | 74.9 | 3,314 | 2,483 | 5,797 |
| ORD | CLE | 18.2 | 0.3 | 18.5 | 2,152 | 10 | 2,162 |
| SFO | EWR | 42.8 | 57.2 | 100.0 | 5,105 | 4,895 | 10,000 |
| SFO | IAH | 15.0 | 85.0 | 100.0 | 7,449 | 2,551 | 10,000 |

Source:
Research and Innovative Technology Administration, Bureau of Transportation Statistics, "Air Carriers : T-100 Domestic Segment (U.S. Carriers)."
Available http://www.transtats.bts.gov/DL_SelectFields.asp?Table_ID=259&DB_Short_Name=Air%20Carriers

Note:
Non-stop segments only.
Based on passengers transported.
Excludes regional jet services for the major carriers.

FARES ON NONSTOP BASIS TO AND FROM AIRPORT PAIRS IN REGIONS WITH MULTIPLE AIRPORTS

| ORIG | DEST | Non-Stop One-Way? | One Way Fare | Airline | Fare Basis | Round Trip Non-Stop? | Fare | Airline | Fare Basis |
|---|---|---|---|---|---|---|---|---|---|
| SFO | IAH | YES | $549 | CO | BL | YES | $1,097 | CO | BL |
| SFO | IAH | YES | $549 | UA | UAOKY | YES | $1,097 | UA | UAOKY |
| SFO | HOU | NO | $449 | AA | VAOTERD1 | NO | $895 | AA | VAOTERD1 |
| OAK | IAH | NO | $185 | US | TXA7NJ4P | NO | $410 | US | TXA7NJ4P/SCA7NJ4P |
| OAK | HOU | YES | $279 | WN | WYA7NP4Y | YES | $658 | WN | WYA7NP4Y |
| SJC | IAH | YES | $549 | CO | BL | YES | $1,097 | CO | BL |
| SJC | IAH | YES | $549 | UA | BAOLY | YES | $1,097 | UA | UA |
| SJC | HOU | NO | $405 | AA | VAOTERD1 | NO | $675 | AA | VAOTERD1 |
| SFO | EWR | YES | $575 | CO | MAT5N | YES | $809 | CO | HH7Z6N |
| SFO | EWR | YES | $575 | UA | EATHN | YES | $809 | UA | HE7ZHN |
| SFO | JFK | YES | $130 | AA | SAO7XQ3Y1 | YES | $269 | AA | SAO7XQ3Y1 |
| SFO | JFK | YES | $238 | DL | LA03AO3Y | YES | $289 | DL | LA03AO3Y |
| SFO | JFK | YES | $306 | AS | HAO7A9NY | YES | $613 | AS | HAO7A9NY |
| SFO | JFK | YES | $149 | UA | TAO87G8 | YES | $309 | UA | TAO87G8 |
| SFO | JFK | YES | $130 | VIRGIN | S7XE78L | YES | $269 | VIRGIN | 67XE78L |
| SFO | JFK | YES | $228 | JET BLUE | RH3 | YES | $335 | Jet Blue | RH0/LH7 |
| SFO | LGA | NO | $317 | CO | KAT5N | NO | $556 | CO | UA7VSN/KAT5N |
| OAK | EWR | NO | $286 | US | LXA7NJ4P | NO | $576 | US | LXA7NJ4P |
| OAK | JFK | YES | $228 | Jet Blue | RH3 | YES | $335 | JET BLUE | RH0/LH7 |
| OAK | LGA | NO | $239 | UA | WAEGS | NO | $519 | UA | WAEGS/VAOHN |
| SJC | EWR | NO | $402 | CO | K1 | NO | $964 | CO | K1 |
| SJC | JFK | YES | $228 | Jet Blue | RH3 | YES | $335 | JET BLUE | RH0/LH7 |
| SJC | LGA | NO | $124 | CO | LAT2N | NO | $248 | CO | LAT2N |
| ORD | IAH | YES | $392 | CO | BL | YES | $783 | CO | BL |
| ORD | IAH | YES | $392 | UA | HAOKY | YES | $783 | UA | HAOKY |
| ORD | IAH | YES | $496 | AA | KAOUPP4R | YES | $991 | AA | KAOUPP4R |
| ORD | HOU | NO | $397 | AA | VAOTERD1 | NO | $793 | AA | VAOTERD1 |
| MDW | IAH | NO | $403 | DL | HAO0A0KA | NO | $606 | DL | HAO0A0KA/A10A0SJ |
| MDW | HOU | YES | $248 | WN | WYA7PN4R | YES | $490 | WN | WYA7PN4R |
| ORD | EWR | YES | $486 | CO | BAO9N | YES | $973 | CO | BAO9N |
| ORD | EWR | YES | $486 | UA | AU0HN | YES | $973 | UA | AU0HN |
| ORD | EWR | YES | $486 | AA | MAODERP1 | YES | $973 | AA | MAODERP1 |
| ORD | EWR | YES | $486 | US | MOOAEOHX | YES | $973 | US | MOOAEOHX |
| ORD | JFK | YES | $112 | DL | TAO7A0NP | YES | $225 | DL | TAO7A0NP |
