Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email: jmalioto@aliotolaw.com

Attorneys for Plaintiffs
[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Keith Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippitts, Diane Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi,<br><br>             Plaintiffs,<br><br>     v.<br><br>UAL CORPORATION, UNITED AIRLINES, INC., and CONTINENTAL AIRLINES, INC.<br><br>             Defendants. | **CASE NO.:  CV-10-02858 (RS)**<br><br>**PLAINTIFFS' PROOF OF SERVICE** |

_____

PROOF OF SERVICE
CV-10-02858 (RS)

I, the undersigned, certify that I am employed in the City of Minneapolis, County of Hennepin, Minnesota; that I am over the age of 18 years and not a party to the within action; and that my business address is 500 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota  55402.  On August 26, 2010, I served the following document(s) on the parties stated below, through their attorneys of record, by the following means of service:

1. (Doc. No. 88) Plaintiffs' Supplemented Deposition Designations

2. (Doc No 89) Plaintiffs' Second *Ex Parte* Administrative Motion for Order Granting Leave to File Under Seal; Declaration of Daniel R. Shulman in Support of Amended *Ex Parte* Motion; [Proposed] Amended Order Granting Leave to File Under Seal;

3. (Doc No. 90) Rebuttal Report of Darren Bush (**redacted**); and

X: by USDC EFC: by transmitting the aforementioned document electronically through the United States District Court, Northern District of California's Electronic Document Filing System, on all interested parties registered for e-filing.

I also served the following document(s), which are being lodged with the Court under seal: **Rebuttal Report of Darren Bush (unredacted)**

X    :    By Electronic Service — I caused each such document to be transmitted electronically to the e-mail address as shown on the attached service list of attorneys of record.

Addressee(s)
   **See Attached Service List**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 26, 2010, at Minneapolis, Minnesota.

                                         /s/ Julie L. Boehmke
                                            Julie L. Boehmke

**DEFENDANTS' COUNSEL**

Max R. Shulman
Stuart W. Gold
Katherine B. Forrest
Rebecca Rettig
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Telephone:  (212) 474-1000
Email:  mshulman@cravath.com
          sgold@cravath.com
          kforrest@cravath.com
          rrettig@cravath.com

Patrick David Robbins
Mikael Asseffa Abye
SHERMAN & STERLING, LLP
525 Market Street
Suite 1500
San Francisco, CA  94105-2723
Telephone:  (415) 616-1100
Email:  probbins@shearman.com
          mabye@shearman.com

Paul L. Yde
Timothy J. Coleman
FRESHFIELDS BRUCKHAUS
DERINGER LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004-2692
Telephone:  (202) 777-4500
Email:  paul.yde@freshfields.com
          tim.coleman@freshfields.com

| | |
|---|---|
| 1 | **PLAINTIFFS' COUNSEL** |
| 2 | |
| 3 | Joseph M. Alioto, SBN 42680<br>Theresa D. Moore (SBN 99978)<br>Joseph M. Alioto, Jr. (SBN 215544) |
| 4 | Thomas P. Pier (SBN 235740)<br>Angelina Alioto-Grace (SBN 206899) |
| 5 | ALIOTO LAW FIRM<br>555 California Street, Suite 3160 |
| 6 | San Francisco, CA 94104<br>Telephone: (415) 434-8900 |
| 7 | Facsimile: (415) 434-9200<br>Email: jmalioto@aliotolaw.com |
| 8 | tmoore@aliotolaw.com<br>esexton@aliotolaw.com |
| 9 | tpier@aliotolaw.com |
| 10 | Daniel R. Shulman, (MN SBN 100651), *Pro Hac Vice*<br>Julie L. Boehmke, (MN SBN 317330), *Pro Hac Vice* |
| 11 | Jeremy L. Johnson (MN SBN 328558), *Pro Hac Vice*<br>GRAY, PLANT, MOOTY, MOOTY &, BENNETT, P.A. |
| 12 | 500 IDS Center<br>80 South 8th Street |
| 13 | Minneapolis, MN 55402<br>Telephone: (612) 632-3335 |
| 14 | Facsimile: (612) 632-4335<br>Email: daniel.shulman@gpmlaw.com |
| 15 | julie.boehmke@gpmlaw.com<br>jeremy.johnson@gpjlaw.com |
| 16 | |
| 17 | Gil D. Messina (NJ SBN GM5079)<br>*Admitted Pro Hac Vice* |
| 18 | MESSINA LAW FIRM, PC<br>961 Holmdel Road |
| 19 | Holmdel, NJ 07733<br>Telephone: (732) 332-9300 |
| 20 | Facsimile: (732) 332-9301<br>Email: gmessina@messinalawfirm.com |
| 21 | Thomas V. Girardi |
| 22 | Stephen G. Larson<br>GIRARDI KEESE |
| 23 | 1126 Wilshire Boulevard<br>Los Angeles, CA 90017 |
| 24 | Telephone: (213) 977-0211<br>Facsimile: (213) 481-1554 |
| 25 | Email: tgirardi@girardikeese.com<br>slarson@girardikeese.com |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Jack W. Lee |
|   | Derek G. Howard |
|   | Sean Tamura-Sato |
| 2 | MINAMI TAMAKi LLP |
|   | 360 Post Street, 8th Floor |
| 3 | San Francisco, CA  94108 |
|   | Telephone:  (415) 788-9000 |
| 4 | Facsimile:  (415) 398-3887 |
|   | Email:  jlee@minamitamaki.com |
| 5 |          ddhoward@minamitamaki.com |

7   GP:2839834 v1