Katherine B. Forrest (NY Bar No. 2381457)
Max R. Shulman (NY Bar No. 1473982)
Stuart W. Gold (NY Bar No. 1639434)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: kforrest@cravath.com
       mshulman@cravath.com
       sgold@cravath.com
Admitted *Pro Hac Vice*

Attorneys for Defendants UAL Corporation
and United Air Lines, Inc.

Paul L. Yde (D.C. Bar No. 449751)
Timothy J. Coleman (D.C. Bar No. 436415)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Ave., NW. Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: paul.yde@freshfields.com
       tim.coleman@freshfields.com
Admitted *Pro Hac Vice*

Attorneys for Defendant Continental Airlines, Inc.

[Names and Addresses of Additional
Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, et al.,<br><br>                        Plaintiffs,<br><br>vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>                        Defendants. | CASE NO. 3:10-CV-02858-RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS |

Defendants respectfully submit the following objections and counter-designations to Plaintiffs' deposition designations for Vaughn Cordle and Jeffery A. Smisek filed on August 24, 2010 (Dkt. No. 66) in the above-captioned case.

## I. AUGUST 17, 2010 DEPOSITION OF VAUGHN CORDLE

### OBJECTIONS[1]

| Vaughn Cordle | | |
|---|---|---|
| **From** | **To** | **Objection** |
| 40:7 | 41:1 | FRE 701-702 (38:21-39:7) (objection applies generally to all opinion testimony, which is improper under FRE 701) |

### COUNTER-DESIGNATIONS

| Vaughn Cordle | |
|---|---|
| **FROM** | **TO** |
| 11:5 | 11:11 |
| 13:16 | 14:12 |
| 19:18 | 19:21 |
| 21:23 | 22:16 |
| 24:6 | 24:18 |
| 25:11 | 26:14 |
| 33:13 | 34:8 |
| 38:21 | 40:6 |

---

[1] The "From" and "To" fields in this table refer to the beginning and end of the relevant designation made by plaintiffs. This table lists only those designations to which defendants assert an objection at this time. Citations to the objection in the record are set forth in the "Objection" column.

DEFS' OBJ AND COUNTER-DESIGNATIONS　　　　　　　CASE NO. 3:10-CV-02858-RS
TO PLS' DEPO. DESIGNATIONS
- 1 -

| Vaughn Cordle | |
|---|---|
| **FROM** | **TO** |
| 41:5 | 42:5 |
| 46:15 | 47:15 |
| 47:20 | 47:23 |
| 49:20 | 50:1 |
| 54:5 | 55:16 |
| 73:9 | 74:5 |
| 82:19 | 83:1 |
| 85:10 | 86:13 |
| 91:12 | 93:13 |
| 97:8 | 98:11 |
| 100:25 | 102:14 |
| 109:6 | 109:18 |
| 209:10 | 209:13 |
| 209:21 | 209:23 |
| 236:5 | 236:20 |
| 237:24 | 239:8 |
| 247:3 | 248:4 |
| 257:18 | 259:19 |
| 285:2 | 290:4 |
| 294:7 | 295:24 |
| 296:7 | 297:3 |
| 300:5 | 300:13 |

| Vaughn Cordle ||
|---|---|
| **FROM** | **TO** |
| 306:7 | 307:15 |
| 340:16 | 344:12 |
| 345:5 | 346:8 |
| 348:12 | 358:11 |
| 362:14 | 362:24 |
| 363:25 | 364:18 |
| 366:25 | 368:7 |

II.     **AUGUST 20, 2010 DEPOSITION OF JEFFERY A. SMISEK**

### OBJECTIONS

| Jeffery A. Smisek |||
|---|---|---|
| **From** | **To** | **Objection** |
| 10:24 | 23:20 | • Form of the question (14:5-10, 16:11-15, 21:6-9) |
| 43:18 | 51:20 | • Form of the question (43:18-22, 48:23-25) |
| 56:25 | 63:17 | • Form of the question (57:22-58:2) |
| 156:13 | 167:12 | • Form of the question (159:9-15, 167:3-7) |
| 206:18 | 213:6 | • Form of the question (207:14-18, 208:2-13) |
| 240:5 | 246:7 | • Form of the question (243:12-20, 244:4-8) |

### COUNTER-DESIGNATIONS

| Jeffery A. Smisek ||
|---|---|
| **From** | **To** |
| 25:11 | 26:3 |

| Jeffery A. Smisek | |
|---|---|
| **From** | **To** |
| 39:21 | 40:5 |
| 51:21 | 52:2 |
| 56:13 | 56:24 |
| 63:18 | 63:25 |
| 78:19 | 79:7 |
| 80:16 | 80:23 |
| 81:10 | 81:24 |
| 82:15 | 83:7 |
| 101:12 | 102:13 |
| 103:21 | 104:4 |
| 108:16 | 109:22 |
| 111:8 | 115:12 |
| 127:6 | 129:7 |
| 150:1 | 151:7 |
| 153:19 | 154:18 |
| 167:18 | 168:4 |
| 174:3 | 175:17 |
| 199:19 | 200:9 |
| 229:9 | 230:3 |
| 235:6 | 235:22 |
| 238:1 | 239:10 |
| 248:20 | 249:20 |
| 251:24 | 252:23 |
| 267:9 | 271:16 |

| Jeffery A. Smisek ||
|---|---|
| **From** | **To** |
| 272:21 | 273:15 |
| 278:13 | 280:20 |
| 281:5 | 282:10 |
| 282:18 | 283:17 |
| 284:19 | 285:1 |
| 288:4 | 288:22 |
| 290:22 | 292:11 |
| 293:3 | 294:17 |
| 295:24 | 297:18 |
| 298:7 | 299:9 |
| 299:19 | 301:17 |
| 305:24 | 306:24 |

///

///

///

DEFS' OBJ AND COUNTER-DESIGNATIONS  CASE NO. 3:10-CV-02858-RS
TO PLS' DEPO. DESIGNATIONS

- 5 -

| | |
|---|---|
| Dated: August 26, 2010 | Respectfully submitted, |
| | CRAVATH, SWAINE & MOORE LLP<br>Katherine B. Forrest<br>Max R. Shulman<br>Stuart W. Gold |
| | *Pro Hac Vice* |
| | FRESHFIELDS BRUCKHAUS DERINGER LLP<br>Paul L. Yde<br>Timothy J. Coleman |
| | *Pro Hac Vice* |
| | SHEARMAN & STERLING LLP<br>Patrick D. Robbins (CA Bar No. 152288)<br>Mikael A. Abye (CA Bar No. 233458)<br>525 Market St., Suite 1500<br>San Francisco, CA 94105-2723<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199<br>Email: probbins@shearman.com<br>       mikael.abye@shearman.com |
| | By:   /s/Patrick D. Robbins<br>       Patrick D. Robbins |
| | Attorneys for Defendants |