Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email:  jmalioto@aliotolaw.com

Attorneys for Plaintiffs
[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Kieth Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippitts, Diane Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi, <br><br> Plaintiffs, <br><br> v. <br><br> UAL CORPORATION, UNITED AIRLINES, INC., and CONTINENTAL AIRLINES, INC. <br><br> Defendants. | CASE NO.:  CV-10-02858 (RS) <br><br><br><br> **PLAINTIFFS' AMENDED EXHIBIT LIST** |

Plaintiffs above-named hereby provide their list of exhibits they may offer into evidence at the hearing on the motion for preliminary injunction.  The list contains number gaps as the exhibits were pre-marked for depositions and some of the exhibits have been deleted for the hearing.  Plaintiffs reserve the right to supplement this list pursuant to the August 10, 2010, Scheduling Order entered in this matter.  In addition, plaintiffs reserve the right to add any exhibits for purposes of rebuttal or impeachment.  Plaintiffs also reserve the right to use at the hearing any exhibits designated by another party, and any exhibits marked at the hearing by any other party.  Finally, plaintiffs reserve the right to add any exhibits to their list from any documents that have not been produced by defendants or third parties as of the time of preparation of this list.

| Exh. No. | D A T E | | Bates Range | Description |
| --- | --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | | |
| 1 | | | ATTACHMENT 4C-14_0001 - 0002 | Undated Outline:  Why Merge With U2?  Lists Offensive and Defensive Reasons. |
| 2 | | | ATTACHMENT 4C-5 | Undated outline/list:  New CO+UA Comments. |
| 3 | | | ATTACHMENT 4C-10 | Undated data regarding CO+UA Transaction and CO Standalone. |
| 4 | | | ATTACHMENT 4C-23_0001 - 0016 | Undated Continental Airlines / United draft presentation:  Creating The World's Premier Global Airline. |
| 5 | | | ATTACHMENT 4C-2_0001 - 0003 | Undated summary of comments for Officers' Meeting. |
| 6 | | | UALCORP00132 | 2010 financial spreadsheet entitled, "Line Item Breakout of U2 Joshua Tree Synergies." |

.

| | | | | |
|---|---|---|---|---|
| 7 | | | UALCORP00133 - 134 | 2010 United charts entitled, "Excluding One Time Costs, Steady State Bluebird Synergies Are $292M Higher Than Joshua Tree" and "Based On Most Recent Analysis, U2 Estimates Steady State Synergies $224M Higher Than Coldplay." |
| 8 | | | UALCORP00001 - 3 | April 7-8, 2010, email exchange between K. Mikells and T. Reddien, Re: NYT Article - Sell-side Feedback. |
| 9 | | | ATTACHMENT 4C-4 | April 9, 2010, email exchange between J. Smisek and O. Munoz, regarding merger options. |
| 10 | | | UALCORP00011 - 19 | March 30 - April 12, 2010, email exchange between M. Garfinkle and G. Tilton regarding thoughts on possible UA+US+UA/CO JV. |
| 11 | | | UALCORP00020 - 32 | April 12, 2010, Discussion Materials: Mustang vs. Cheetah combination analysis, prepared by J.P. Morgan. |
| 12 | | | UALCORP00033 - 98 | April 13, 2010, United Presentation at Executive Committee Meeting: Project Bluebird. |
| 13 | | | ATTACHMENT 4C-7_0001 - 0003 | April 13-14, 2010, email exchange between C. Kerr, E. Orhon, and T. Cassady, Subject: Revenue spool up. Attached is data regarding CO+US Transaction and CO Standalone. |
| 14 | | | ATTACHMENT 4C-9_0001 - 0006 | April 16, 2010, presentation materials regarding Project Joshua Tree by Lazard and Morgan Stanley. |
| 15 | | | ATTACHMENT 4C-1_0001 - 0121 | April 16, 2010 , Discussion Materials: Project Joshua Tree, Network Strategy. |
| 16 | | | UALCORP00105 - 106 | April 17, 2010, email from N. Taneja to G. Tilton, Subject: Confidential from Nawal Taneja regarding possible arrangement with Continental. |

