*E-Filed 8/27/10*

Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email: jmalioto@aliotolaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Keith Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippitts, Diane Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi,<br><br>        Plaintiffs,<br><br>   v.<br><br>UAL CORPORATION, UNITED AIRLINES, INC., and CONTINENTAL AIRLINES, INC.<br><br>        Defendants.<br>_____ | **CASE NO.:  CV-10-02858 (RS)**<br><br>Date:     August 31, 2010<br>Time:     9:00 a.m.<br>Judge:    Hon. Richard Seeborg<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

1

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
*CV-10-02858 RS*

1  Upon consideration of plaintiffs' Administrative Motion to Remove Incorrectly Filed
2  Document, and for good cause shown, the Clerk shall remove permanently from the ECF
3  docket of the above-captioned case the following: (1) Exhibit 103, 105 (Redacted), document
4  number 79 filed by Plaintiffs.

**SO ORDERED.**

Dated: ___8/27_____, 2010.    _____
                                The Honorable Richard Seeborg
                                United States District Court Judge

GP:2838916 v2