Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email:  jmalioto@aliotolaw.com

Attorneys for Plaintiffs
[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

Michael C. Malaney, Katherine R. Arcell,    )
Keith Dean Bradt, José M. Brito, Jan Marie  )
Brown, Robert D. Conway, Rosemary           )
D'Augusta, Brenda K. Davis, Pamela Faust,   )
Carolyn Fjord, Don Freeland, Ted Friedli,   )
Donald V. Fry, Gabriel Garavanian, Harry    )
Garavanian, Yvonne Jocelyn Gardner, Lee M.  )
Gentry, Jay Glikman, Donna M. Johnson,      )
Valarie Ann Jolly, Gail S. Kosach, Rozann   )
Kunstle, Steve Kunstle, John Lovell, Len    )
Marazzo, Lee McCarthy, Lisa McCarthy,       )
Patricia Ann Meeuwsen, L. West Oehmig, Jr., )
Cynthia Prosterman, Deborah M. Pulfer,      )
Sharon Holmes Reed, Dana L. Robinson,       )
Robert A. Rosenthal, Bill Rubinsohn, Sondra )
K. Russell, Sylvia N. Sparks, June Stansbury, )
Clyde D. Stensrud, Sherry Lynne Stewart,    )
Wayne Taleff, Gary Talewsky, Annette M.     )
Tippitts, Diane Lynn Ultican, J. Michael    )
Walker, Pamela S. Ward, David P. Wendell,   )
Christine O. Whalen, and Suraj Zutshi,      )

          Plaintiffs,    )

   v.    )

UAL CORPORATION, UNITED AIRLINES, )
INC., and CONTINENTAL AIRLINES, INC. )

          Defendants.    )

**CASE NO.:  CV-10-02858 (RS)**

**PLAINTIFFS' SECOND
SUPPLEMENTED DEPOSITION
DESIGNATIONS**

1

Plaintiffs above-named submit the following deposition designations for the upcoming hearing on plaintiffs' motion for a preliminary injunction:

**DEPOSITION OF VAUGHN CORDLE, AUGUST 17, 2010:**

| FROM | | TO | | EXHIBIT(S) |
|------|------|------|------|------------|
| PAGE | LINE | PAGE | LINE | |
| 8 | 2 | 10 | 1 | |
| 10 | 13 | 11 | 4 | |
| 11 | 12 | 13 | 15 | |
| 16 | 4 | 17 | 24 | |
| 19 | 3 | 19 | 17 | |
| 20 | 22 | 21 | 22 | |
| 23 | 5 | 24 | 5 | |
| 24 | 19 | 25 | 10 | |
| 30 | 8 | 33 | 12 | |
| 35 | 10 | 37 | 15 | |
| 40 | 7 | 41 | 4 | |
| 42 | 15 | 44 | 23 | |
| 45 | 1 | 46 | 14 | |
| 51 | 2 | 51 | 20 | 31 |
| 52 | 9 | 54 | 4 | |
| 55 | 17 | 57 | 3 | |
| 57 | 13 | 58 | 1 | |
| 59 | 1 | 64 | 23 | |
| 65 | 9 | 67 | 11 | |
| 68 | 12 | 69 | 10 | |
| 72 | 13 | 73 | 8 | |
| 77 | 5 | 77 | 12 | |
| 79 | 16 | 80 | 11 | |
| 87 | 24 | 91 | 11 | |
| 93 | 14 | 95 | 19 | |
| 98 | 12 | 98 | 25 | |
| 99 | 23 | 100 | 24 | |
| 107 | 12 | 109 | 5 | |
| 110 | 15 | 113 | 4 | 34 |
| 115 | 9 | 116 | 9 | |
| 120 | 10 | 121 | 23 | |
| 131 | 16 | 133 | 17 | |
| 137 | 8 | 138 | 24 | |
| 141 | 6 | 146 | 9 | |
| 151 | 22 | 152 | 18 | 44 |
| 153 | 4 | 153 | 13 | |
| 154 | 12 | 157 | 8 | |

