Katherine B. Forrest (NY Bar No. 2381457)
Max R. Shulman (NY Bar No. 1473982)
Stuart W. Gold (NY Bar No. 1639434)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:  kforrest@cravath.com
        mshulman@cravath.com
        sgold@cravath.com
Admitted *Pro Hac Vice*

Attorneys for Defendants UAL Corporation and United Air Lines, Inc.

Paul L. Yde (D.C. Bar No. 449751)
Timothy J. Coleman (D.C. Bar No. 436415)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Ave., NW. Suite 600
Washington, DC 20004
Telephone:  (202) 777-4500
Facsimile:  (202) 777-4555
Email:  paul.yde@freshfields.com
        tim.coleman@freshfields.com
Admitted *Pro Hac Vice*

Attorneys for Defendant Continental Airlines, Inc.

[Names and Addresses of Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, et al.,<br><br>                    Plaintiffs,<br><br>             vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>                    Defendants. | CASE NO. 3:10-CV-02858-RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFFS' SECOND SUPPLEMENTED DEPOSITION DESIGNATIONS |

Defendants respectfully submit the following objections and counter-designations to Plaintiffs' second supplemented deposition designations for Glenn Tilton and Zane Rowe filed on August 29, 2010 (Dkt. No. 103) in the above-captioned case.

## I. AUGUST 27, 2010 DEPOSITION OF GLENN TILTON

**OBJECTIONS**[1]

| Glenn Tilton | | |
|---|---|---|
| **From** | **To** | **Objection** |
| 155:18 | 155:23 | Form of the question (155:18-155:21) |
| 156:24 | 157:4 | Form of the question (156:24 - 157:1) |

**COUNTER-DESIGNATIONS**

| Glenn Tilton | |
|---|---|
| **FROM** | **TO** |
| 93:13 | 94:24 |
| 109:7 | 109:24 |
| 110:17 | 111:14 |
| 118:12 | 120:4 |
| 123:7 | 123:10 |
| 133:5 | 133:19 |
| 157:5 | 162:1 |

---

[1] The "From" and "To" fields in this table refer to the beginning and end of the relevant designation made by plaintiffs. This table lists only those designations to which defendants assert an objection at this time. Citations to the objection in the record are set forth in the "Objection" column.

DEFS.' OBJECTIONS AND COUNTER-DESIGNATIONS  CASE NO. 3:10-CV-02858-RS
TO PLS.' 2ND SUPPLEMENTED DEP. DESIGNATIONS

## II.   AUGUST 28, 2010 DEPOSITION OF ZANE ROWE

### OBJECTIONS

| Zane Rowe | | |
|---|---|---|
| **From** | **To** | **Objection** |
| 42:16 | 59:4 | Form of the question (48:3-11, 55:17-56:7) |

### COUNTER-DESIGNATIONS

| Zane Rowe | |
|---|---|
| **From** | **To** |
| 9:18 | 12:11 |
| 19:19 | 21:17 |
| 23:14 | 27:1 |
| 28:19 | 31:14 |
| 35:1 | 42:10 |
| 59:5 | 61:3 |
| 61:16 | 62:17 |
| 63:11 | 64:15 |
| 75:4 | 75:19 |
| 113:25 | 115:3 |
| 118:7 | 118:11 |
| 120:4 | 120:20 |
| 130:7 | 132:23 |
| 134:25 | 136:19 |
| 139:2 | 143:6 |
| 154:8 | 156:19 |

DEFS.' OBJECTIONS AND COUNTER-DESIGNATIONS        CASE NO. 3:10-CV-02858-RS
TO PLS.' 2ND SUPPLEMENTED DEP. DESIGNATIONS

1  Dated: August 30, 2010                    Respectfully submitted,

2                                            CRAVATH, SWAINE & MOORE LLP
                                             Katherine B. Forrest
3                                            Max R. Shulman
                                             Stuart W. Gold
4
                                             *Pro Hac Vice*
5
                                             FRESHFIELDS BRUCKHAUS DERINGER US LLP
6                                            Paul L. Yde
                                             Timothy J. Coleman
7
                                             *Pro Hac Vice*
8
                                             SHEARMAN & STERLING LLP
9                                            Patrick D. Robbins
                                             Mikael A. Abye
10                                           525 Market St., Suite 1500
                                             San Francisco, CA 94105-2723
11                                           Telephone: (415) 616-1100
                                             Facsimile: (415) 616-1199
12                                           Email: probbins@shearman.com
                                                    mikael.abye@shearman.com
13

14                                   By:  /s/   Patrick D. Robbins
                                          Patrick D. Robbins
15
                                          Attorneys for Defendants
16

17

18

19

20

21

22

23

24

25

26

27

28  DEFS.' OBJECTIONS AND COUNTER-DESIGNATIONS                CASE NO. 3:10-CV-02858-RS
    TO PLS.' 2ND SUPPLEMENTED DEP. DESIGNATIONS

- 4 -