Katherine B. Forrest (NY Bar No. 2381457)
Max R. Shulman (NY Bar No. 1473982)
Stuart W. Gold (NY Bar No. 1639434)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: kforrest@cravath.com
       mshulman@cravath.com
       sgold@cravath.com
Admitted *Pro Hac Vice*

Attorneys for Defendants UAL Corporation
and United Air Lines, Inc.

Paul L. Yde (D.C. Bar No. 449751)
Timothy J. Coleman (D.C. Bar No. 436415)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Ave., NW. Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: paul.yde@freshfields.com
       tim.coleman@freshfields.com
Admitted *Pro Hac Vice*

Attorneys for Defendant Continental Airlines, Inc.

[Names and Addresses of Additional
Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, et al.,<br><br>                     Plaintiffs,<br><br>                     vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>                     Defendants. | CASE NO. 3:10-CV-02858-RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>DEFENDANTS' THIRD SUPPLEMENTAL INTENDED TRIAL EXHIBITS |

In accordance with the August 10, 2010, Scheduling Order, Defendants reserve their right to supplement their intended trial exhibits.  (Aug. 10, 2010, Order ¶ 7.)

**Defendants' Intended Trial Exhibits**

| Defendants' Exhibit | Bates Range | Description |
|---|---|---|
| 1000 | | Slide:  O&D Passengers in Non-Stop Overlap City Pairs |
| 1001 | | Slide:  O&D Passengers in Non-Stop Overlap City Pairs |
| 1002 | | Slide: O&D Passengers in Non-Stop Overlap City Pairs |
| 1003 | | Slide: O&D Passengers in Non-Stop Overlap Airport Pairs |
| 1004 | | Slide: O&D Passengers in Non-Stop Overlap Airport Pairs |
| 1005 | | Slide: O&D Passengers in Non-Stop Overlap Airport Pairs |
| 1006 | | Slide:  Change in Average Domestic O&D Airfares Pre and Post DL/NW Merger |
| 1007 | | Delta Air Lines, Inc. 2008 Form 10-K (excerpt) |
| 1008 | | Delta Air Lines, Inc. 2009 Form 10-K (excerpt) |
| 1009 | | May 27, 2010 Testimony of Darren Bush Before the Senate Judiciary Committee |
| 1010 | | June 16, 2010 Testimony of Darren Bush Before the House Judiciary Committee |
| 1012 | | Slide:  U.S. Domestic Passenger Shares After Merger |
| 1013 | | Article:  Southwest Targets Business Fliers As it Comes to NYC |
| 1014 | | Article:  Executive Travel, 2010 Leading Edge Awards |
| 1015 | | AirTran Website Excerpt:  Tell Your CEO About the Smartest Corporate Travel Program Available |
| 1016 | | Slide:  Small Carrier Growth Since Delta/Northwest Merger |
| 1017 | | Slides:  LCCs and Small-Carriers FFPs |
| 1018 | | Slide:  Non-Stop Overlaps |
| 1019 | | Slide:  Non-Stop Overlap City Pairs, Non-Stop and Connecting Competitors |
| 1020 | | Slide:  LCC Passenger Share Over Past 12 Years |
| 1021 | | Slide:  Network Carrier Non-Stop Passengers With LCC Options |
| 1022 | | Slide:  LCCs Compete At All of United's and Continental's Domestic Hubs |
| 1023 | | Slide:  Average Price Continues to Decline |
| 1024 | | Slide:  LCC Entry |

DEFS' THIRD SUPPLEMENTAL INTENDED TRIAL EXHIBITS

CASE NO. 3:10-CV-02858-RS

| Defendants' Exhibit | Bates Range | Description |
|---|---|---|
| 1025 | | Testimony of Daniel Rubinfeld |
| 1026 | | Slide: Customer Access to New Online Destinations After Merger |
| 1027 | | Slide: Merger Would Create New Online Service in 1,011 Domestic City Pairs and 1,275 System City Pairs |
| 1028 | | Slide: 93 of 116 Domestic Destinations That Would Be "New" To Either United or Continental Would Be Small Communities |
| 1029 | | Slide: Alliance is Not a Substitute for Mergers |
| 1030 | | Slide: LCCs Vigorously Compete on Nearly All of United's and Continental's High-Volume Routes |
| 1031 | | Slide: U.S. Network Carriers Have Lost Their # 1 and #2 Worldwide Revenue Rankings |
| 1032 | | UAL Corporation, 2009 Form 10-K (excerpt) |
| 1033 | | UAL North American Route Map |
| 1034 | | Slide: Merger Would Increase Frequencies and Reduce Wait Time, Example: BOS-SDF |
| 1035 | | Slide: UA and CO Have Identified 25 Potential New Nonstop Routes As Candidates for Merger-Enabled Expansion |
| 1036 | | Non-Stop Overlap Airport Pairs, Non-stop and Connecting Competitors |
| 1037 | | DOJ Press Release re: Delta/Northwest Merger |
| 1038 | | 7/30/2010 Decision of the Russian Federal AntiMonopoly Service (with English translation) |
| 1039 | | U.S. DOT Order: 2009-7-10, Docket OST-2008-0234 |
| 1040 | | June 4, 2010 Letter from the Honourable John Baird, Canadian Minister of Transport, Infrastructure and Communities |
| 1041 | | European Commission - Notification of June 21, 2010 Pursuant to Article 4 of Council Regulation No. 139/2004 |
| 1042 | | AirTran Holdings, Inc. 2009 Form 10-K (excerpt) |
| 1043 | | jetBlue Airways Corp. 2009 Form 10-K (excerpt) |
| 1044A | UAC PLF 0135 - 139 | Settlement Agreement in Tam Travel, Inc., et al. v. Delta Air Lines, Inc., et al., Case No. C-03-1502 SBA, and D'Augusta, et al. v. Northwest Airlines Corp. et al., Case No. C 08-3007 VRW |
| 1044B | UAC PLF 0175 - 179 | Settlement Agreement in Tam Travel, Inc., et al. v. Delta Air Lines, Inc., et al., Case No. C-03-1502 SBA, and D'Augusta, et al. v. Northwest Airlines Corp. et al., Case No. C 08-3007 VRW |

