UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

The Honorable Richard Seeborg

Date: August 31, 2010

Case No.: **C 10-2858 RS**                Time: **6 hours**

Case Name: **Malaney, et al.,** v. **UAL, et al.,**

Plaintiff's Counsel: **Joseph Alioto, Julie Boehmke, Jeremy Johnson, Daniel Shulman, Stephen G. Larson, Theresa Moore, Derek Howard, Tom Pier, Gil Messina**

Defendant's Counsel: **Stuart W. Gold, Max Shulman, Katherine Forrest, Tim Coleman, Paul Yde**

Clerk: **Corinne Lew**        Court Reporter: **Debra Pas, Belle Ball**

**PROCEEDINGS**

**Preliminary Injunction Hearing Held**

**SUMMARY**

Opening Statements by Plaintiff and Defendant. Witness Jeffery Smisek Testified; Witness Glenn Tilton Testified Parties have stipulated that all exhibits will be admitted.

Preliminary Injunction Hearing Continued to 9/1/10 at 9:30 a.m.