UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

The Honorable Richard Seeborg

Date: September 1, 2010

Case No.: **C 10-2858 RS**　　　　　　　　　　　　　　　　Time: **8 hours**

Case Name: **Malaney, et al.,** v. **UAL, et al.,**

Plaintiff's Counsel: **Joseph Alioto, Julie Boehmke, Jeremy Johnson, Daniel Shulman, Stephen G. Larson, Theresa Moore, Derek Howard, Tom Pier, Gil Messina**

Defendant's Counsel: **Stuart W. Gold, Max Shulman, Katherine Forrest, Tim Coleman, Paul Yde**

Clerk: **Corinne Lew**　　　　Court Reporter: **Debra Pas, Belle Ball**

## PROCEEDINGS

**Preliminary Injunction Hearing Held**

## SUMMARY

Testimony provided by Plaintiff's witnesses: Kevin Knight, Jan Marie Brown, Clyde Stensrud, Prof. Darren Bush, Dana L. Robinson, Michael Malaney

Testimony provided by Defendant's witness: Dr. Daniel Rubinfeld

Exhibits Admitted:

Plaintiff: Exhibits 108, 109, 110, 111, 112, 113, 114-116

Defendant: Exhibit 1077

**Telephonic Status Hearing scheduled for 9/3/2010 at 2:00 p.m.**