UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 9/3/10          **Time in Court:** **45 min.**

**Case No.:** C 10-02858 RS

**Case Title:** Malaney, et al.,   v.  United Airlines Corporation, et al.,

**Appearances:**
   For Plaintiff(s): Joseph Alioto, Jeremy Johnson, Daniel Shulman
         (By telephone)

   For Defendant(s:) Katherine Forrest, Stuart Gold, Paul Yde
            (By telephone)

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Debra Pas

## *PROCEEDINGS*

In-Chambers Telephonic Status Hearing Held.

## **SUMMARY**

Parties are to file further briefing by 12:00 p.m. on 9/13/10.  Further Status Conference Hearing set for 9/17/10 at 2:00 p.m.