*E-Filed 9/15/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 3:10-CV-02858-RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>[~~PROPOSED~~] ORDER AUTHORIZING USE OF EQUIPMENT AT HEARING SCHEDULED FOR SEPTEMBER 17, 2010 |

1   This matter came before the Court on the application of Defendants UAL
2   Corporation, United Air Lines, Inc., and Continental Airlines, Inc. (together, "Defendants") for
3   an order authorizing the use and transport through security of equipment to be used at a hearing
4   scheduled for September 17, 2010.
5   IT IS HEREBY ORDERED that Defendants, through their counsel, are authorized
6   to transport through security to Courtroom 3 all equipment necessary for the hearing in the above
7   captioned matter, including 1 laptop computer, 1 projector, 1 Elmo visual presenter, and all
8   related cabling.
9   IT IS FURTHER ORDERED that Defendants, through their counsel, may set up
10  and test the above referenced equipment in Courtroom 3 on September 16, 2010.

Dated:  9/15/10

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE