UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:**   9/17/10             **Time in Court:** **2 hours 10 min.**

**Case No.:** C 10-02858 RS

**Case Title:** Malaney, et al.,   v.  United Airlines Corporation, et al.,

**Appearances:**
   For Plaintiff(s): Thomas Pier, Daniel Shulman, Derek Howard, Joseph Alioto, Sr., Theresa           Moore, Joseph Alioto, Jr.

   For Defendant(s:) Katherine Forrest, Stuart Gold, Paul Yde

**Deputy Clerk:** Corinne Lew         **Court Reporter:** Debra Pas

## *PROCEEDINGS*

Preliminary Injunction Final Arguments.

## **SUMMARY**

Matter taken under submission.