**ALIOTO LAW FIRM**

555 CALIFORNIA STREET
SUITE 3160
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE (415) 434-8900
FACSIMILE (415) 434-9200

September 24, 2010

**Via Hand Delivery and
Electronically Filed**

Honorable Richard G. Seeborg
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Malaney, et al. v. UAL Corporation, et al.*
             Case No: CV-10-02858 (RS)

Dear Judge Seeborg:

    Plaintiffs write to call the Court's attention to recent developments relevant to the completion of the defendants' proposed merger:

- The airlines will not operate as a merged carrier until the first half of 2012. United's in-flight magazine HEMISPHERE reports: "TARGET MERGER TIMELINE ... FIRST HALF OF 2012 Continental and United operate as one carrier with single FAA certificate ... expected."

- "The companies expect it will be at least a year before federal authorities approve their request to fly as one airline ..." and "[t]he airlines hope that by forging a larger network they will attract more top-dollar corporate travelers while reducing costs." NEW YORK TIMES: http://dealbook.blogs.nytimes.com/2010/09/17/shareholders- back-united-continental-merger/.

- It is unclear how long until the "operational merger" is effective - Delta Northwest required 14 months to receive their operational certificate from the FAA. CHICAGO TRIBUNE: http://articles. chicagotribune. com/2010-09-18/business/ct-biz-0918-united-vote-20100917_1_united-continental-merger-joint-collective-bargaining- agreement-continental-ceo- jeff-smisek. This is consistent with DOT's exemption granted to United and Continental on August 30, on the express condition the airlines "remain separate and continue to be operated as such during the described pendency of its application ..." <u>Order Granting Exemption</u>, *Joint Application of Continental Airlines, Inc., et als., etc.*, DOT-OST-2010-0165 (August 30, 2010).

ALIOTO LAW FIRM

Honorable Richard G. Seeborg
United States District Court
Re: *Malaney, et al. v. UAL Corporation, et al.*
September 24, 2010
Page 2

- National Public Radio reported on September 20, 2010 that labor issues are far from complete. "The anticipated merger between United and Continental Airlines may lead to friction locally with airline workers' unions. Ground crews for the two airlines are represented by two different unions, and their leadership expects turbulence and expects a long haul that may be a couple years down the road." September 20, 2010 >http://www.kqed.org/a/kqednews/R201009200904; see also http://articles.chicagotribune.com/2010-09-18/business/ct-biz-0918-united- vote-20100917_1_united-continental-merger-joint-collective-bargaining- agreement-continental-ceo-jeff-smisek.

Respectfully submitted,

*Joseph Alioto, Jr.* /es

Joseph M. Alioto, Jr.