# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1155

ALLEN FINKELSON
RONALD S. ROLFE
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN

STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS

WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD

ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL

PAUL C. SAUNDERS

September 27, 2010

Malaney, et al. v. UAL Corporation, et al.
Civil No. 3:10-cv-02858-RS

Dear Judge Seeborg:

      We write in response to Plaintiffs' letter filed late Friday afternoon. We hesitate to burden the Court with any additional paper, but we believe Plaintiffs' filing is both inappropriate and misleading. Plaintiffs cite to extraneous material that is largely irrelevant to the harms of delay that were explored in detail in the Parties' briefs, testimony and arguments to the Court. In their letter to the Court, Plaintiffs have mischaracterized the meaning and significance of both the "FAA single operating certificate" and certain ongoing labor negotiations. It is plainly the case, and is uncontroverted in the record before the Court, that as soon as the merger closes the airlines will be able immediately to integrate their operations, to achieve almost all of the merger-related revenue and cost synergies and to provide merger-specific benefits to their customers, employees and the communities they serve.

      Should the Court want any additional detail on any of the matters plaintiffs have raised, we would be pleased to address them in a further filing or during a teleconference.

Respectfully,

/s/ K.B. Forrest

Katherine B. Forrest

Judge Richard Seeborg
    450 Golden Gate Avenue
        Courtroom 3, 17th Floor
            San Francisco, CA 94102

BY HAND

Copies to:

Daniel R. Shulman (plaintiffs' counsel)
Joseph Alioto (plaintiffs' counsel)
Paul Yde (counsel for defendant Continental Airlines, Inc.)
Patrick Robbins (counsel for defendants UAL Corporation, United Air Lines, Inc. and Continental Airlines, Inc.)

VIA ECF AND EMAIL