# ALIOTO LAW FIRM

555 CALIFORNIA STREET
SUITE 3160
SAN FRANCISCO, CALIFORNIA 94104

---

TELEPHONE (415) 434-8900
FACSIMILE (415) 434-9200

September 27, 2010

**Via Hand Delivery and
Electronically Filed**

Honorable Richard G. Seeborg
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Malaney, et al. v. UAL Corporation, et al.*
Case No: CV-10-02858 (RS)

Dear Judge Seeborg:

Plaintiffs respectfully submit the following supplemental letter to call the Court's attention to new material unavailable at the time the parties submitted their post-hearing briefs.

In Defendants' Post-Hearing Memorandum In Opposition To Plaintiffs' Motion For Preliminary Injunction, the defendant airlines argued that their proposed merger would not substantially lessen competition. (Defs' Mem. Opp'n Prelim. Inj. 19.) Central to their argument was the assertion that "since the 2008 Delta/Northwest merger," "competition in the airline industry has intensified and fares have steadily declined." (*Id.* at 21, 21-22.)

However, according to a study released today by USA Today, "[a]irline fees are steadily increasing – some by more than 50% since a year ago." Gary Stoller, *Some Airline Fees Up By 50%*, USA Today, Sept. 27, 2010, at A1 (attached as Exhibit A). According to the study, U.S. airlines brought in over $2 billion in fees in the second quarter, up 15% from the same period last year. *Id.* Consumers do not view these fees as separate from the airline fare, but rather as part of "the entire cost of travel." *Cf.* Gary Stoller, *Fliers: Fees Make Prices Tough To Compare*, USA Today, Sept. 27, 2010, at B3 (attached as Exhibit B).

Respectfully submitted,

*Joseph Alioto /ES*

Joseph M. Alioto

# EXHIBIT A



**USA TODAY — NO. 1 IN THE USA**

Monday, September 27, 2010

# Some airline fees up by 50%

## Analysis finds new types of charges

By Gary Stoller
USA TODAY

Airline fees are steadily increasing — some by more than 50% since a year ago, a USA TODAY analysis shows.

The analysis, which compared 13 U.S. airlines' fees today with those in effect in June 2009, also reveals that passengers are encountering new types of fees.

Six big U.S. carriers now have priority boarding fees, and Spirit Airlines has begun charging for carry-on bags.

The numerous fees are a sore subject for many fliers, but their dissatisfaction hasn't deterred airlines from bringing in record revenue from additional fees.

U.S. airlines brought in $2.1 billion in ancillary revenue during this year's second quarter, including nearly $893 million from checked-bag fees and about $600 million from changed reservations, government statistics released Sept. 20 show.

That's up 15.8% from the same period the year before.

USA TODAY's analysis shows that:
▶ Most U.S. airlines charge $23 or $25 for a first checked bag. Only Southwest and JetBlue do not charge. Most airlines charged $15 — and four airlines charged nothing — in June 2009.
▶ The most expensive change fee for a coach ticket has jumped from $250 to $300, which American charges for some international flights. The most expensive change fee for Continental, Delta, United and US Airways is $250.
▶ Booking a reservation by telephone — even for a free frequent-flier ticket — can be costly. US Airways charges an extra $35 for a phone reservation for an international flight. Allegiant Air charges a $29.98 round-trip booking fee and a $14.99 convenience fee.
▶ The most expensive fee to cut the line and board before fellow passengers is $39 charged by United. The airline also has less expensive priority-boarding fees.
▶ The maximum charge for a preferred seat on some United Airlines flights has jumped from $119 in June 2009 to $159. Such a seat offers 5 more inches of leg room than other coach seats.
▶ Continental says it's not new, but the airline and at least three other carriers — American, Hawaiian and US Airways — charge a little-known fee for passengers who request receipts after they have flown. Continental charges $20 if a passenger requests a receipt more than seven days after a flight. US Airways charges the same amount if a receipt is requested more than 30 days after a flight.

**Fees charged for air travel**

■ Fliers vexed by airlines' costs, 3B
■ Breakdown of fees. Chart, 3B

## Business Travel

# A breakdown of airline fees

The following are fees charged to most coach passengers. Very frequent fliers and passengers with full-fare tickets may be exempt from the fees or pay less.

