Joseph M. Alioto (SBM 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
**ALIOTO LAW FIRM**
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email:  jmalioto@aliotolaw.com

*Attorneys for Plaintiffs*
[Additional counsel on last page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL C. MALANEY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UAL CORPORATION; UNITED AIR LINES, INC.; AND CONTINENTAL AIRLINES, INC.,<br><br>　　　　　Defendants. | Case No. 3:10-CV-02858-RS<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN THAT all plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's September 27, 2010 Order Denying Motion For Preliminary Injunction.

Dated: October 1, 2010        ALIOTO LAW FIRM

By:      /s/
         Joseph M. Alioto, Jr.

Joseph M. Alioto (SBM 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
**ALIOTO LAW FIRM**
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email: JMAlioto@AliotoLaw.com
          JAliotoJr@AliotoLaw.com

Daniel R. Shulman, *pro hac vice*
Julie L. Boehmke, *pro hac vice*
Jeremy L. Johnson, *pro hac vice*
**GRAY, PLANT MOOTY, MOOTY &
   BENNETT, P.A.**
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335
Email: Daniel.Shulman@GPMLaw.com

Gil D. Messina, *pro hac vice*
**MESSINA LAW FIRM**
961 Holmdel Road
Holmdel, NJ 07733
Telephone: (732) 332-9300
Facsimile: (732) 332-9301
Email: GMessina@MessinaLawFirm.com

Thomas V. Girardi
Stephen G. Larson
**GIRARDI KEESE**
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
Email: TGirardi@GirardiKeese.com

Jack W. Lee
Derek G. Howard
Sean Tamura-Sato
**MINAMI TAMAKI LLP**
360 Post Street, 8th Floor
San Francisco, CA 94108
Telephone: (415) 788-9000
Facsimile: (415) 398-3887
Email: DDHoward@MinamiTamaki.com

*Attorneys for Plaintiffs.*