UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

October 4, 2010

**CASE INFORMATION:**
Short Case Title:  MICHAEL C MALANEY -v- UAL CORPORATION
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco division ~ Judge Richard Seeborg
Criminal and/or Civil Case No.: CV 10-02858 RS
Date Complaint/Indictment/Petition Filed: 6/29/10
Date Appealed order/judgment *entered* 9/27/10
Date NOA *filed* 10/1/10
Date(s) of Indictment          Plea Hearing                    Sentencing

COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                            ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: Debra Pas (415) 431-1477

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: 10/4/10
Date FP granted:                          Date FP denied:
Is FP pending? ☐ yes  ☐ no               Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                        Appellee Counsel:
see docket sheet                          see docket sheet


☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Sheila Rash
                                                     (415) 522-2099