OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
**CLERK**

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000

Joseph M. Alioto
Alioto Law Firm
555 California Street, Suite 3160
San Francisco, CA 94104

**SUBJECT:** **Request for Payment of Docket Fee**

Title ____Malaney v. UAL Corporation____

Case No. __C 10-2858 RS__

U.S. Court of Appeals Case No. _____

A notice of appeal was filed with this Court on ____10/1/10____ and the U.S. Court of Appeals docket fee of **$455.00** has not been received. The docket fee should be forwarded to this office immediately.

A check should be made payable to "**Clerk, U.S. District Court**" and returned in the envelope provided.

Sincerely yours,

RICHARD W. WIEKING, Clerk

_____
Case Systems Administrator

cc: USCA

NDC App 5 Rev. 8-79