1 | Patrick D. Robbins (CA Bar No. 152288)
2 | Mikael A. Abye (CA Bar No. 233458)
   | SHEARMAN & STERLING LLP
3 | 525 Market Street, Suite 1500
   | San Francisco, CA 94105-2723
4 | Telephone: (415) 616-1100
   | Facsimile: (415) 616-1199
5 | Email: probbins@shearman.com
   |        mabye@shearman.com

6 | Attorneys for Defendants UAL Corporation,
7 | United Air Lines, Inc., and Continental Airlines, Inc.

8 | [Names and Addresses of Additional
9 | Counsel Appear on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Michael C. Malaney, et al.,

　　　　　Plaintiffs,

vs.

UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,

　　　　　Defendants.

CASE NO. 3:10-CV-02858-RS

Assigned to The Hon. Richard Seeborg

STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Courtroom: 3
Judge: Hon. Richard Seeborg

---

STIPULATION AND PROP. ORDER FOR CONTINUANCE OF CMC　　　　　Case No. 3:10-CV-02858 RS

1     WHEREAS, on October 1, 2010, plaintiffs filed a notice of appeal of the Court's September 27, 2010 Order Denying Motion For Preliminary Injunction;

    WHEREAS, on October 5, 2010, defendants filed a motion in the United States Court of Appeals for the Ninth Circuit to dismiss plaintiffs' appeal as moot;

    WHEREAS, there is a Case Management Conference in this matter scheduled for October 14, 2010 at 10:00am;

    WHEREAS, in light of the pending appeal and motion, the parties require additional time to confer regarding the matters to be addressed in the Joint Case Management Conference Statement required to be filed no later than seven days prior to the Case Management Conference;

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties that the Case Management Conference scheduled for October 14, 2010 be continued to October 28, 2010 at 10:00 a.m.

    IT IS SO STIPULATED.

    Dated: October 7, 2010

CRAVATH, SWAINE & MOORE LLP
Max R. Shulman
Stuart W. Gold
Katherine B. Forrest
Attorneys for Defendants UAL Corporation and United Air Lines, Inc.

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Paul L. Yde
Attorneys for Defendant Continental Airlines, Inc.

SHEARMAN & STERLING LLP
Patrick D. Robbins
Mikael A. Abye

By:     /s/
    Patrick D. Robbins

Attorneys for Defendants UAL Corporation, United Air Lines, Inc. and Continental Airlines, Inc.

STIPULATION AND PROP. ORDER FOR CONTINUANCE OF CMC     1     Case No. 3:10-CV-02858 RS

|   |                              |
|---|------------------------------|
| 1 | ALIOTO LAW FIRM              |
|   | Joseph M. Alioto             |
| 2 | Theresa D. Moore             |
|   | Joseph M. Alioto, Jr.        |
| 3 | Thomas P. Pier               |
|   | Angelina Alioto-Grace        |

ALIOTO LAW FIRM
Joseph M. Alioto
Theresa D. Moore
Joseph M. Alioto, Jr.
Thomas P. Pier
Angelina Alioto-Grace

GRAY, PLANT, MOOTY, MOOTY & BENNETT
Daniel R. Shulman
Julie Lynn Boehmke
Jeremy L. Johnson

MESSINA LAW FIRM PC
Gil D. Messina

By: _____/s/_____
        Daniel R. Shulman

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October ___, 2010        _____
                                Richard Seeborg
                                United States District Judge

\* Attestation: Per General Order 45, Section X.B, I hereby attest that counsel for the defendants have obtained written concurrence from Mr. Shulman with regard to the filing of this document.

Dated: October 7, 2010          By: _____/s/_____
                                        Patrick D. Robbins

STIPULATION AND PROP. ORDER         2          Case No. 3:10-CV-02858 RS
FOR CONTINUANCE OF CMC