*E-Filed 10/8/10*

Patrick D. Robbins (CA Bar No. 152288)
Mikael A. Abye (CA Bar No. 233458)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:  probbins@shearman.com
            mabye@shearman.com

Attorneys for Defendants UAL Corporation, United Air Lines, Inc., and Continental Airlines, Inc.

[Names and Addresses of Additional Counsel Appear on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, et al.,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>                                    Defendants. | CASE NO. 3:10-CV-02858-RS<br><br>Assigned to The Hon. Richard Seeborg<br><br>STIPULATION AND ~~PROPOSE~~D ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Courtroom:    3<br>Judge:           Hon. Richard Seeborg |

1     WHEREAS, on October 1, 2010, plaintiffs filed a notice of appeal of the Court's

2 September 27, 2010 Order Denying Motion For Preliminary Injunction;

3     WHEREAS, on October 5, 2010, defendants filed a motion in the United States Court of

4 Appeals for the Ninth Circuit to dismiss plaintiffs' appeal as moot;

5     WHEREAS, there is a Case Management Conference in this matter scheduled for

6 October 14, 2010 at 10:00am;

7     WHEREAS, in light of the pending appeal and motion, the parties require additional time

8 to confer regarding the matters to be addressed in the Joint Case Management Conference

9 Statement required to be filed no later than seven days prior to the Case Management Conference;

10     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

11 for the parties that the Case Management Conference scheduled for October 14, 2010 be continued

12 to October 28, 2010 at 10:00 a.m.

13     IT IS SO STIPULATED.

14     Dated: October 7, 2010

15

CRAVATH, SWAINE & MOORE LLP
Max R. Shulman
Stuart W. Gold
Katherine B. Forrest
Attorneys for Defendants UAL Corporation and United Air Lines, Inc.

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Paul L. Yde
Attorneys for Defendant Continental Airlines, Inc.

SHEARMAN & STERLING LLP
Patrick D. Robbins
Mikael A. Abye

By:     /s/
    Patrick D. Robbins

Attorneys for Defendants UAL Corporation, United Air Lines, Inc. and Continental Airlines, Inc.

STIPULATION AND ~~PROP~~. ORDER      1      Case No. 3:10-CV-02858 RS
FOR CONTINUANCE OF CMC

```
                                    ALIOTO LAW FIRM
                                    Joseph M. Alioto
                                    Theresa D. Moore
                                    Joseph M. Alioto, Jr.
                                    Thomas P. Pier
                                    Angelina Alioto-Grace

                                    GRAY, PLANT, MOOTY, MOOTY & BENNETT
                                    Daniel R. Shulman
                                    Julie Lynn Boehmke
                                    Jeremy L. Johnson

                                    MESSINA LAW FIRM PC
                                    Gil D. Messina


                                    By:  _____/s/_____
                                              Daniel R. Shulman

                                    Attorneys for Plaintiffs
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October _7_, 2010           _____/s/ Richard Seeborg_____
                                    Richard Seeborg
                                    United States District Judge

* Attestation: Per General Order 45, Section X.B, I hereby attest that counsel for the defendants have obtained written concurrence from Mr. Shulman with regard to the filing of this document.

Dated: October 7, 2010              By:  _____/s/_____
                                              Patrick D. Robbins