```
 1  Katherine B. Forrest (NY Bar No. 2381457)
    Max R. Shulman (NY Bar No. 1473982)
 2  Stuart W. Gold (NY Bar No. 1639434)
    CRAVATH, SWAINE & MOORE LLP
 3  825 Eighth Avenue
    New York, NY 10019
 4  Telephone: (212) 474-1000
    Facsimile: (212) 474-3700
 5  Email: kforrest@cravath.com
           mshulman@cravath.com
 6         sgold@cravath.com
    Admitted Pro Hac Vice
 7
    Attorneys for Defendants UAL Corporation and United Air Lines, Inc.
 8
    Patrick D. Robbins (CA Bar No. 152288)
 9  SHEARMAN & STERLING LLP
    525 Market Street, Suite 1500
10  San Francisco, CA 94105-2723
    Telephone: (415) 616-1100
11  Facsimile: (415) 616-1199
    Email: probbins@shearman.com
12
    Attorneys for Defendants UAL Corporation, United Air Lines, Inc.
13  and Continental Airlines, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Michael C. Malaney, et al., | |
|---|---|
| Plaintiffs, | CASE NO. 3:10-CV-02858-RS |
| vs. | |
| UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC., | NOTICE OF CHANGE IN COUNSEL |
| Defendants. | |

1  TO THE HONORABLE RICHARD SEEBORG AND ALL COUNSEL OF
2  RECORD:
3        Pursuant to Civil L.R. 11-5, notice is hereby given that, effective today, October 15,
4  2010, Katherine B. Forrest of Cravath, Swaine & Moore LLP withdraws her appearance in the
5  above-captioned matter for defendants UAL Corporation and United Air Lines, Inc. and respectfully
6  requests that her name be removed from the Court's and counsel's service lists.  Max R. Shulman
7  and Stuart W. Gold of Cravath, Swaine & Moore LLP, along with Patrick D. Robbins of Shearman
8  and Sterling LLP, will continue to represent UAL Corporation and United Air Lines, Inc. in this
9  matter.

11  Dated: October 15, 2010      By: _____
                                                          Katherine B. Forrest

Katherine B. Forrest (NY Bar No. 2381457)
Max R. Shulman (NY Bar No. 1473982)
Stuart W. Gold (NY Bar No. 1639434)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:  kforrest@cravath.com
         mshulman@cravath.com
         sgold@cravath.com

Attorneys for Defendants UAL Corporation and United Air Lines, Inc.


Patrick D. Robbins (CA Bar No. 152288)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199
Email:  probbins@shearman.com

Attorneys for Defendants UAL Corporation, United Air Lines, Inc. and Continental Airlines, Inc.