Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

Attorneys for Plaintiffs
[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Keith Dean Bradt, José M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippitts, Diane Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi, <br><br> Plaintiffs, <br><br> v. <br><br> UAL CORPORATION, UNITED AIRLINES, INC., and CONTINENTAL AIRLINES, INC. <br><br> Defendants. | **CASE NO.: CV-10-02858 (RS)** <br><br><br> **PLAINTIFFS' PROOF OF SERVICE** |

PROOF OF SERVICE
CV-10-02858 (RS)

I, the undersigned, certify that I am employed in the City of Minneapolis, County of Hennepin, Minnesota; that I am over the age of 18 years and not a party to the within action; and that my business address is 500 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402. On October 21, 2010, I served the following document(s) on the parties stated below, through their attorneys of record, by the following means of service:

**Stipulation and Proposed Order for Continuance of Case Management Conference**

X____:  By USDC EFC — by transmitting the aforementioned document electronically through the United States District Court, Northern District of California's Electronic Document Filing System, on all interested parties registered for e-filing.

_____:  By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing, Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Minneapolis, Minnesota, for mailing to the office of the addressee following ordinary business practices.

_____:  By Personal Service — I caused each such envelope to be given to a courier messenger for same day personal delivery to the office of the addressees listed below.

_____:  By Overnight Courier — I caused each such envelope to be given to an overnight mail service at Minneapolis, Minnesota, to be hand-delivered to the office of the addressee on the next business day.

_____:  By Facsimile — From facsimile number 612-632-4444 at Minneapolis, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

_____:  By Electronic Service — I caused each such document to be transmitted electronically to the e-mail address as shown on the attached service list of attorneys of record.

Addressee(s)

**See Attached Service List**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2010, at Minneapolis, Minnesota.

_____/s/ Jeremy L. Johnson_____
Jeremy L. Johnson

**DEFENDANTS' COUNSEL**

Max R. Shulman
Stuart W. Gold
Katherine B. Forrest
Rebecca Rettig
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Email: mshulman@cravath.com
         sgold@cravath.com
         kforrest@cravath.com
         rrettig@cravath.com

Patrick David Robbins
Mikael Asseffa Abye
SHERMAN & STERLING, LLP
525 Market Street
Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Email: probbins@shearman.com
         mabye@shearman.com

Paul L. Yde
Timothy J. Coleman
FRESHFIELDS BRUCKHAUS
DERINGER LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-2692
Telephone: (202) 777-4500
Email: paul.yde@freshfields.com
         tim.coleman@freshfields.com

## PLAINTIFFS' COUNSEL

Joseph M. Alioto, SBN 42680
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone: (415)  434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
         tmoore@aliotolaw.com
         esexton@aliotolaw.com
         tpier@aliotolaw.com

Daniel R. Shulman, (MN SBN 100651), *Pro Hac Vice*
Julie L. Boehmke, (MN SBN 317330), *Pro Hac Vice*
Jeremy L. Johnson (MN SBN 328558), *Pro Hac Vice*
GRAY, PLANT, MOOTY, MOOTY &,   BENNETT, P.A.
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335
Email: daniel.shulman@gpmlaw.com
         julie.boehmke@gpmlaw.com
         jeremy.johnson@gpjlaw.com

Gil D. Messina (NJ SBN GM5079)
*Admitted Pro Hac Vice*
MESSINA LAW FIRM, PC
961 Holmdel Road
Holmdel, NJ  07733
Telephone:  (732) 332-9300
Facsimile:  (732) 332-9301
Email: gmessina@messinalawfirm.com

Thomas V. Girardi
Stephen G. Larson
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA  90017
Telephone:  (213) 977-0211
Facsimile:  (213) 481-1554
Email:  tgirardi@girardikeese.com
         slarson@girardikeese.com

| | |
|---|---|
| 1 | Jack W. Lee |
| | Derek G. Howard |
| 2 | Sean Tamura-Sato |
| | MINAMI TAMAKI LLP |
| 3 | 360 Post Street, 8th Floor |
| | San Francisco, CA  94108 |
| 4 | Telephone:  (415) 788-9000 |
| | Facsimile:  (415) 398-3887 |
| 5 | Email:  jlee@minamitamaki.com |
| | ddhoward@minamitamaki.com |

GP:2839834 v2

3
PROOF OF SERVICE
*CV-10-02858 RS*