Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email:  jmalioto@aliotolaw.com

Daniel R. Shulman, (MN SBN 100651), *Pro Hac Vice*
Julie L. Boehmke, (MN SBN 317330), *Pro Hac Vice*
Jeremy L. Johnson (MN SBN 328558), *Pro Hac Vice*
GRAY, PLANT, MOOTY, MOOTY &  BENNETT, P.A.
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 632-3335
Facsimile: (612) 632-4335
Email:  daniel.shulman@gpmlaw.com
        julie.boehmke@gpmlaw.com
        jeremy.johnson@gpmlaw.com

Attorneys for Plaintiffs
[Additional Counsel Appear on Signature Pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL C. MALANEY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UAL CORPORATION, et al.,<br><br>　　　　　Defendants. | **CASE NO.:  CV-10-02858 (RS)**<br><br>Assigned to The Hon. Richard Seeborg<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:   3<br>Judge:         Hon. Richard Seeborg |

WHEREAS, on October 1, 2010, plaintiffs filed a notice of appeal of the Court's September 27, 2010, Order Denying Motion For Preliminary Injunction;

WHEREAS, on October 5, 2010, defendants filed a motion in the United States Court of Appeals for the Ninth Circuit to dismiss plaintiffs' appeal as moot;

WHEREAS, by Order dated October 8, 2010 [Docket No. 142], this Court granted the parties' request to continue the Case Management Conference scheduled for October 14, 2010, to October 28, 2010 at 10:00 a.m.

WHEREAS, on October 14, 2010, the United States Court of Appeals for the Ninth Circuit denied without prejudice defendants' motion to dismiss plaintiffs' appeal as moot;

WHEREAS, in light of the pending appeal and in light of the schedules of counsel, the parties require additional time to confer regarding the matters to be addressed in the Joint Case Management Conference Statement required to be filed no later than seven days prior to the Case Management Conference.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties that the Case Management Conference scheduled for October 28, 2010 be continued to December 9, 2010 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: October 21, 2010

                     ALIOTO LAW FIRM
                     Joseph M. Alioto
                     Theresa D. Moore Joseph M. Alioto, Jr.
                     Thomas P. Pier
                     Angelina Alioto-Grace

                     GRAY, PLANT, MOOTY, MOOTY &
                       BENNETT, P.A.
                     Daniel R. Shulman
                     Julie L. Boehmke
                     Jeremy L. Johnson

                     MESSINA LAW FIRM PC
                     Gill D. Messina


                     By:   /s/ Jeremy L. Johnson
                            Jeremy L. Johnson (*Admitted Pro Hac Vice*)
                     Attorneys for Plaintiffs

STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE
*CV-10-02858 RS*

Dated: October 21, 2010

        CRAVATH, SWAINE & MOORE LLP
        Max R. Shulman
        Stuart W. Gold
        Attorneys for Defendants UAL Corporation and Untied Air Lines, Inc.

        FRESHFIELDS BRUCKHAUS DERINGER US LLP
        Paul L. Yde
        Attorneys for Defendant Continental Airlines, Inc.

        SHEARMAN & STERLING LLP
        Patrick D. Robbins
        Mikael A. Abye


        By:   /s/ Patrick D. Robbins
              Patrick D. Robbins
        Attorneys for Defendants UAL Corporation, United Air Lines, Inc. and Continental Airlines, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 21, 2010

_____
Richard Seeborg
United States District Judge

\* Attestation: Per General Order 45, Section X.B, I hereby attest that counsel for the plaintiffs have obtained written concurrence from Mr. Robbins with regard to the filing of this document.

Dated: October 21, 2010

        By:   /s/ Jeremy L. Johnson
              Jeremy L. Johnson (*Admitted Pro Hac Vice*)

GP:2863615 v1