1  Paul L. Yde (Dist. of Columbia Bar No. 449751)
   FRESHFIELDS BRUCKHAUS DERINGER US LLP
2  701 Pennsylvania Ave., NW, Suite 600
   Washington, DC 20004
3  Telephone:  (202) 777-4500
   Facsimile:  (202) 777-4555
4  Email:       paul.yde@freshfields.com

5  Admitted *Pro Hac Vice*

6  Max R. Shulman  (NY State Bar No. 1473982)
   Stuart W. Gold (NY State Bar No. 1639434)
7  CRAVATH, SWAINE & MOORE LLP
   Worldwide Plaza
8  825 Eighth Avenue
   New York, NY 10019
9  Telephone:  (212) 474-1000
   Facsimile:  (212) 474-3700
10 Email:       mshulman@cravath.com
                sgold@cravath.com
11
   Admitted *Pro Hac Vice*
12
   Patrick D. Robbins (CA State Bar No. 152288)
13 Mikael A. Abye (CA State Bar No. 233458)
   SHEARMAN & STERLING LLP
14 525 Market Street, Suite 1500
   San Francisco, CA 94105-2723
15 Telephone:  (415) 616-1100
   Facsimile:  (415) 616-1199
16 Email:       probbins@shearman.com
                mabye@shearman.com
17
   Attorneys for Defendants Continental Airlines, Inc., UAL
18 Corporation and United Air Lines, Inc.

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21               SAN FRANCISCO DIVISION

22 Michael C. Malaney, et al.,          | CASE NO.: 3:10-CV-02858 RS
                                        |
23                    Plaintiffs,       | Assigned to The Hon. Richard Seeborg
                                        |
24              v.                      | JOINT REQUEST TO APPEAR
                                        | TELEPHONICALLY AT CASE MANAGEMENT
                                        | CONFERENCE PURSUANT TO LOCAL RULE
25 UAL CORPORATION, UNITED AIR          | 16-10 AND [PROPOSED] ORDER
   LINES, INC., and CONTINENTAL         |
26 AIRLINES, INC.,                      | Date:  December 9, 2010
                                        | Time:  10:00 a.m.
27                    Defendants.       | Courtroom:    3
                                        | Judge: Hon. Richard Seeborg
28

---

JOINT REQUEST TO APPEAR                          CASE NO.: 3:10-CV-02858 RS
TELEPHONICALLY AT CMC

1         The undersigned counsel for all defendants and plaintiffs respectfully request that

2 the Court allow the telephonic appearance of counsel at the Case Management Conference

3 scheduled for December 9, 2010 at 10:00 a.m. in Department 3 of the above-referenced matter.

4 This request is being made on the grounds that various counsel offices are located in New York,

5 Washington D.C., Dallas and Minneapolis. Accordingly, requiring personal appearance at the

6 conference would impose an unnecessary hardship on counsel.

7

8 Dated: November 12, 2010               Respectfully submitted,

9

10                             FRESHFIELDS BRUCKHAUS DERINGER US LLP
                            Paul L. Yde

11                             Freshfields Bruckhaus Deringer US LLP
                            701 Pennsylvania Ave., NW, Suite 600

12                             Washington, DC 20004
                            Admitted *Pro Hac Vice*

13

14                             CRAVATH, SWAINE & MOORE LLP
                            Max R. Shulman

15                             Stuart W. Gold
                            Worldwide Plaza

16                             825 Eighth Avenue
                            New York, NY 10019

17                             Admitted *Pro Hac Vice*

18                             SHEARMAN & STERLING LLP
                            Patrick D. Robbins

19                             Mikael A. Abye
                            525 Market Street, Suite 1500

20                             San Francisco, CA 94105-2723

21

22                             By:             /s/
                                    Patrick D. Robbins

23                             Attorneys for Defendants Continental Airlines, Inc.,
                            UAL Corporation and United Air Lines, Inc.

24

25

26

27

28

ALIOTO LAW FIRM
Joseph M. Alioto
Theresa D. Moore
Joseph M. Alioto, Jr.
Thomas P. Pier
Angelina Alioto-Grace
700 Montgomery Street
San Francisco, CA 94111-2104

GRAY, PLANT, MOOTY, MOOTY & BENNETT
Daniel R. Shulman
Julie Lynn Boehmke
Jeremy L. Johnson
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

MESSINA LAW FIRM PC
Gil D. Messina
The Messina Law Firm, PC
17950 Preston Road, Suite 1080
Dallas, Texas 75252

By: _____/s/*_____
            Daniel R. Shulman

Attorneys for Plaintiffs

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, the parties' joint request to appear telephonically at the Case Management Conference scheduled for December 9, 2010 at 10:00 a.m. in this action is hereby granted. Counsel is required to arrange the telephonic appearance with Court Call (866-582-6878) in advance of the conference.

IT IS SO ORDERED.

Dated: November ___, 2010        _____

                                 Honorable Richard Seeborg
                                 United States District Court Judge


* Attestation: Per General Order 45, Section X.B, I hereby attest that counsel for the defendants have obtained written concurrence from Mr. Shulman's firm with regard to the filing of this document.

                                 _____/s/_____
                                 Patrick D. Robbins