For the Northern District of California

**\*E-Filed 11/12/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C MALANEY, et al., | No. C 10-02858 RS |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| UAL CORPORATION, et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of one or more of the parties, the Case Management Conference scheduled for December 9, 2010 shall be conducted by telephone. **All parties shall appear telephonically** and must contact Court Conference at 866/582-6878 at least one week prior to the Conference to arrange their participation.

Dated: 11/12/10

For the Court,
RICHARD W. WIEKING, Clerk

By: /s/ Corinne Lew
Courtroom Deputy Clerk