1

2   Jack W. Lee (SBN 71626)
    Derek G. Howard (SBN 118082)
3   Sean Tamura-Sato (SBN
    MINAMI TAMAKI LLP
4   360 Post Street, 8th Floor
    San Francisco, California  94108
5   Telephone:  415/788-9000
    Facsimile:  415/398-3887
6   Email:  jlee@minamitamaki.com
            dhoward@minamitamaki.com
7

8   Attorneys for Plaintiffs

9
    [Names and Addresses of Additional Counsel on Signature Page]
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14  Michael C. Malaney, et al.,

15                                          CASE NO. 3:10-CV-02858-RS

16                        Plaintiffs,       **CERTIFICATE OF SERVICE OF JOINT
                                            CASE MANAGEMENT STATEMENT**
17              vs.
                                            Date:        December 9, 2010
18  UAL CORPORATION, UNITED AIR             Time:        10:00 a.m.
    LINES, INC., and CONTINENTAL            Courtroom:   3 (Telephonic Appearance)
19  AIRLINES, INC.,                         Judge:       Hon. Richard Seeborg

20                        Defendants.

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

I, the undersigned, certify that I am employed in the City of San Francisco, County of San Francisco, California; that I am over the age of 18 years and not a party to the within action; and that my business address is 360 Post Street, 8th Floor, San Francisco, California  94108.  On December 2., 2010. I served the following document(s) on the parties stated below, through their attorneys of record, by the following means of service:

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

 _X_      **By USDC ECF**
By transmitting the aforementioned document electronically through the United States District Court Northern District of California's Electronic Document Filing System, on all interested parties registered for e-filling.

___      **By FIRST CLASS MAIL**
I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as it is collected, with first-class postage thereon fully prepared, in San Francisco, California for mailing to the office of the addressee following ordinary business practices.

___      **By PERSONAL SERVICE**
I caused each such envelope to be given to a courier messenger for same day person al delivery to the office of the addressees listed below.

___      **By OVERNIGHT COURIER**
I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand-delivered to the office of the addressee on the next business day.

___      **By FACSIMILE**
From Facsimile number 415/398-3887 in San Francisco, California, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008.  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

___      **By ELECTRONIC SERVICE**
I caused each such document to be transmitted electronically to the e-mail address as shown on the attached service list of attorneys of record.

Addressee(s)

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed this 2nd day of December, 2010, at San Francisco, California.

_____
Maria J. Uhl

1

## SERVICE LIST

2

3   Max R. Shulman (NY Bar No. 1473982)
    Stuart W. Gold (NY Bar No. 1639434)
4   CRAVATH, SWAINE & MOORE LLP
    Worldwide Plaza
5   825 Eighth Avenue
    New York, NY 10019
6   Telephone:  (212) 474-1000
    Facsimile:  (212) 474-3700
7   Email:  mshulman@cravath.com
8   sgold@cravath.com

9   Paul L. Yde (D.C. Bar No. 449751)
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
10  701 Pennsylvania Ave., NW. Suite 600
    Washington, DC 20004
11  Telephone:  (202) 777-4500
    Facsimile:  (202) 777-4555
12  Email:  paul.yde@freshfields.com

13
    Patrick D. Robbins (CA Bar No. 152288)
14  SHEARMAN & STERLING LLP
    525 Market Street, Suite 1500
15  San Francisco, CA 94105-2723
    Telephone:  (415) 616-1100
16  Facsimile:  (415) 616-1199
    Email:  probbins@shearman.com
17

18  ALIOTO LAW FIRM
    Joseph M. Alioto
19  Theresa D. Moore
    Joseph M. Alioto, Jr.
20  Thomas P. Pier
    Angelina Alioto-Grace
21

22  GRAY, PLANT, MOOTY, MOOTY & BENNETT
    Daniel R. Shulman
23  Julie Lynn Boehmke
    Jeremy L. Johnson
24

25  MESSINA LAW FIRM PC
    Gil D. Messina

26

27

28