UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 12/9/10             **Time in Court: 15 min.**

**Case No.:** C 10-02858 RS

**Case Title:** Malaney v. United Air Lines, Inc., et al.,

**Appearances:**

    For Plaintiff(s): Joseph Alioto, Derek Howard, Daniel Shulman, Gil Messina
        (by telephone)

    For Defendant(s):Paul Yde, Patrick Robbins, Stuart Gold
        (by telephone)

**Deputy Clerk:** Corinne Lew         **Court Reporter:** Unreported

## **PROCEEDINGS**

Telephonic Case Management Conference Held.

## **SUMMARY**

Further Telephonic Case Management Conference set for **4/7/11 at 10:00 a.m.**