*E-Filed 12/9/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL C. MALANEY,

    Plaintiff,

    v.

UNITED AIR LINES, INC., et al.,

    Defendants.

No. C 10-02858 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to the Federal Rule of Civil Procedure 16, the parties attended a Case Management Conference on December 9, 2010. After considering the Joint Case Management Statement submitted by the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. FURTHER CASE MANAGEMENT CONFERENCE. A Further Telephonic Case Management Conference shall be held on **April 7, 2011 at 10:00 a.m.** The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

**IT IS SO ORDERED.**

Dated: 12/9/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE