

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

October 01, 2010

| | |
|---|---|
| No.: | 10-17208 |
| D.C. No.: | 3:10-cv-02858-RS |
| Short Title: | Michael Malaney, et al v. UAL Corporation, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**BRIEFING DATES WILL BE SET BY A FUTURE COURT ORDER**

**Payment of the $455.00 U.S. Court of Appeals docket fee is past due.** Appellant shall correct this deficiency **within 14 days**. Failure to respond to this order within the time set out will result in the dismissal of the appeal for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the Clerk of the District Court, the Tax Court or the Bankruptcy Appellate Panel.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 01 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL C. MALANEY; KATHERINE R. ARCELL; KEITH DEAN BRADT; JOSE M. BRITO; JAN MARIE BROWN; ROBERT D. CONWAY; ROSEMARY D'AUGUSTA; BRENDA K. DAVIS; PAMELA FAUST; CAROLYN FJORD; DON FREELAND; TED FRIEDLI; DONALD V. FRY; GABRIEL GARAVANIAN; HARRY GARAVANIAN; YVONNE JOCELYN GARDNER; LEE M. GENTRY; JAY GLIKMAN; DONNA M. JOHNSON; VALARIE ANN JOLLY; GAIL S. KOSACH; ROZANN KUNSTLE; STEVE KUNSTLE; JOHN LOVELL; LEN MARAZZO; LEE MCCARTHY; LISA MCCARTHY; PATRICIA ANN MEEUWSEN; L. WEST OEHMIG, Jr.; CYNTHIA PROSTERMAN; DEBORAH M. PULFER; SHARON HOLMES REED; DANA L. ROBINSON; ROBERT A. ROSENTHAL; BILL RUBINSOHN; SONDRA K. RUSSELL; SYLVIA N. SPARKS; JUNE STANSBURY; CLYDE D. STENSRUD; SHERRY LYNNE STEWART; WAYNE TALEFF; GARY TALEWSKY; ANNETTE M. TIPPETTS; DIANA LYNN ULTICAN; J. MICHAEL | No. 10-17208<br><br>D.C. No. 3:10-cv-02858-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**TIME SCHEDULE ORDER** |

WALKER; PAMELA S. WARD;
DAVID P. WENDELL; CHRISTINE O.
WHALEN; SURAJ ZUTSHI,

      Plaintiffs - Appellants,

v.

UAL CORPORATION; UNITED AIR
LINES, INC.; CONTINENTAL
AIRLINES, INC.,

      Defendants - Appellees.

The parties shall meet the following time schedule.

| | |
|---|---|
| **Fri., October 8, 2010** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

                                  FOR THE COURT:

                                  Molly C. Dwyer
                                  Clerk of Court

                                  Gerald Rosen
                                  Deputy Clerk