**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 14 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL C. MALANEY; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UAL CORPORATION; et al., <br><br> Defendants - Appellees. | No. 10-17208 <br><br> D.C. No. 3:10-cv-02858-RS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: O'SCANNLAIN, TROTT and W. FLETCHER, Circuit Judges.

This is a preliminary injunction appeal.

Appellees' motion to dismiss this appeal as moot is denied without prejudice to renewing the arguments in the answering brief.

The briefing schedule established previously shall remain in effect.

ec/MOATT