Patrick D. Robbins (CA Bar No. 152288)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: probbins@shearman.com

Attorneys for all Defendants

Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Angelina Alioto-Grace (SBN 206899)
Joseph M. Alioto, Jr. (SBN 215544)
Thomas P. Pier (SBN 235740)
ALIOTO LAW FIRM
555 California Street
Thirty-First Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: JAliotoJr@aliotolaw.com

Attorneys for Plaintiffs

[Names and Addresses of Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Malaney, et al., | CASE NO. 3:10-CV-02858-RS |
| Plaintiffs, | Assigned to The Hon. Richard Seeborg |
| vs. | JOINT CASE MANAGEMENT STATEMENT |
| UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC., | Date: April 7, 2011<br>Time: 10:00 a.m.<br>Courtroom: 3 (Telephonic Appearance)<br>Judge: Hon. Richard Seeborg |
| Defendants. | |

The Court previously held a case management conference in this matter on December 9, 2010. In advance of that conference, the parties submitted an Amended Joint Case Management Statement on December 7, 2010. The parties respectfully refer the Court to the December 7, 2010 Statement for an overview of the claims asserted in this matter and the procedural history thereof. (A copy of the December 7 Statement is annexed hereto for the convenience of the Court.)

At the December 9, 2010 conference, the Court indicated that it would be instructive to the Court and the parties to await a decision on plaintiffs' pending appeal in the United States Court of Appeals for the Ninth Circuit before conducting further proceedings in the District Court. On March 30, 2011, the Court of Appeals notified the parties that Plaintiffs' appeal will be heard on May 10, 2011 at 9:00 a.m.

Since the date of the last case management conference, there has been no other activity in this matter.

Dated: March 31, 2011

SHEARMAN & STERLING LLP

By: _____/s/_____
Patrick D. Robbins

Patrick D. Robbins (CA Bar No. 152288)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100

Stuart W. Gold (NY Bar No. 1639434)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: sgold@cravath.com

Admitted *Pro Hac Vice*

JOINT CASE MANAGEMENT STATEMENT    1    CASE NO. 3:10-CV-2858-RS
294381

Paul L. Yde (D.C. Bar No. 449751)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Ave., NW. Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: paul.yde@freshfields.com

Admitted *Pro Hac Vice*

Attorneys for all Defendants.


MINAMI TAMAKI LLP



By: _____/s/_____
         Derek G. Howard

Jack W. Lee
Derek G. Howard
Sean Tamura-Sato
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108-4903
Telephone: (415) 788-9000
Facsimile: (415) 398-3887
Email: dhoward@minamitamaki.com

Joseph M. Alioto
Theresa D. Moore
Joseph M. Alioto, Jr.
Thomas P. Pier
Angelina Alioto-Grace
ALIOTO LAW FIRM
555 California Street
Thirty-First Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: JAliotoJr@aliotolaw.com

Daniel R. Shulman
Julie Lynn Boehmke
Jeremy L. Johnson
GRAY, PLANT, MOOTY, MOOTY & BENNETT
500 IDS Center
80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4444
Email: daniel.shulman@gpmlaw.com

Gil D. Messina
MESSINA LAW FIRM PC
961 Holmdel Road
Holmdel, NJ 07733-2103
Telephone: (732) 332-9300
Facsimile: (732) 332-9301
Email: gmessina@messinalawfirm.com

Attorneys for Plaintiffs

ATTESTATION: Pursuant to General Order 45, Section X.B, I hereby attest that counsel for the Defendants have obtained written concurrence from Mr. Messina with regard to the filing of this document.

Dated: March 31, 2011        By: _____/s/_____
                                  Patrick D. Robbins