*E-Filed 4/4/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL C. MALANEY, et al.,      No. C 10-02858 RS

    Plaintiffs,

 v.      **CLERK'S NOTICE**

UAL CORPORATION, et al.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Case Management Conference in the instant case scheduled on April 7, 2011 shall be continued to **June 23, 2011 at 10:00 a.m.**. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel shall appear by telephone and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 4/4/11      For the Court,
RICHARD W. WIEKING, Clerk

By: /s/ Corinne Lew
Courtroom Deputy Clerk