**FILED**

UNITED STATES COURT OF APPEALS

MAY 20 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL C. MALANEY; KATHERINE R. ARCELL; KEITH DEAN BRADT; JOSE M. BRITO; JAN MARIE BROWN; ROBERT D. CONWAY; ROSEMARY D'AUGUSTA; BRENDA K. DAVIS; PAMELA FAUST; CAROLYN FJORD; DON FREELAND; TED FRIEDLI; DONALD v. FRY; GABRIEL GARAVANIAN; HARRY GARAVANIAN; YVONNE JOCELYN GARDNER; LEE M. GENTRY; JAY GLIKMAN; DONNA M. JOHNSON; VALARIE ANN JOLLY; GAIL S. KOSACH; ROZANN KUNSTLE; STEVE KUNSTLE; JOHN LOVELL; LEN MARAZZO; LEE MCCARTHY; LISA MCCARTHY; PATRICIA ANN MEEUWSEN; L. WEST OEHMIG, Jr.; CYNTHIA PROSTERMAN; DEBORAH M. PULFER; SHARON HOLMES REED; DANA L. ROBINSON; ROBERT A. ROSENTHAL; BILL RUBINSOHN; SONDRA K. RUSSELL; SYLVIA N. SPARKS; JUNE STANSBURY; CLYDE D. STENSRUD; SHERRY LYNNE STEWART; WAYNE TALEFF; GARY TALEWSKY; ANNETTE M. TIPPETTS; DIANA LYNN ULTICAN; J. MICHAEL WALKER; PAMELA S. WARD; DAVID P. WENDELL; CHRISTINE O. WHALEN; SURAJ ZUTSHI, <br><br> Plaintiffs - Appellants, | No. 10-17208 <br><br> D.C. No. 3:10-cv-02858-RS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

v.

UAL CORPORATION; UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.,

      Defendants - Appellees.

Before:    D.W. NELSON and W. FLETCHER, Circuit Judges, and DUFFY, District Judge.[*]

      Defendants-Appellees' request that we take judicial notice of the "Order Transferring Authority" issued by the United States Department of Transportation on February 3, 2011, is GRANTED.

      Plaintiffs-Appellants' request that we take judicial notice of various news articles is DENIED.

---

[*] The Honorable Kevin Thomas Duffy, District Judge for the U.S. District Court for Southern New York, New York, sitting by designation.