1 | Patrick D. Robbins (CA SBN 152288)
James Donato (CA SBN 146140)
2 | Mikael A. Abye (CA SBN 233458)
SHEARMAN & STERLING LLP
3 | 525 Market Street, Suite 1500
San Francisco, CA 94105-2723
4 | Telephone: (415) 616-1100
Facsimile: (415) 616-1199
5 | Email: probbins@shearman.com
      james.donato@shearman.com
6 |       mabye@shearman.com

7 | Attorneys for all Defendants

8 | Joseph M. Alioto (CA SBN 42680)
Theresa D. Moore (CA SBN 99978)
9 | Angelina Alioto-Grace (CA SBN 206899)
Thomas P. Pier (CA SBN 235740)
10 | Jamie L. Miller (CA SBN 271452)
ALIOTO LAW FIRM
11 | 225 Bush Street, 16th Floor
San Francisco, CA 94104
12 | Telephone: (415) 434-8900
Facsimile: (415) 434-9200
13 | Email: jmalioto@aliotolaw.com
       jmiller@aliotolaw.com

14 | Attorneys for Plaintiffs

[Names and Addresses of Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Malaney, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC., <br><br> Defendants. | CASE NO. 3:10-CV-02858-RS <br><br> Assigned to The Hon. Richard Seeborg <br><br> <u>JOINT CASE MANAGEMENT STATEMENT</u> <br><br> Date: June 23, 2011 <br> Time: 10:00 a.m. <br> Courtroom: 3 (Telephonic Appearance) <br> Judge: Hon. Richard Seeborg |

---

JOINT CASE MANAGEMENT STATEMENT                        CASE NO. 3:10-CV-2858-RS
                                                                      296056

| | |
|---|---|
| 1 | The Court previously held a case management conference in this matter on |
| 2 | December 9, 2010.  In advance of that conference and of an April 7, 2011, conference that was |
| 3 | subsequently continued to June 23, 2011, the parties submitted Joint Case Management |
| 4 | Statements on December 7, 2010 and March 31, 2011, respectively.  The parties respectfully |
| 5 | refer the Court to the prior case management statements for an overview of the claims asserted in |
| 6 | this matter and the procedural history thereof.  Copies of the December 7, 2010, and March 31, |
| 7 | 2011, statements are annexed hereto as Exhibit A and Exhibit B for the convenience of the Court. |
| 8 | At the December 9, 2010, conference, the Court indicated that it would be |
| 9 | instructive to the Court and the parties to await a decision on plaintiffs' pending appeal in the |
| 10 | United States Court of Appeals for the Ninth Circuit before conducting further proceedings in the |
| 11 | District Court.  Oral argument on Plaintiffs' appeal was heard on May 10, 2011.  On May 23, |
| 12 | 2011, the Court of Appeals issued its decision.  It affirmed the District Court's September 27, |
| 13 | 2010, denial of a preliminary injunction.  A copy of the May 23, 2011, decision is annexed hereto |
| 14 | as Exhibit C. |
| 15 | On June 6, 2011, Plaintiffs filed a motion with the Court of Appeals for a one- |
| 16 | week extension to file a "Petition for Rehearing with Suggestion for Rehearing En Banc".  On |
| 17 | June 13, 2011, Plaintiffs filed that petition and it is currently pending before the Court of |
| 18 | Appeals. |
| 19 | Since the date of the last case management conference, there has been no other |
| 20 | activity in this matter. |

| | | |
|---|---|---|
| 1 | Dated: June 15, 2011 | SHEARMAN & STERLING LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____ |
| | | Patrick D. Robbins |
| 5 | | |
| 6 | | Patrick D. Robbins (CA SBN 152288) |
| | | James Donato (CA SBN 146140) |
| 7 | | Mikael A. Abye (CA SBN 233458) |
| | | SHEARMAN & STERLING LLP |
| 8 | | 525 Market Street, Suite 1500 |
| | | San Francisco, CA 94105-2723 |
| 9 | | Telephone: (415) 616-1100 |
| | | Email: probbins@shearman.com |
| 10 | | james.donato@shearman.com |
| | | mabye@shearman.com |
| 11 | | |
| 12 | | Paul L. Yde (D.C. SBN 449751) |
| | | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| 13 | | 701 Pennsylvania Ave., NW. Suite 600 |
| | | Washington, DC 20004 |
| 14 | | Telephone: (202) 777-4500 |
| | | Facsimile: (202) 777-4555 |
| 15 | | Email: paul.yde@freshfields.com |
| 16 | | |
| | | Admitted *Pro Hac Vice* |
| 17 | | |
| 18 | | Stuart W. Gold (NY SBN 1639434) |
| | | CRAVATH, SWAINE & MOORE LLP |
| 19 | | Worldwide Plaza |
| | | 825 Eighth Avenue |
| 20 | | New York, NY 10019 |
| | | Telephone: (212) 474-1000 |
| 21 | | Facsimile: (212) 474-3700 |
| | | Email: sgold@cravath.com |
| 22 | | |
| 23 | | Admitted *Pro Hac Vice* |
| 24 | | |
| | | Attorneys for all Defendants |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: June 15, 2011 | MINAMI TAMAKI LLP | |

By: _____/s/_____
　　　Derek G. Howard

Jack W. Lee (CA SBN 71626)
Derek G. Howard (CA SBN 118082)
Sean Tamura-Sato (CA SBN 254092)
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108-4903
Telephone: (415) 788-9000
Facsimile: (415) 398-3887
Email: dhoward@minamitamaki.com

Joseph M. Alioto (CA SBN 42680)
Theresa D. Moore (CA SBN 99978)
Angelina Alioto-Grace (CA SBN 206899)
Thomas P. Pier (CA SBN 235740)
Jamie L. Miller (CA SBN 271452)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com
　　　　jmiller@aliotolaw.com

Daniel R. Shulman (MN SBN 100651)
Julie Lynn Boehmke (MN SBN 317330)
Jeremy L. Johnson (MN SBN 328558)
GRAY, PLANT, MOOTY, MOOTY & BENNETT
500 IDS Center
80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4444
Email: daniel.shulman@gpmlaw.com

Admitted *Pro Hac Vice*

| | |
|---|---|
| 1 | |
| 2 | Gil D. Messina (NJ SBN GM5079) |
| | MESSINA LAW FIRM PC |
| 3 | 961 Holmdel Road |
| | Holmdel, NJ 07733-2103 |
| 4 | Telephone: (732) 332-9300 |
| | Facsimile: (732) 332-9301 |
| 5 | Email: gmessina@messinalawfirm.com |
| 6 | |
| | Admitted *Pro Hac Vice* |
| 7 | |
| | Attorneys for Plaintiffs |
| 8 | |

ATTESTATION: Pursuant to General Order 45, Section X.B, I hereby attest that counsel for the Defendants have obtained written concurrence from Mr. Messina with regard to the filing of this document.

Dated: June 15, 2011 By: _____/s/_____
Patrick D. Robbins

JOINT CASE MANAGEMENT STATEMENT 5 CASE NO. 3:10-CV-2858-RS
296056