Robert W. Finnerty (SBN 119775)
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
Email: rfinnerty@girardikeese.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Michael C. Malaney, et al., | ) | CASE NO. 10-CV-2858 RS |
| | ) | |
| Plaintiff(s), | ) | **NOTICE OF APPEARANCE BY** |
| | ) | **ROBERT W. FINNERTY** |
| vs. | ) | |
| | ) | |
| UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC. | ) ) ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

Please take notice that Robert W. Finnerty of Girardi | Keese, 1126 Wilshire Boulevard, Los Angeles, California 90017, hereby enters his appearance as one of the attorneys of record on behalf

of all Plaintiffs in the above-entitled matter.

DATED: June 20, 2011

Respectfully submitted,

BY: */s/ Robert W. Finnerty*
Robert W. Finnerty
Girardi | Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
Email: rfinnerty@girardikeese.com