1  Molly B. Weber (SBN 271279)
   GIRARDI | KEESE
2  1126 Wilshire Boulevard
   Los Angeles, California 90017
3  Telephone: (213) 977-0211
4  Facsimile: (213) 481-1554
5  Email: mweber@girardikeese.com

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12

13  Michael C. Malaney, et al.,        )  CASE NO.  10-CV-2858 RS
                                        )
14             Plaintiff(s),            )  **NOTICE OF APPEARANCE BY**
                                        )  **MOLLY B. WEBER**
15                                      )
    vs.                                 )
16                                      )
    UAL CORPORATION, UNITED AIR         )
17  LINES, INC., and CONTINENTAL        )
    AIRLINES, INC.                      )
18                                      )
                                        )
19             Defendant(s).            )
                                        )
20  _____

21

22

23  TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR COUNSEL OF

24  RECORD HEREIN:

25

26     Please take notice that Molly B. Weber of Girardi | Keese, 1126 Wilshire Boulevard, Los

27  Angeles, California 90017, hereby enters her appearance as one of the attorneys of record on behalf

28

F:\Clients\2010178\pld\00334712.DOC                      1

NOTICE OF APPEARANCE  BY MOLLY B. WEBER

1    of all Plaintiffs in the above-entitled matter.

4    DATED:  June 20, 2011                     Respectfully submitted,

5                                              BY: _/s/ *Molly B. Weber*
6                                              Molly B. Weber
                                               Girardi | Keese
7                                              1126 Wilshire Boulevard
                                               Los Angeles, California 90017
8                                              Telephone:  (213) 977-0211
9                                              Facsimile:  (213) 481-1554
                                               Email:  mweber@girardikeese.com

**NOTICE OF APPEARANCE  BY MOLLY B. WEBER**