UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:**  6/23/11                                        Time in Court: **15 min.**

**Case No.:** C 10-02858 RS

**Case Title:** Malaney, et al., v. UAL Corp., et al.,

**Appearances:**

>   For Plaintiff(s): Joseph Alioto, Robert Finnerty, Derek Howard, Gil Messina,
>             Molly Weber (by telephone)

>   For Defendant(s): James Donato, Stuart Gold, Mary A. Moycik, Patrick Robbins,
>             Paul Yde (by telephone)

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Not Reported

## PROCEEDINGS

Further Case Management Conference Held Telephonically.

## SUMMARY

Plaintiffs shall submit any request to amend the complaint within 60 days.