United States District Court
Northern District of California

# Document Locator

Case Number: C 10-2858 RS

Date Filed: _____

## Document:

- ⃝ Reporter's Transcript: _____
- ☑ Trial Exhibits: 4 Binders (3-plaintiff's; 1-defendants)
- ⃝ Lodged Documents: _____
- ⃝ Sealed Documents:
- ⃝ Declaration(s)

_____
_____

- ⃝ Other: _____

_____
_____

## Location:

- ⃝ Expando File (Next to Case File)
- ⃝ Overflow Shelf: _____
- ⃝ Vault
- ☑ Other: _____

**Document Number:** Shelf 102