1   Patrick D. Robbins (CA SBN 152288)
    James Donato (CA SBN 146140)
2   Mikael A. Abye (CA SBN 233458)
    SHEARMAN & STERLING LLP
3   Four Embarcadero Center, Suite 3800
    San Francisco, CA 94111-5994
4   Telephone:  (415) 616-1100
    Facsimile:  (415) 616-1199
5   Email:  probbins@shearman.com
            jdonato@shearman.com
6           mabye@shearman.com

7   Attorneys for Defendants UAL Corporation,
    United Air Lines, Inc., and Continental Airlines, Inc.
8
    [Names and Addresses of Additional Counsel
9   Appear on Signature Page]

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14  Michael Malaney, *et al.*,                CASE NO. 3:10-CV-02858-RS

15                          Plaintiffs,       Assigned to The Hon. Richard Seeborg

16              vs.                           **NOTICE OF APPEARANCE**

17  UAL CORPORATION, UNITED AIR LINES,        Courtroom:    3
    INC., and CONTINENTAL AIRLINES, INC.,     Judge:        Hon. Richard Seeborg
18
19                          Defendants.

20

21

22

23

24

25

26

27

28

---

NOTICE OF APPEARANCE                                    CASE NO. 3:10-CV-2858-RS
                                                                      296372

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** James Donato of the law firm Shearman & Sterling

3  LLP hereby appears in this action as counsel on behalf of defendants UAL Corporation, United

4  Air Lines, Inc., and Continental Airlines, Inc. ("Defendants"). Defendants respectfully request that

5  all pleadings and other documents be addressed to its counsel as follows:

6  James Donato (State Bar No. 146140)
   SHEARMAN & STERLING LLP
7  Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111-5994
8  Telephone:  (415) 616-1100
   Facsimile:  (415) 616-1199
9  Email:       jdonato@shearman.com

10
   Dated: July 5, 2011                    SHEARMAN & STERLING LLP
11
                                          By:  _____/s/_____
12                                                James Donato

13                                         Patrick D. Robbins (CA SBN 152288)
                                           James Donato (CA SBN 146140)
14                                         Mikael A. Abye (CA SBN 233458)
                                           SHEARMAN & STERLING LLP
15                                         Four Embarcadero Center, Suite 3800
                                           San Francisco, CA  94111-5994
16                                         Telephone: (415) 616-1100 | Fax: (415) 616-1199
                                           Email:  probbins@shearman.com
17                                                  jdonato@shearman.com
                                                    mabye@shearman.com
18
                                           Paul L. Yde (D.C. SBN 449751)
19                                         FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                           701 Pennsylvania Ave., NW, Suite 600
20                                         Washington, DC 20004
                                           Telephone: (202) 777-4500 | Fax: (202) 777-4555
21                                         Email:  paul.yde@freshfields.com

22                                         Admitted *Pro Hac Vice*

23                                         Stuart W. Gold (NY SBN 1639434)
                                           CRAVATH, SWAINE & MOORE LLP
24                                         Worldwide Plaza, 825 Eighth Avenue
                                           New York, NY 10019
25                                         Telephone: (212) 474-1000 | Fax: (212) 474-3700
                                           Email:  sgold@cravath.com
26
                                           Admitted *Pro Hac Vice*
27
                                                    Attorneys For All Defendants
28

NOTICE OF APPEARANCE                       1                    CASE NO. 3:10-CV-2858-RS

296372