1  Patrick D. Robbins (CA SBN 152288)
   James Donato (CA SBN 146140)
2  Mikael A. Abye (CA SBN 233458)
   SHEARMAN & STERLING LLP
3  Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111-5994
4  Telephone: (415) 616-1100
   Facsimile: (415) 616-1199
5  Email: probbins@shearman.com
              jdonato@shearman.com
6             mabye@shearman.com

7  Attorneys for Defendants UAL Corporation,
   United Air Lines, Inc., and Continental Airlines, Inc.
8
   [Names and Addresses of Additional Counsel
9  Appear on Signature Page]

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  Michael Malaney, *et al.*, | CASE NO. 3:10-CV-02858-RS |
| 15                  Plaintiffs, | Assigned to The Hon. Richard Seeborg |
| 16             vs. | **NOTICE OF CHANGE OF ADDRESS** |
| 17  UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC., | Courtroom:   3<br>Judge:        Hon. Richard Seeborg |
| 18 | |
| 19                  Defendants. | |

NOTICE OF CHANGE OF ADDRESS                                   CASE NO. 3:10-CV-2858-RS

296426

**PLEASE TAKE NOTICE** that effective June 27, 2011, the new address for Shearman & Sterling LLP, counsel for defendants UAL Corporation, United Air Lines, Inc., and Continental Airlines, Inc., is as follows:

Shearman & Sterling LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994

The firm's telephone and fax numbers have not changed.

Dated: July 8, 2011                              SHEARMAN & STERLING LLP

                                                 By:         /s/
                                                         James Donato

                                                 Patrick D. Robbins (CA SBN 152288)
                                                 James Donato (CA SBN 146140)
                                                 Mikael A. Abye (CA SBN 233458)
                                                 SHEARMAN & STERLING LLP
                                                 Four Embarcadero Center, Suite 3800
                                                 San Francisco, CA  94111-5994
                                                 Telephone: (415) 616-1100 | Fax: (415) 616-1199
                                                 Email:  probbins@shearman.com
                                                         jdonato@shearman.com
                                                         mabye@shearman.com

                                                 Paul L. Yde (D.C. SBN 449751)
                                                 FRESHFIELDS BRUCKHAUS DERINGER US LLP
                                                 701 Pennsylvania Ave., NW, Suite 600
                                                 Washington, DC 20004
                                                 Telephone: (202) 777-4500 | Fax: (202) 777-4555
                                                 Email:  paul.yde@freshfields.com

                                                 Admitted *Pro Hac Vice*

                                                 Stuart W. Gold (NY SBN 1639434)
                                                 CRAVATH, SWAINE & MOORE LLP
                                                 Worldwide Plaza, 825 Eighth Avenue
                                                 New York, NY 10019
                                                 Telephone: (212) 474-1000 | Fax: (212) 474-3700
                                                 Email:  sgold@cravath.com

                                                 Admitted *Pro Hac Vice*

                                                            Attorneys For All Defendants

---

NOTICE OF CHANGE OF ADDRESS             1                CASE NO. 3:10-CV-2858-RS
                                                                            296426