*E-Filed 8/31/11*

James Donato (SBN 146140)
Patrick D. Robbins (SBN 152288)
Mikael A. Abye (SBN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: jdonato@shearman.com
       probbins@shearman.com
       mabye@shearman.com

Attorneys for Defendants UAL Corporation,
United Air Lines, Inc., and Continental
Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Malaney, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC., <br><br> Defendants. | CASE NO. 3:10-CV-02858-RS <br><br> **STIPULATION AND [PROPOSED] ORDER RE HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** <br><br> Current Date: September 29, 2011 <br> Proposed Date: October 27, 2011 <br> Time: 1:30 p.m. <br> Courtroom: 3 <br> Judge: Hon. Richard Seeborg |

On August 22, 2011, Plaintiffs filed a Notice of Motion and Motion for Leave to File Amended Complaint to Add Damages Claim ("Motion for Leave to Amend") to be heard on September 29, 2011 at 1:30 pm, or as soon thereafter as the matter may be heard by this Court. Due to scheduling issues, Defendants' counsel requested that Plaintiffs agree to extend Defendants' time to respond by two weeks. Counsel for Plaintiffs has agreed to this extension.

The parties now stipulate, subject to the Court's approval, as follows:

1. Defendants shall file their opposition to Plaintiffs' Motion for Leave to Amend on or before September 20, 2011;

2. Plaintiffs shall file their reply brief on or before October 4, 2011; and

3. The hearing on Plaintiffs' Motion for Leave to Amend shall be held on October 27, 2011 at 1:30 pm, or as soon thereafter as the matter may be heard by this Court.

Dated: August 29, 2011                      SHEARMAN & STERLING LLP

By: /s/ *James Donato*
James Donato

James Donato (SBN 146140)
Patrick D. Robbins (SBN 152288)
Mikael A. Abye (SBN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Email: jdonato@shearman.com
       probbins@shearman.com
       mabye@shearman.com

Paul L. Yde (D.C. SBN 449751)
FRESHFIELDS BRUCKHAUS
  DERINGER US LLP
701 Pennsylvania Ave., NW. Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: paul.yde@freshfields.com

Admitted *Pro Hac Vice*

Stuart W. Gold (NY SBN 1639434)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: sgold@cravath.com

Admitted *Pro Hac Vice*

*Attorneys for Defendants*

Dated:  August 29, 2011                    ALIOTO LAW FIRM

                                           By:    /s/ *Joseph M. Alioto*
                                                  Joseph M. Alioto

                                           Joseph M. Alioto (SBN 42680)
                                           Theresa D. Moore (SBN 99978)
                                           Angelina Alioto-Grace (SBN 206899)
                                           Thomas P. Pier (SBN 235740)
                                           Jamie L. Miller (SBN 271452)
                                           ALIOTO LAW FIRM
                                           225 Bush Street, 16th Floor
                                           San Francisco, CA 94104
                                           Telephone:  (415) 434-8900
                                           Facsimile:  (415) 434-9200
                                           Email:  jmalioto@aliotolaw.com
                                                   jmiller@aliotolaw.com

                                           Jack W. Lee (SBN 71626)
                                           Derek G. Howard (SBN 118082)
                                           Sean Tamura-Sato (SBN 254092)
                                           MINAMI TAMAKI LLP
                                           360 Post Street, 8th Floor
                                           San Francisco, CA 94108-4903
                                           Telephone:  (415) 788-9000
                                           Facsimile:  (415) 398-3887
                                           Email:  dhoward@minamitamaki.com

                                           Daniel R. Shulman (MN SBN 100651)
                                           Julie Lynn Boehmke (MN SBN 317330)
                                           Jeremy L. Johnson (MN SBN 328558)
                                           GRAY, PLANT, MOOTY, MOOTY
                                             & BENNETT
                                           500 IDS Center, 80 South 8th St.
                                           Minneapolis, MN 55402
                                           Telephone:  (612) 632-3000
                                           Facsimile:  (612) 632-4444
                                           Email:  daniel.shulman@gpmlaw.com

                                           Admitted *Pro Hac Vice*

---

STIP. AND [~~PROPOSED~~] ORDER RE             3            CASE NO. 3:10-CV-2858-RS
PLS' MOT. FOR LEAVE TO AMEND                                             297237

Gil D. Messina (NJ SBN GM5079)
MESSINA LAW FIRM PC
961 Holmdel Road
Holmdel, NJ 07733-2103
Telephone:  (732) 332-9300
Facsimile:  (732) 332-9301
Email:  gmessina@messinalawfirm.com

Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __8/31_____, 2011          _____
                                         Richard Seeborg
                                         United States District Judge

\* ATTESTATION: Pursuant to General Order 45, Section X.B, I hereby attest that counsel for the Defendants have obtained written concurrence from Mr. Alioto with regard to the filing of this document.

Dated: August 29, 2011                    By: _____/s/ *James Donato*_____
                                                    James Donato