| | |
|---|---|
| 1 | Stuart W. Gold (NY Bar No. 1639434) |
| 2 | CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| 3 | Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 |
| 4 | Email: sgold@cravath.com<br>Admitted *Pro Hac Vice* |
| 5 | Attorneys for Defendants UAL Corporation and United Air Lines, Inc. |
| 6 | Patrick D. Robbins (CA SBN 152288)<br>James Donato (CA SBN 146140) |
| 7 | Mikael A. Abye (CA SBN 233458)<br>SHEARMAN & STERLING LLP |
| 8 | Four Embarcadero Center, Suite 3800<br>San Francisco, CA 94111-5994 |
| 9 | Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199 |
| 10 | Email: probbins@shearman.com |
| 11 | jdonato@shearman.com<br>mabye@shearman.com |
| 12 | Attorneys for Defendants UAL Corporation, United Air Lines, Inc.<br>and Continental Airlines, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 3:10-CV-02858-RS<br><br>NOTICE OF CHANGE IN COUNSEL |

1  TO THE HONORABLE RICHARD SEEBORG AND ALL COUNSEL OF
2  RECORD:
3        Pursuant to Civil L.R. 11-5, notice is hereby given that, effective today, August 29,
4  2011, Stuart W. Gold and Max R. Shulman of Cravath, Swaine & Moore LLP withdraw their
5  appearances in the above-captioned matter for defendants UAL Corporation and United Air Lines,
6  Inc. and respectfully request that their names be removed from the Court's and counsel's service
7  lists.  Patrick D. Robbins, James Donato and Mikael A. Abye of Shearman and Sterling LLP, will
8  continue to represent UAL Corporation, United Air Lines, Inc. and Continental Airlines, Inc. in this
9  matter.

11  Dated: August 29, 2011              By: _____
                                                       Stuart W. Gold

Stuart W. Gold (NY Bar No. 1639434)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: sgold@cravath.com

*Attorneys for Defendants UAL Corporation and United Air Lines, Inc.*

Patrick D. Robbins (CA SBN 152288)
James Donato (CA SBN 146140)
Mikael A. Abye (CA SBN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: probbins@shearman.com
          jdonato@shearman.com
          mabye@shearman.com

*Attorneys for Defendants UAL Corporation, United Air Lines, Inc. and Continental Airlines, Inc.*