Case: 10-17208 07/08/2011 Page: 1 of 24

FILED

JUL 08 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL C. MALANEY; KATHERINE R. ARCELL; KEITH DEAN BRADT; JOSE M. BRITO; JAN MARIE BROWN; ROBERT D. CONWAY; ROSEMARY D'AUGUSTA; BRENDA K. DAVIS; PAMELA FAUST; CAROLYN FJORD; DON FREELAND; TED FRIEDLI; DONALD V. FRY; GABRIEL GARAVANIAN; HARRY GARAVANIAN; YVONNE JOCELYN GARDNER; LEE M. GENTRY; JAY GLIKMAN; DONNA M. JOHNSON; VALARIE ANN JOLLY; GAIL S. KOSACH; ROZANN KUNSTLE; STEVE KUNSTLE; JOHN LOVELL; LEN MARAZZO; LEE MCCARTHY; LISA MCCARTHY; PATRICIA ANN MEEUWSEN; L. WEST OEHMIG, Jr.; CYNTHIA PROSTERMAN; DEBORAH M. PULFER; SHARON HOLMES REED; DANA L. ROBINSON; ROBERT A. ROSENTHAL; BILL RUBINSOHN; SONDRA K. RUSSELL; SYLVIA N. SPARKS; JUNE STANSBURY; CLYDE D. STENSRUD; SHERRY LYNNE STEWART; WAYNE TALEFF; GARY TALEWSKY; ANNETTE M. TIPPETTS; DIANA LYNN ULTICAN; J. MICHAEL WALKER; PAMELA S. WARD; DAVID | No. 10-17208<br><br>D.C. No. 3:10-cv-02858-RS<br><br>O R D E R |

| |
|---|
| P. WENDELL; CHRISTINE O. WHALEN; SURAJ ZUTSHI, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UAL CORPORATION; UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC., <br><br> Defendants - Appellees. |

Before:     D.W. NELSON and W. FLETCHER, Circuit Judges, and DUFFY, District Judge.[*]

The panel has voted to deny the petition for rehearing. Judge W. Fletcher has voted to deny the petition for rehearing en banc; and Judges D.W. Nelson and Duffy so recommend.

The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing and the petition for rehearing en banc, filed June 13, 2011, are DENIED.

---

[*]The Honorable Kevin Thomas Duffy, United States District Judge for the Southern District of New York, sitting by designation