UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 18 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL C. MALANEY; et al.,

    Plaintiffs - Appellants,

v.

UAL CORPORATION; et al.,

    Defendants - Appellees.

No. 10-17208

D.C. No. 3:10-cv-02858-RS
U.S. District Court for Northern
California, San Francisco

**MANDATE**

The judgment of this Court, entered May 23, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs awarded to appellees in the amount of $461.20.

                               FOR THE COURT:
                               Molly C. Dwyer
                               Clerk of Court

                               Rhonda Roberts
                               Deputy Clerk