**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 29, 2011

CASE NUMBER:   **CV 10-02858 RS**
CASE TITLE:    **MICHAEL C MALANEY-v- UAL CORPORATION**
DATE MANDATE FILED:  9/29/2011

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature: Gina Agustine]*

by:  Gina Agustine-Rivas
Case Systems Administrator

Distribution:   CIVIL       -   Counsel of Record

                CRIMINAL    -   Counsel of Record
                                U.S. Marshal (Copy of Mandate)
                                U.S. Probation Office

NDC App-16