James Donato (SBN 146140)
Patrick D. Robbins (SBN 152288)
Jiyoun Chung (SBN 226900)
Mikael A. Abye (SBN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199
Email: jdonato@shearman.com
        probbins@shearman.com
        jchung@shearman.com
        mabye@shearman.com

Paul L. Yde (Admitted Pro Hac Vice)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Ave., NW, Suite 600
Washington, DC 20004
Telephone:  (202) 777-4500
Facsimile:  (202) 777-4555
Email: paul.yde@freshfields.com

Attorneys for Defendants UAL Corporation,
United Air Lines, Inc., and Continental Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Malaney, et al.,<br><br>                                   Plaintiffs,<br><br>vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>                                   Defendants. | CASE NO. 3:10-CV-02858-RS<br><br>**DECLARATION OF MIKAEL A. ABYE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date:   December 22, 2011<br>Time:                 1:30 p.m.<br>Courtroom:       3<br>Judge:               Hon. Richard Seeborg |

I, Mikael A. Abye, declare:

1. I am a member of the bar of this Court and I am associated with the law firm of Shearman & Sterling LLP, counsel to Defendants UAL Corporation, United Air Lines, Inc., and Continental Airlines, Inc. ("Defendants") in the above-captioned proceeding. I submit this declaration in support of Defendants' Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). I make the following statements based on my personal knowledge, and if called to testify to the truth of them, I could and would do so.

2. Attached hereto as Exhibit A is a true and correct copy of the Court's Order Granting Plaintiffs' Motion for Leave to Amend (Dkt. #188).

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Motion for Leave to File Supplemental Pleading (Dkt. #190).

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the September 17, 2010 Hearing Transcript (Dkt. #136).

5. Attached hereto as Exhibit D is a true and correct copy of the Court's Order Denying Plaintiffs' Motion for Preliminary Injunction (Dkt. #135).

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiffs' Opening Brief filed with the United States Court of Appeals for the Ninth Circuit.

7. Attached hereto as Exhibit F is a true and correct copy of the Ninth Circuit's Memorandum, dated May 23, 2011.

8. Attached hereto as Exhibit G is a true and correct copy of Plaintiffs' Petition to the Supreme Court for a writ of certiorari.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2011 in San Francisco, California.

                                                  /s/ *Mikael A. Abye*
                                                    Mikael A. Abye