| ORD | JFK | YES | $112 | Jet Blue | OL7 | YES | $225 | Jet Blue | OL7 |
| ORD | JFK | YES | $112 | AA | OAO7ERP1 | YES | $225 | AA | OAO7ERP1 |
| ORD | LGA | YES | $112 | AA | OAO7ERP1 | YES | $225 | AA | AOO7ERP1 |
| ORD | LGA | YES | $112 | UA | LAT4N | YES | $225 | UA | LATKN |
| ORD | LGA | YES | $112 | DL | T73HPLN | YES | $225 | DL | T73HPLN |
| MDW | EWR | NO | $487 | DL | MAO0A0VP | NO | $923 | DL | MAO0A0VP |
| MDW | JFK | NO | $123 | DL | TAO7A0NF | NO | $246 | DL | TAO7A0NF |
| MDW | LGA | YES | $239 | WN | HYA3PN4R | YES | $477 | WN | HYA3PN4R |
| ORD | CLE | YES | $120 | UA | VA7KN | YES | $241 | UA | VA7KN |
| ORD | CLE | YES | $120 | CO | VA7ZN | YES | $241 | CO | VA7ZN |
| ORD | CLE | YES | $120 | AA | GAO7ERD1 | YES | $241 | AA | GAO7ERD1 |
| ORD | CAK | YES | $306 | UA | EAOKN | YES | $375 | UA | HE7ZKN |
| MDW | CLE | YES | $121 | WN | WYA7PN4R | YES | $245 | WN | WYA7PN4R |
| MDW | CAK | NO | $314 | DL | MAO0A0UA | NO | $280 | DL | OO07A0HA |
| HNL | LAX | YES | $313 | HA | HLXOW | YES | $389 | HA | LXROH |
| HNL | LAX | YES | $228 | AA | QAOGN | YES | $359 | AA | QROQN |
| HNL | LAX | YES | $228 | UA | TAONRS | YES | $359 | UA | LEONZA |
| HNL | LAX | YES | $228 | DL | LAO0A0SC | YES | $359 | DL | UORGNI |
| HNL | BUR | NO | $865 | UA | ELOA7JN | NO | $725 | UA | TRAOXNG |
| HNL | SNA | YES | $908 | UA | ELOA7JN | YES | $1,632 | CO | ELPA7JN |
| HNL | SNA | YES | $668 | CO | BATE4N | YES | $648 | CO | SRGS4N |
| HNL | ONT | NO | $688 | CO | BLOA7HNI | NO | $1,859 | CO | BLOA7HN/BSPA3HN |
| IAH | DCA | YES | $721 | CO | B1 | YES | $1,443 | CO | B1 |
| IAH | IAD | YES | $633 | CO | MAD4NN | YES | $1,127 | CO | MAO4NN |
| IAH | IAD | YES | $633 | UA | EAO4NN | YES | $1,127 | UA | EAO4NN |
| IAH | BWI | YES | $446 | CO | BAOLY | YES | $893 | CO | BAOLY |
| IAH | BWI | YES | $446 | UA | BL | YES | $893 | UA | BL |
| HOU | DCA | NO | $553 | DL | HAO7Z0NJ | NO | $798 | DL | HAO7Z0NJ |
| HOU | IAD | NO | $557 | AA | VAOTERD1 | NO | $842 | AA | VAOTERD1 |
| HOU | BWI | YES | $269 | WN | WYA7PN4R | YES | $598 | WN | WYA7PN4R/QYA7PN4R |
| DEN | IAH | YES | $158 | CO | VAT2N | YES | $325 | CO | VAT2N |
| DEN | IAH | YES | $158 | UA | BAT4N | YES | $325 | UA | BATKN |
| DEN | IAH | YES | $165 | F9 | UO7FXC5 | YES | $315 | F9 | UO7FXC5 |
| DEN | IAH | YES | $165 | YX | M507FY | YES | $328 | YX | M507FY |
| DEN | HOU | YES | $169 | WN | WYA7PN4R | YES | $361 | WN | WYA7PN4R/HYA7PN4R |
| DEN | EWR | YES | $593 | CO | MA59N | YES | $767 | CO | HH7H6N |
| DEN | EWR | YES | $593 | UA | UAOHN | YES | $767 | US | OE71HN |
| DEN | JFK | YES | $169 | DL | LAO7A0NP | YES | $339 | DL | UAO7A0NP |
| DEN | JFK | YES | $169 | Jet Blue | LH7D23 | YES | $389 | Jet Blue | YD7D23/MH7 |
| DEN | LGA | YES | $223 | UA | SATQN | YES | $406 | UA | SATQN/SA10FU |
| DEN | LGA | YES | $209 | YX | RB00FY | YES | $204 | YX | RB00FY/OG10FU |
| DEN | LGA | YES | $209 | F9 | YSE30X1 | YES | $204 | F9 | MOOFQ05/QH0F6XP5 |

SOURCE: Worldspan-Travelport GDS system in Plaintiff Michael Malaney's office. The source for Southwest fare information was obtained from Plaintiff David Wendell's GDS system Sabre.
NOTE: September 1 departure date with September 3 return date, 8:00 a.m. flight both directions. Only lowest fares are listed.