| | | | | |
|---|---|---|---|---|
| 17 | | | UALCORP00113 - 115 | April 17, 2010, email from M. Nelsen to G. Kaldahl, forwarded to K. Knight, attaching spreadsheet entitled, "Coldplay Top OD Overlap Markets and Revenue Performance." |
| 18 | | | UALCORP01343 | April 18, 2010, Spreadsheet: Joshua Tree Fleet Optimization: Winners/Losers by Market April 17, 2010 - w/Constraint Table and MCT Adjustments. |
| 19 | | | UALCORP00123 - 124 | April 18, 2010, email from R. Hart to G. Kaldahl attaching spreadsheet entitled, "City Presence: #1 or 2 Seat Rank Counts." |
| 20 | | | UALCORP01344 - 1345 | April 22, 2010, Spreadsheet: Coldplay: Winners / Losers by Market, April 22, 2010. |
| 21 | | | UALCORP00143 | April 22-23, 2010, email exchange between J. Smisek and G. Tilton, Subject: US Air announcement. |
| 22 | | | ATTACHMENT 4C-19_0001 - 0020 | April 23, 2010, Presentation to the Continental Airlines Board of Directors Meeting. |
| 23 | | | ATTACHMENT 4C-21_0001 - 0079 | April 23, 2010, Continental Airlines discussion materials: Joshua Tree Synergies. |
| 24 | | | UALCORP00754 - 757 | April 27, 2010, email exchanges between R. Hart, G. Kaldahl, M. Nelsen, K. Knight and G. Taylor, Subject: CLE in simple. |
| 25 | | | UALCORP01114 - 1115 | April 28, 2010, Confidential Draft of Key Points for Coldplay Leaders to Know and Communicate. |
| 26 | | | ATTACHMENT 4C-35_0001 - 0044 | April 28, 2010, Discussion Materials for Board of Directors Meeting. |
| 27 | | | ATTACHMENT 4C-37_0001 - 0059 | April 29, 2010, Presentation: Joshua Tree Synergies. |
| 28 | | | UALCORP00846 - 974 | April 30, 2010, Confidential UAL Board Presentation: Project Joshua Tree (With backup data for slides). |

| 29 | | | UALCORP00975 - 1003 | April 30, 2010, U2 Board of Directors Meeting, Project Joshua Tree. |
| 30 | | | ATTACHMENT 4C-46_0001 - 0033 | April 30, 2010, Presentation to Continental Airlines Board of Directors Meeting. |
| 31 | | | UALCORP01116 - 1118 | April 30 - May 1, 2010, email exchange between V. Cordle and G. Tilton, Subject: Why mergers and roughed out UA/CA numbers. |
| 32 | | | UALCORP01119 - 1143 | May 1, 2010, email exchange between A. Fomra, T. Reddien, J. Gebo and A. Volin, Subject: EBITDAR/Pre-tax analysis for Joshua Tree. Attached are spreadsheets and PowerPoint slides. |
| 33 | | | ATTACHMENT 4C-47_0001 - 0018 | May 1, 2010, draft discussion materials/presentation: Project Joshua Tree, Network Strategy. |
| 34 | | | UALCORP01160 - 1161 | May 2, 2010, email exchange between V. Cordle and G. Tilton, Subject: Why UA and CO merged - it meets the tests of strategic fit and consistency. |
| 35 | | | UALCORP01163 | May 2, 2010 email exchange between J. Tague and J. Smisek regarding new company. |
| 36 | | | UALCORP01784 - 1798 | May 3, 2010, SEC Filing: Important Information For Investors and Stockholders. Attached is May 3, 2010, Transcript of the United Continental Merger Press Conference. |
| 37 | | | UALCORP01170 - 1175 | May 2-3, 2010, email string from C. Gonzalez to L. Perlman to A. Cervone to J. Sargent to G. Taylor regarding Reuters News article, "Update 4 - United, Continental boards OK merger." |
| 38 | | | UALCORP01231 - 1233 | May 3, 2010, email from G. Taylor to J. Sargent, A. Cervone and R. Moore, Subject: Pundit's Update. |