| | | | | |
|---|---|---|---|---|
| 164 | 20 | 166 | 19 | |
| 168 | 21 | 172 | 24 | |
| 178 | 17 | 179 | 16 | 45 |
| 193 | 14 | 196 | 24 | |
| 197 | 23 | 199 | 1 | 46 |
| 199 | 16 | 202 | 8 | |
| 207 | 25 | 209 | 9 | |
| 217 | 22 | 221 | 6 | 47 |
| 229 | 11 | 232 | 13 | |
| 234 | 11 | 236 | 4 | |
| 241 | 7 | 241 | 19 | 49 |
| 243 | 23 | 246 | 10 | |
| 248 | 5 | 249 | 24 | |
| 250 | 12 | 251 | 4 | |
| 251 | 9 | 253 | 24 | 50 |
| 256 | 6 | 257 | 17 | |
| 262 | 4 | 263 | 15 | |
| 264 | 6 | 267 | 11 | 52 |
| 283 | 19 | 285 | 1 | |
| 290 | 5 | 292 | 8 | |
| 293 | 4 | 293 | 23 | |
| 295 | 25 | 296 | 6 | |
| 298 | 14 | 300 | 4 | 53 |
| 305 | 17 | 306 | 6 | 61 |
| 308 | 9 | 310 | 21 | 58 |
| 311 | 25 | 313 | 3 | |
| 317 | 17 | 320 | 10 | |
| 324 | 2 | 325 | 11 | |
| 328 | 16 | 328 | 25 | 58A |
| 331 | 11 | 332 | 22 | |
| 336 | 10 | 338 | 11 | |
| 339 | 23 | 340 | 15 | |
| 344 | 20 | 345 | 4 | |
| 358 | 24 | 360 | 5 | |
| 363 | 10 | 363 | 24 | |
| 365 | 18 | 366 | 7 | |

**DEPOSITION OF JEFFERY SMISEK, AUGUST 20, 2010:**

| FROM | | TO | | EXHIBIT(S) |
|---|---|---|---|---|
| PAGE | LINE | PAGE | LINE | |
| 6 | 6 | 8 | 18 | |
| 10 | 24 | 23 | 20 | |
| 26 | 12 | 27 | 13 | |
| 28 | 8 | 37 | 17 | |
| 41 | 9 | 43 | 8 | |
| 43 | 18 | 51 | 20 | |

| | | | | |
|---|---|---|---|---|
| 52 | 3 | 56 | 12 | |
| 56 | 25 | 63 | 17 | |
| 64 | 1 | 71 | 25 | 88 |
| 72 | 15 | 78 | 18 | |
| 84 | 3 | 97 | 8 | |
| 97 | 17 | 101 | 5 | |
| 104 | 9 | 106 | 19 | |
| 115 | 13 | 117 | 5 | |
| 119 | 20 | 125 | 20 | 4 |
| 129 | 8 | 131 | 19 | |
| 131 | 25 | 135 | 18 | |
| 139 | 20 | 141 | 17 | 5 |
| 142 | 20 | 147 | 13 | |
| 151 | 18 | 153 | 18 | |
| 156 | 13 | 167 | 12 | 9 |
| 176 | 15 | 177 | 24 | |
| 179 | 24 | 183 | 22 | 14 |
| 185 | 1 | 198 | 1 | 15 |
| 198 | 18 | 199 | 13 | 21 |
| 202 | 11 | 203 | 24 | |
| 204 | 18 | 205 | 1 | |
| 206 | 18 | 213 | 6 | 22 |
| 214 | 21 | 215 | 25 | |
| 216 | 20 | 219 | 15 | |
| 220 | 10 | 221 | 9 | 26 |
| 222 | 2 | 223 | 1 | |
| 223 | 22 | 229 | 8 | |
| 234 | 1 | 235 | 5 | |
| 235 | 23 | 237 | 14 | |
| 239 | 16 | 239 | 20 | |
| 240 | 5 | 246 | 7 | 33 |
| 252 | 24 | 260 | 24 | 103 |
| 280 | 21 | 281 | 4 | |
| 283 | 18 | 284 | 18 | |
| 285 | 2 | 288 | 3 | |
| 289 | 1 | 289 | 20 | 92 |
| 307 | 14 | 307 | 24 | |
| 308 | 17 | 308 | 23 | |

## DEPOSITION OF KATHRYN A. MIKELLS, AUGUST 24, 2010:

| FROM | | TO | | EXHIBIT(S) |
|---|---|---|---|---|
| PAGE | LINE | PAGE | LINE | |
| 4 | 9 | 4 | 20 | |
| 11 | 18 | 13 | 22 | |
| 15 | 4 | 20 | 19 | |
| 22 | 19 | 30 | 23 | |

| | | | | |
|---|---|---|---|---|
| 33 | 1 | 59 | 23 | |
| 61 | 16 | 62 | 8 | |
| 65 | 9 | 73 | 20 | |
| 82 | 15 | 94 | 13 | |
| 95 | 1 | 111 | 4 | 6 |
| 150 | 6 | 155 | 21 | 74 |
| 162 | 16 | 164 | 16 | |
| 177 | 1 | 178 | 1 | |
| 213 | 24 | 220 | 6 | |