DEFS' THIRD SUPPLEMENTAL INTENDED TRIAL EXHIBITS            CASE NO. 3:10-CV-02858-RS

| Defendants' Exhibit | Bates Range | Description |
|---|---|---|
| 1045 | UAC PLF 0001 - 0013 | Complaint in Tam Travel, Inc., et al. v. Delta Air Lines, Inc., et al., Case No. C-03-1502 SBA |
| 1046 | UAC PLF 0014 - 0023 | Complaint in D'Augusta, et al. v. Northwest Airlines Corp. et al., Case No. C 08-3007 VRW |
| 1047 | UAC PLF 0024 - 0053 | Amended Complaint in Tam Travel, Inc., et al. v. Delta Air Lines, Inc., et al., Case No. 03-30000 |
| 1048 | UALCORP01379 - 1516 | April 30, 2010 United Board Presentation |
| 1057 | | Testimony of Jeffrey A. Smisek |
| 1058 | | Testimony of Glenn F. Tilton |
| 1059 | | Testimony of Kevin N. Knight |

**Defendants' Supplemental Intended Trial Exhibits**

| Defendants' Exhibit | Bates Range | Description |
|---|---|---|
| 1049 | UAC PLF 0054 - 0101 | Agreement of the Parties, dated April 29, 2008 |
| 1050 | UAC-CSTE 001 | Flight Activity Records of Clyde Stensrud |
| 1051 | UAC-RAUG 001 - 005 | Flight Activity Records of Rosemary D'Augusta |
| 1052 | UAC-JBRO 001 | Flight Activity Records of Jan Marie-Brown |
| 1053 | UAC-MMAL 001 - 005 | Flight Activity Records of Michael Malaney |
| 1054 | UAC-DROB 001 - 002 | Flight Activity Records of Dana Robinson |
| 1056 | | *Las Vegas Sun*, "Las Vegan Sues to Halt Merger of Airlines" |
| 1060 | | Declaration of Clyde Stensrud |
| 1061 | | Declaration of Rosemary D'Augusta |
| 1062 | | Declaration of Jan Marie-Brown |
| 1063 | | Declaration of Michael Malaney |
| 1064 | | Declaration of Dana Robinson |
| 1065 | | Excerpt from website of Executive Travel Consultants, LTD. |
| 1070 | | Excerpt from Rubinfeld Exhibit 33 (Stensrud) |
| 1071 | | Rebuttal Expert Report of Daniel Rubinfeld |
| 1073 | | Press Release, Department of Justice, "United Airlines and Continental Airlines Transfer Assets to Southwest Airlines in Response to Department of Justice's Antitrust Concerns" |

DEFS' THIRD SUPPLEMENTAL INTENDED TRIAL EXHIBITS

CASE NO. 3:10-CV-02858-RS

**Defendants' Second Supplemental Intended Trial Exhibits**

| Defendants' Exhibit | Bates Range | Description |
|---|---|---|
| 1074 | | United Airlines, Continental Airlines, and Southwest Airlines Press Releases Regarding Newark Slot Leases to Southwest |
| 1075 | UAC-CSTE 002 - 008 | Additional Travel Records for Clyde Stensrud |

**Defendants' Third Supplemental Intended Trial Exhibits**

| Defendants' Exhibit | Bates Range | Description |
|---|---|---|
| 1076 | | Department of Transportation Order Granting Exemption for Transfer of International Routes |

Dated: August 30, 2010

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP
Katherine B. Forrest
Max R. Shulman
Stuart W. Gold

*Pro Hac Vice*

FRESHFIELDS BRUCKHAUS DERINGER LLP
Paul L. Yde
Timothy J. Coleman

*Pro Hac Vice*

SHEARMAN & STERLING LLP
Patrick D. Robbins (CA Bar No. 152288)
Mikael A. Abye (CA Bar No. 233458)
525 Market St., Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: probbins@shearman.com
mikael.abye@shearman.com

By: /s/Katherine B. Forrest
Katherine B. Forrest

Attorneys for Defendants