### Reservations

| Airline | Book round-trip ticket by phone | Preferred seat | Priority boarding | Ticket-change fee Domestic/International | Fee to change flight to same destination on day of departure[1] |
|---|---|---|---|---|---|
| AirTran | $15 | $6 or $20 | $10 | $75/Not applicable | $75 |
| Alaska | $15 | Not available | Not applicable | $75 online; $100 elsewhere/$75 online; $100 elsewhere | $25 within six hours of departure |
| Allegiant | $44.97[2] | $6.99 or $8.99 | $9.99 | $50 per one-way flight/Not applicable | $50 per one-way flight |
| American | $20 | $19-$39 | $10 | $150/$150-$300 | $150 for domestic flights; $150-$300 for international flights |
| Continental | $20 | $19 minimum | Not applicable | $150/$150-$250 | $50 |
| Delta | $20 | Not applicable | Not applicable | $150/$250 | $50 |
| Frontier | 0 | $20 | Not applicable | $100/$100 | $50 |
| Hawaiian | $25; $15 for flights within Hawaii | $25 | $25 | $150; $30 for flights within Hawaii/$75 or $100 | $150; $30 for flights within Hawaii |
| JetBlue | $15 | $10-$40 | Not applicable | $100/$100 | $40 |
| Southwest | 0 | Not available | $10 | 0/Not applicable | 0 |
| Spirit | $10 | $10-$25 | Not applicable | $100 online; $110 on telephone and at airport/$100 online; $110 on telephone and at airport | $100 online; $110 on telephone and at airport/$100 online; $110 on telephone and at airport |
| United | $25 | $9-$159 | $9-$39 | $150/$250 | $75 |
| US Airways | $25; $35 for international flights | $5-$30 | Not applicable | $150/$250 | $50 |

### Frequent-flier programs

| Airline | Book free ticket on phone/online | Change free ticket's origin/destination | Buying miles or credits[3] |
|---|---|---|---|
| AirTran | 0/0 | $75 | $39/credit |
| Alaska | $15/0 | $75 online; $100 on phone | $27.50/1,000 miles |
| Allegiant | Not applicable/Not applicable | Not applicable | Not applicable |
| American | $20/0 (For phone or online: $50 extra if booked 7-20 days before departure; $100 extra if booked 2 hours-6 days before departure.) | $150 | $27.50/1,000 miles |
| Continental | $25/0 (For phone or online: $75 extra if booked less than 21 days before departure.) | $75 | $35/1,000 miles |
| Delta | $20/0 | $150 | $28/1,000 miles[4] |
| Frontier | 0/0 | 0 if 8 or more days before departure and seat in same service class is available; $50 within 7 days before departure | $25/1,000 miles |
| Hawaiian | $25; $15 for flights within Hawaii/0 | $150; $30 for flights within Hawaii | $25/1,000 miles |
| JetBlue | $15/0 | $100 | $5/point, plus $20 fee |
| Southwest | 0/0 | 0 | Not applicable |
| Spirit | 0 if booked at least 180 days ahead; $15-$100 otherwise/0 if booked at least 180 days ahead; $15-$100 otherwise | $110 | Not applicable |
| United | $25/0 | $150 | $67.25/1,000 miles |
| US Airways | $55 for U.S. or Canada flights; $75 for Latin America/Caribbean flights; $80 for Hawaii flights; $90 for international flights/$25 for U.S. or Canada flights; $35 for Latin America/Caribbean flights; $50 for international and Hawaii flights. (For phone or online: $75 extra if booked within 14 days before departure.) | $150 | $27.50/1,000 miles |