PLAINTIFFS' EXHIBIT LIST
CV-10-02858 RS

| | | | | |
|---|---|---|---|---|
| 39 | | | ATTACHMENT 4C-59_0001 - 0022 | May 3, 2010, United Airlines Presentation: Let's Fly Together. |
| 40 | | | UALCORP01281 | May 4, 2010, email exchange between K. Knight and G. Kaldahl regarding 14 overlap markets. |
| 42 | | | ATTACHMENT 4C-15_0001 - 0010 | May 5, 2010, financial spreadsheets and summaries concerning Coldplay & U2 synergies. |
| 43 | | | CO-UA_DOT000001 - 66 | June 24, 2010, Joint Application of Continental Airlines, Inc., Continental Micronesia, Inc., Air Micronesia, Inc. and United Air Lines, Inc. for Approval of International Route Transfers filed with the Department of Transportation. |
| 44 | | | UALCO-GTILT-00011033 - 11037 | April 8, 2010 email from V. Cordle to G. Tilton, Subject: UAL/US/CAL potential merger research note. |
| 45 | | | UALCO-GTILT-00021970 - 21979 | April 8-9, 2010, email exchange between V. Cordle and G. Tilton, Subject: UAL/US/CAL potential merger research note - market concentration. Attached are three graphs: Domestic Market Concentration, Domestic N-Firm Equivalent, and Domestic Passenger Revenue Per Enplaned. |
| 46 | | | UALCO-GTILT-00012452 - 12453 | April 12-13, 2010 email between V. Cordle and G. Tilton re: Best to move fast with UAL/US merge. |
| 47 | | | UALCO-GTILT-00012783 - 12787 | April 15, 2010, email from V. Cordle to G. Tilton, Subject: The Logic Behind a UAL Bid for US Airways - vaughn. |

| | | | | |
|---|---|---|---|---|
| 48 | | | UALCO-GTILT-00013499 - 13501 | April 16-17, email exchange between V. Cordle and G. Tilton, Subject: Labor negotiations and UAL potential merger. |
| 49 | | | UALCO-GTILT-00013506 - 13508 | April 17, 2010, email exchange between V. Cordle and G. Tilton, Subject: Labor negotiations and UAL potential merger. |
| 50 | | | UALCO-GTILT-00016733 - 16740 | April 29-30, 2010, email exchange between V. Cordle and G. Tilton, Subject: UAL/CAL deal likely - why mergers are needed - vaughn. |
| 51 | | | UALCO-GTILT-00026317 - 26318 | April 30, 2010, email exchange between V. Cordle and G. Tilton, Subject: why mergers and roughed out UA/CA numbers - vaughn. |
| 52 | | | UALCO-GTILT-00044227 - 44231 | May 13, 2010, email exchange between R. Milan and V. Cordle, forwarded to G. Tilton, Subject: DOT Sec Lahood's Commission objectives. |
| 53 | | | UALCO-GTILT-00044558 - 44562 | May 22, 2010, email exchange between V. Cordle and G. Tilton, Subject: Why Bob Crandall and Senator Oberstar are wrong about mergers. Includes draft response. |
| 54 | | | UALCO-GTILT-00044664 - 44665 | May 23, 2010, email exchange between G. Tilton and V. Cordle, Subject: Why Bob Crandall and Senator Oberstar are wrong about mergers. Includes Cordle's thoughts on Kevin Mitchell's comment. |
| 55 | | | UALCO-GTILT-00044211 - 44213 | May 24, 2010, email exchange between V. Cordle and G. Tilton, Subject: Business Travel Coalition: United Airlines - Continental Proposed Merger. Includes Industry Analysis article. |
| 56 | | | UALCO-GTILT-00041857 - 41860 | May 27, 2010 email exchange between V. Cordle and G. Tilton re: Bob Crandall's views on mergers - responds to Crandall/Oberstar post. |