**DEPOSITION OF GLENN F. TILTON, AUGUST 27, 2010:**

| FROM | | TO | | EXHIBIT(S) |
|---|---|---|---|---|
| PAGE | LINE | PAGE | LINE | |
| 5 | 9 | 5 | 25 | |
| 8 | 3 | 11 | 25 | |
| 14 | 15 | 15 | 17 | |
| 17 | 3 | 39 | 5 | |
| 39 | 23 | 49 | 14 | |
| 51 | 3 | 92 | 22 | 70 (200 duplicates 70) |
| 98 | 6 | 108 | 22 | |
| 129 | 18 | 132 | 15 | |
| 134 | 17 | 136 | 12 | |
| 138 | 1 | 157 | 4 | 49, 31 |
| 173 | 3 | 173 | 8 | 68 |

**DEPOSITION OF ZANE ROWE, AUGUST 28, 2010:**

| FROM | | TO | | EXHIBIT(S) |
|---|---|---|---|---|
| PAGE | LINE | PAGE | LINE | |
| 4 | 8 | 6 | 5 | |
| 12 | 12 | 19 | 18 | |
| 21 | 18 | 23 | 6 | |
| 27 | 2 | 27 | 19 | |
| 31 | 15 | 34 | 25 | |
| 42 | 16 | 59 | 4 | |
| 64 | 16 | 75 | 3 | |
| 76 | 8 | 83 | 4 | 88 |
| 86 | 21 | 113 | 12 | 15, 5, 22 |
| 115 | 4 | 117 | 19 | |
| 119 | 1 | 119 | 7 | 26 |
| 120 | 21 | 128 | 1 | 80 |
| 128 | 13 | 130 | 6 | 23 |
| 132 | 24 | 134 | 24 | |
| 136 | 20 | 139 | 1 | |
| 143 | 7 | 154 | 7 | 27, 30, 99 |

PLAINTIFFS' SECOND SUPPLEMENTED DEPOSITION DESIGNATIONS
*CV-10-02858 RS*

1

2     Dated:  August 29, 2010

3                                           ALIOTO LAW FIRM
                                           GRAY, PLANT, MOOTY, MOOTY &
4                                            BENNETT, P.A.

5

6

7                                           By:    /s/ Jeremy L. Johnson
                                                  Jeremy L. Johnson (*Admitted Pro Hac Vice*)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' SECOND SUPPLEMENTED DEPOSITION DESIGNATIONS
*CV-10-02858 RS*

## PLAINTIFFS' COUNSEL

Joseph M. Alioto, SBN 42680
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone: (415)  434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
        tmoore@aliotolaw.com
        esexton@aliotolaw.com
        tpier@aliotolaw.com

Daniel R. Shulman, (MN SBN 100651), *Pro Hac Vice*
Julie L. Boehmke, (MN SBN 317330), *Pro Hac Vice*
Jeremy L. Johnson (MN SBN 328558), *Pro Hac Vice*
GRAY, PLANT, MOOTY, MOOTY &,   BENNETT, P.A.
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335
Email: daniel.shulman@gpmlaw.com
        julie.boehmke@gpmlaw.com
        jeremy.johnson@gpjlaw.com

Gil D. Messina (NJ SBN GM5079)
*Admitted Pro Hac Vice*
MESSINA LAW FIRM, PC
961 Holmdel Road
Holmdel, NJ  07733
Telephone:  (732) 332-9300
Facsimile:  (732) 332-9301
Email: gmessina@messinalawfirm.com

Thomas V. Girardi
Stephen G. Larson
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554
Email:  tgirardi@girardikeese.com
        slarson@girardikeese.com

PLAINTIFFS' SECOND SUPPLEMENTED DEPOSITION DESIGNATIONS
CV-10-02858 RS

Jack W. Lee
Derek G. Howard
Sean Tamura-Sato
MINAMI TAMAKi LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Telephone:  (415) 788-9000
Facsimile:  (415) 398-3887
Email:  jlee@minamitamaki.com
        ddhoward@minamitamaki.com

GP:2840485 v1

PLAINTIFFS' SECOND SUPPLEMENTED DEPOSITION DESIGNATIONS
*CV-10-02858 RS*