## In the airport

| Airline | Check bag at curbside[5] | 1st checked bag Domestic/Int'l | 2nd checked bag Domestic/Int'l | 3rd checked bag Domestic/Int'l | Checked bag, 51-70/71-100 lbs. | Checked bag 63-80 total in. | Carry-on bag | Airport club lounge: Annual membership fee/Daily fee |
|---|---|---|---|---|---|---|---|---|
| AirTran | 0 | $20/Not applicable | $25/$25 | $50/$50 | $49/$79 | $49 or $79[6] | 0 | Not available |
| Alaska | $2 | $20/$20 | $20/$20 | $20/$20 | $50/$50 | $50 | 0 | $450 new member; $350 renewal/$40 |
| Allegiant | Not available | $14.99-$29.99; $35 at airport/Not applicable | $14.99-$29.99; $35 at airport/Not applicable | $50/$50 | $50/$75 | 0 | 0 | Not available/Not available |
| American | 0 | $25/$25 | $35/$35 | $100/$100 | $50/$100 | $150 | 0 | $500 new member; $459 renewal/$50 |
| Continental | 0 | $23 online; $25 at airport/0 | $32 online; $35 at airport/$27 online, $30 at airport (Mexico, Caribbean and Central and South American flights); $45 online, $50 at airport (Europe); 0 (Japan) | $100/$100 | $50/Not accepted | $100 | 0 | $525 new member; $475 renewal/$50 |
| Delta | 0 | $23 online; $25 at airport/$23 online; $25 at airport | $32 online; $35 at airport/$27-$50 online; $30-$55 at airport | $125/$100-$200 | $50 | $175 | 0 | $500 new member; $450 renewal/$50 |
| Frontier | 0 | $20/0 | $20/0 | $50/$50 | $75/$75 | $75 | 0 | $250/$35 |
| Hawaiian | 0 | $23 online; $25 at airport; $10 for flights within Hawaii/0 | $32 online; $35 at airport; $17 for flights within Hawaii/0 | $125; $25 for flights within Hawaii/$80-$150 | $50[7]/Not accepted | Not accepted | 0 | $249/Not available |
| JetBlue | $2 | 0/0 | $30/$30 | $75/$75 | $50/$100 | $75 | 0 | Not available |
| Southwest | 0 | 0/Not applicable | 0/Not applicable | $50/Not applicable | $50/$50 | $50 | 0 | Not available |
| Spirit | 0 | $25/$30 | $25/$30 | $85/$90 | $50/$50 | $100[8] | $30; $45 at the gate | Not available |
| United | $2 | $23 online; $25 otherwise/$23 online; $25 otherwise | $35/$50 | $100/$100 | $100 for domestic flights; $200 for international flights/$100 for domestic flights; $200 for international flights | $100 for domestic flights; $200 for international flights | 0 | $475 new member, renewal/$35 online; $50 at airport |
| US Airways | $2 | $23 online; $25 at airport/0 | $32 online, $35 at airport/0 or $50 online or $55 at airport | $100/$100 | $50/$100 | $100 | 0 | $40 online; $50 at airport |

## In-flight services

| Airline | Meal/Snack[9] | Beverages: Alcoholic/Non-alcoholic | Headset | Wi-Fi[10] | Pillow-blanket | Unaccompanied minor age 5-7[11] | Pet aboard flight |
|---|---|---|---|---|---|---|---|
| AirTran | Not available/0 | $5 or $6/0, $2 or $4 | 0 | $4.95-$12.95 | Not available | $49 | $69 |
| Alaska | $6 or $7/$6 | $6/0 | Comes with a $6 or $12 entertainment-unit rental | $4.95-$12.95 | Not available | $25 | $100 |
| Allegiant | Not available/$2-$5 | $5 or $7; $2 or $4 | Not available on domestic flights; $5 international | Not available | $7 or $10 for pillow; $10 or $15 for blanket | Minors must be accompanied. | $100 |
| American | $6 or $10/$3.29 or $4.49 | $6 or $7/0 | $2 | $4.95-$12.95 | $8 | $100 | $100 |
| Continental | 0/0[12] | $6 or $9/0 or $3 | $3 (0 on some international flights and comes with $6 DirecTV rental on some other flights) | Not available | 0 | $100 | $125 |
| Delta | $6 or $8/$2, $3 or $5 | $5 or $7/0 | $2 | $4.95-$12.95 | 0 | $100 | $125; $200 for international flights ($75 for Brazilian flights) |
| Frontier | $6 or $7/$3 | $5/0, $2 or $3 | Comes with $6 DirecTV rental | Not available | Not available | $50 | $75 |
| Hawaiian | $10 or $12/$5.50-$6.50 | $6.50-$16/0 | $5 | Not available | 0 | $100; $35 for flights within Hawaii | $175; $35 for flights within Hawaii |
| JetBlue | $6/0 | $6/0 | $2 ($6 for movies) | Not available | $7 | $85 | $100 |
| Southwest | Not available/0 | $5/0 or $3 | Not available | $1-$7 | Not available | $50 | $75 |
| Spirit | Not available/$2-$4 | $6/$3 | Not available | Not available | Not available | $100 | $100 |
| United | $5-$9/$3-$7 | $6-$8/0 | 0 | $4.95-$12.95 | 0 | $99 | $125 |
| US Airways | $7/$3-$6 | $7 or $8/0 | Not available on domestic flights; $5 for international flights | $4.95-$12.95 | $7 | $100 | $100 |