PLAINTIFFS' EXHIBIT LIST
CV-10-02858 RS

| | | | | |
|---|---|---|---|---|
| 57 | | | UALCO-GTILT-00041957 - 41958 | May 27, 2010, email exchange between V. Cordle and G. Tilton, Subject: Bob Crandall's views on mergers - responds to Crandall/Oberstar post. |
| 58 | | | UALCO-GTILT-00042302 - 42306 | June 1, 2010 V. Cordle email forwarding press release entitled Mergers - the best solution for network airlines. June 2, 2010 G. Tilton email responding to V. Cordle. |
| 058A | | | -- | May 3, 2010, White Paper by P. Mifsud, C. Bonilla and V. Cordle: United + Continental is good news for all stakeholders: More mergers are needed.  Is American and US Airways next? |
| 59 | | | UALCO-GTILT-00000385 - 387 | June 7-8, 2010, email exchange between V. Cordle and G. Tilton, Subject:  pilots will come around if the case is presented right - vaughn. |
| 60 | | | UALCO-GTILT-00055926 - 55928 | June 7-8, 2010, email exchange between D. Strine and V. Cordle, forwarded to G. Tilton, Subject: hearing on mergers June 16 - analyst to testify. |
| 61 | | | UALCO-GTILT-00000664 - 668 | June 10, 2008, email from V. Cordle to G. Tilton, Subject: industry outlook press release by BTC/AirlineForecasts.  Included is the language for the press release of AirlineForecasts, LLC / Business Travel Coalition. |
| 62 | | | -- | May 6, 2008, Air Transport article: "Continental latest to implement big fleet, capacity cuts." |
| 63 | | | -- | July 23, 2008, eTurboNews article:  "Global growth rate of flights continues to slow." |
| 64 | | | -- | July 14, 2009, OAG summary/report: Global Airline Capacity Continues to Stalise, Reports OAG, as July Figures are Released. |

| | | | | |
|---|---|---|---|---|
| 65 | | | -- | February 12, 2010 OAG Summary/Report: OAG Reports Positive Growth in Global Airline Capacity for the Sixth Consecutive Month in February 2010. Includes graph showing rate of growth. |
| 66 | | | -- | May 3, 2010, Fortune 500 graph: Rankings of Top Airlines in U.S., Revenues (Pre-Merger - 2010). |
| 67 | | | -- | May 3, 2010, Fortune magazine graph: Rankings of Top Airlines in U.S., Revenues (Post-Merger). |
| 68 | | | -- | May 3, 2010, transcript of CNBC's Phil LeBeau discussing the United-Continental airline merger with J. Smisek and G. Tilton. |
| 69 | | | -- | May 4, 2010, PR Newswire article: "Healthy Growth in Global Airline Capacity in May Reports OAG." |
| 70 | | | -- | May 27, 2010, transcript of proceedings from the webcast of the United States Senate Committee on the Judiciary Subcommittee on Antitrust, Competition Policy and Consumer Rights entitled "The United/Continental Airlines Merger: How Will Consumers Fare?" |
| 71 | | | -- | May 27, 2010, United States Government Accountability Office Testimony Before the Committee on Commerce, Science, and Transportation, U.S. Senate: Airline Mergers, Issues Raised by the Proposed Merger of United and Continental Airlines. |
| 72 | | | -- | May 27, 2010, testimony of Darren Bush, Ph.D., J.D., before the Senate Judiciary Committee, Subcommittee on Antitrust, Competition Policy and Consumer Rights: "The United/Continental Airlines Merger: How Will Consumers Fare?" |