1 — for confirmed seat. Difference in fare may also be charged. Standby fliers may not have to pay additional fee; 2 — includes $29.98 round-trip booking fee and $14.99 convenience fee; 3 — for the first 1,000 miles purchased; additional tax may be charged; 4 — minimum of 2,000 miles must be bought. 5 — curbside fee is in addition to other bag fees; 6 — $49 for bag 62-70 inches; $79 for bag 71-80 inches; 7 — 51-69 pounds; 8 — fees are for bags 62-79 inches; 9 — airlines selling snacks may also provide some snacks free; 10 — single flight fee; fees may be set by outside vendor; 11 — itineraries with connecting flights may cost more; airlines may have fees for children of other ages; 12 — will begin selling food on some flights in mid-October. Sources: Airlines, USA TODAY research by Gary Stoller

# EXHIBIT B

# Fliers: Fees make prices tough to compare

## Airlines maintain that costs on their websites are transparent

By Gary Stoller
USA TODAY

Frequent flier Ken Morgan says airlines' ticket-change fees "boggle" the mind.

A $150 charge, plus the higher ticket price, "is robbery at best," says the health care consultant from Bridgeport, W.Va. "I go online to make the change, and I do all the work."

Morgan and many other passengers say that not only are airline fees too expensive, they make it tough to compare the cost of flying.

▶ Airline fees on rise, 1A

"The flying public deserves to know before they purchase tickets exactly what the entire cost of travel will be, so they can make apples-to-apples comparisons among airlines," says Kate Hanni, executive director of the consumer advocacy group FlyersRights.org.

Some fliers, such as Richard Taylor of Jacksonville, are so fed up, they're choosing to fly on carriers with the fewest fees.

He says that's why he flies Southwest, which, unlike most carriers, has no fee for the first two checked bags and no ticket-change fee. "If the airlines need more profits, then they should find ways to cut costs before attacking their customers," says Taylor, who works in construction.

Increased fees "eliminate customer loyalty," says customer-service guru John Tschohl, whose Service Quality Institute provides customer-service training for companies. "The airlines have millions of very unhappy customers."

Airlines maintain that the fees are transparent on their websites, and that "à la carte" pricing for checked bags and other services enables passengers to pay only for what they choose to use. Fees are needed for profitability and to keep airfares low, the carriers say.

Delta Air Lines spokeswoman Susan Elliott says the additional revenue collected from passenger fees will enable the airline to spend more than $1 billion to improve airport and in-flight services for customers.

Revenue from fees — including a record $2 billion in this year's second quarter — has helped bolster the struggling U.S. airline industry. But the Transportation Department isn't buying the transparency argument.

A proposed Transportation Department rule would require U.S. and foreign airlines to "prominently disclose" on their websites' home pages all baggage-fee increases and a link to a list of optional fees. Airlines also would be required to include bag fees on electronic tickets.

The rules don't go far enough, says Kevin Mitchell of the Business Travel Coalition, which represents more than 300 corporate travel managers. Additional fees must also be fully disclosed to travel agencies and travel-management companies, because they book more than half of passenger flights, he says.

The Air Transport Association of America, which represents U.S. airlines, says airlines are "committed to full disclosure of fares and fees."

**Looking for prices**

USA TODAY compiled 13 U.S. airlines' fees for domestic and international passengers. Many fees were not listed prominently on airline websites, some were not listed, and some were difficult to obtain from airline officials.

For example, Continental said there's a $19 minimum charge for a preferred seat with extra legroom, but it wouldn't provide a maximum, a range of fees or an example of what such a seat would cost for a flight on a particular day.

The website says many factors determine the price, "including the type of premium seat, the length of your flight, the date and route."

Aviation consultant Michael Boyd says: "If the airline wants to charge for seat selection or bags, it's their right."

But even he draws a line. A fee to get on an earlier flight after a passenger arrives at an airport is "not only insulting but incredibly bad management," Boyd says.

Frequent flier Steve Ording of Columbus, Ohio, calls fees "out of line." Charging $25 for one checked bag "is more than an airline employee loading the bags gets paid an hour," says the sales manager for a foods manufacturer.

John Hollis flies so often, airlines waive his fees. But the Boulder, Colo., consultant says: "I can't believe how many people are upset by not having free meals on their flights anymore. Wasn't airplane food the No. 1 butt of jokes for decades?"