| | | | | |
|---|---|---|---|---|
| 73 | | | -- | June 16, 2010, testimony of Darren Bush, Ph.D., J.D., Before the House Judiciary Committee: "Competition in the Airline Industry." |
| 74 | | | -- | July 23, 2010, Travel Weekly article:  "Airlines limit capacity despite strong Q2." |
| 75 | | | -- | 2010 graph/timeline:  Highlights of Domestic Airline Mergers and Acquisitions, 1920s - 2010s. |
| 76 | | | -- | 2010 graph:  Origins of Legacy Airlines and Southwest, History of Mergers and Acquisitions. |
| 77 | | | -- | 2010 graph:  Origins of Legacy Airlines and Southwest, History of Mergers and Acquisitions (Includes Present Merger). |
| 78 | | | COUA-SMIJ000000066 - 67 | February 4, 2009, Agenda for CO/UA Steering Committee Meeting.  (Attached to February 2, 2009, email meeting notification.) |
| 79 | | | UALCO-GTILT-00047044 - 47046 | December 28, 2009, email exchange between J. Smisek and G. Tilton, Subject:  Meeting. |
| 80 | | | COUA-SMIJ000000346 | April 5, 2010, email from J. Smisek to G. Hart, Subject: flying. |
| 81 | | | UALCO-GTILT-00032446 | April 7, 2010, email exchange between J. Smisek and G. Tilton, regarding NYTimes article. |
| 82 | | | COUA-SMIJ000000313 | April 9, 2010, email from J. Smisek to C. Corviand others, regarding news reports that United and US Airways are in merger negotiations. |
| 83 | | | UALCO-GTILT-00053340 - 53341 | April 16, 2010, email exchange between G. Tilton and J. Smisek, Subject:  Joshua Tree. |
| 84 | | | UALCO-GTILT-00055229 - 55230 | April 16-17, 2010, email exchange between G. Tilton and J. Smisek, Subject:  Revised Governance Principles. |

.

| | | | | |
|---|---|---|---|---|
| 85 | | | COUA-SMIJ000000073 - 75 | April 17, 2010, email from J. Smisek to himself, attaching April 16, 2010, Joshua Tree Governance Principles.  Attached is Project Joshua Tree Governance Principles. |
| 86 | | | COUA-SMIJ000000080 - 81 | April 17, 2010, email from J. Smisek to himself attaching summary document addressing industry structure and consolidation matters.  Attached is summary document. |
| 87 | | | UALCO-GTILT-00053345 - 53349 | April 17, 2010, email exchange between J. Smisek and G. Tilton, Subject:  script. |
| 88 | | | COUA-SMIJ000000331 - 333 | April 18, 2010, email from J. Smisek to Z. Rowe and J. Rainey, attaching "reasons" document.  Attached is outline:  Why Merge With U2? |
| 89 | | | UALCO-GTILT-00046242 | April 19, 2010, email exchanges between J. Smisek and G. Tilton and G. Tilton and K. Mikells, Subject:  Earnings script intro. |
| 90 | | | UALCO-GTILT-00015718 - 15719 | April 25, 2010, email exchange between G. Tilton and J. Smisek, discussing original email from M.J. Credeur to J. Medina, Subject:  Got something to run past you, which inquires about the date to be used in calculating the "at market" stock swap being negotiated. |
| 91 | | | UALCO-GTILT-00046606 - 46610 | April 25-26, 2010, email exchange between G. Tilton and J. Smisek regarding original email from J. Medina to G. Tilton, providing NYT story: United-Continental Talks Said to Snag Over Price. |
| 92 | | | COUA-SMIJ000001547 - 1551 | April 26-27, 2010 email exchange between J. Smisek and S. Thurstan discussing Smisek's question - Why are we Merging? |

PLAINTIFFS' EXHIBIT LIST
*CV-10-02858 RS*

| | | | | | |
|---|---|---|---|---|---|
| 93 | | | | UALCO-GTILT-00022010 - 22011 | April 30, 2010, email exchange between V. Cordle and G. Tilton, Subject: vaughn - edited draft - more mergers needed, ua/co a done deal. |
| 94 | | | | UALCO-GTILT-00047491 - 47492 | May 2, 2010, email exchange between G. Tilton and J. Smisek, Subject: Mr. Ito. |
| 95 | | | | COUA-ORHE000001799 - 1896 | May 3, 2010, Continental Airlines Airline Industry News, produced by Corporate Communications, which is a collection of news articles from various sources about Continental Airlines. |
| 96 | | | | COUA-SMIJ000000285 | 05/03/2010, email exchange between D. Parker, J. Smisek and G. Tilton, regarding apology by Smisek about ugly girl comment. |
| 97 | | | | COUA-SMIJ000000071 - 72 | May 4, 2010, email from A. Mulally to J. Smisek and G. Tilton, Subject: As UAL Flirted, Continental Cut in (WSJ). Wall Street Journal article is attached. |
| 98 | | | | COUA-SMIJ000000325 | May 12, 2010, email from J. Smisek to D. Hilfman and D. Messing, Subject: Customer concerns. |
| 99 | | | | COUA-SMIJ000000266 | May 11-12, 2010, email exchange between J. Smisek, M. Bonds and Z. Rowe, regarding retention programs. |
| 100 | | | | COUA-SMIJ000001774 - 1775 | May 14-16, 2010 email exchange between D. McCorkindale and J. Smisek, regarding merger's effect on front line jobs. |
| 101 | | | | COUA-SMIJ000008878 | May 21, 2010, email exchange between J. Smisek and G. Tilton, Subject: Willis Tower. |
| 102 | | | | UALCO-GTILT-00041720 - 41722 | May 27, 2010 G. Tilton email forwarding May 26, 2010 V. Cordle email with Press Release entitled Opposition to airline mergers is based on three premises - the counter to Crandall and Oberstar |

| | | | | |
|---|---|---|---|---|
| 103 | | | 000001 | May 3, 2010, New York Times article and graphs: "A Domestic Powerhouse ... with Global Reach." |
| 105 | | | -- | August 20, 2010, Expert Report of Darren Bush |
| 106 | | | -- | May 27, 2010 transcript of Senate Subcommittee Meeting |

Dated:  August 27, 2010

ALIOTO LAW FIRM
GRAY, PLANT, MOOTY, MOOTY &
  BENNETT, P.A.


By:  ___/s/Daniel R. Shulman_____
          Daniel R. Shulman (admitted pro hac vice)

# PLAINTIFFS' COUNSEL

Joseph M. Alioto, SBN 42680
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone: (415)  434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
Email: esexton@aliotolaw.com
Email: tpier@aliotolaw.com


Daniel R. Shulman, (MN SBN 100651)
*Pending Pro Hac Vice*
Julie L. Boehmke, (MN SBN 317330)
*Pending Pro Hac Vice*
Jeremy L. Johnson (MN SBN 328558)
*Pending Pro Hac Vice*
GRAY, PLANT, MOOTY, MOOTY &
    BENNETT, P.A.
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335
Email: daniel.shulman@gpmlaw.com
Email: julie.boehmke@gpmlaw.com
Email: jeremy.johnson@gpjlaw.com


Gil D. Messina (NJ SBN GM5079)
*Admitted Pro Hac Vice*
MESSINA LAW FIRM, PC
961 Holmdel Road
Holmdel, NJ  07733
Telephone:  (732) 332-9300
Facsimile:  (732) 332-9301
Email: gmessina@messinalawfirm.com

GP:2837136 v1

.

PLAINTIFFS' EXHIBIT LIST
*CV-10-02858 RS*