*E-Filed 11/23/11*

1  Joseph M. Alioto (SBN 42680)
   Theresa D. Moore (SBN 99978)
2  Thomas P. Pier (SBN 235740)
   Angelina Alioto-Grace (SBN 206899)
3  Jamie L. Miller (SBN 271452)
   ALIOTO LAW FIRM
4  225 Bush Street, 16th Floor
   San Francisco, CA  94104
5  Telephone:  (415) 434-8900
   Facsimile:   (415) 434-9200
6  Email:  jmalioto@aliotolaw.com
   Email:  jmiller@aliotolaw.com
7  [ADDITIONAL COUNSEL LISTED ON LAST PAGE]
8
9                  **UNITED STATES DISTRICT COURT**
10               **NORTHERN DISTRICT OF CALIFORNIA**
11                  **SAN FRANCISCO DIVISION**

12  Michael C. Malaney, Katherine R. Arcell,  )   CASE NO.:  **CV-10-02858 (RS)**
    Keith Dean Bradt, Jose' M. Brito, Jan Marie )
13  Brown, Robert D. Conway, Rosemary          )   **[PROPOSED]** ORDER
    D'Augusta, Brenda K. Davis, Pamela Faust,  )   **GRANTING PLAINTIFFS'**
14  Carolyn Fjord, Don Freeland, Ted Friedli,  )   **MOTION FOR LEAVE TO**
    Donald V. Fry, Gabriel Garavanian, Harry   )   **FILE A SUPPLEMENTAL**
15  Garavanian, Yvonne Jocelyn Gardner, Lee M. )   **PLEADING**
    Gentry, Jay Glikman, Donna M. Johnson,     )   **(FED. R. CIV. P. 15(d))**
16  Valarie Ann Jolly, Gail S. Kosach, Rozann  )
    Kunstle, Steve Kunstle, John Lovell, Len   )
17  Marazzo, Lee McCarthy, Lisa McCarthy,      )
    Patricia Ann Meeuwsen, L. West Oehmig, Jr., )
18  Cynthia Prosterman, Deborah M. Pulfer,     )
    Sharon Holmes Reed, Dana L. Robinson,      )
19  Robert A. Rosenthal, Bill Rubinsohn, Sondra )
    K. Russell, Sylvia N. Sparks, June Stansbury, )
20  Clyde D. Stensrud, Sherry Lynne Stewart,   )
    Wayne Taleff, Gary Talewsky, Annette M.    )
21  Tippetts, Diana Lynn Ultican, J. Michael   )
    Walker, Pamela S. Ward, David P. Wendell,  )
22  Christine O. Whalen, and Suraj Zutshi,     )
                                               )
23              Plaintiffs,                    )
                                               )
24              v.                             )
                                               )
25  UAL CORPORATION, UNITED AIR LINES,         )
    INC., and CONTINENTAL AIRLINES, INC.       )
26                                             )
                Defendants.                    )
27  _____ )

28

Plaintiffs' Motion for Leave to File a Supplemental Pleading came on for hearing before this Court on December 15, 2011, or as soon thereafter as possible.  The Court having considered the pleadings and evidence submitted by the parties, the pleadings and records on file, and the arguments of counsel finds that pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs' Motion for Leave to File its Supplemental Pleading is **GRANTED.**

**IT IS SO ORDERED.**

Dated:   11/23/11

_____
The Honorable Richard Seeborg
United States District Judge

*[PROPOSED] Order Granting Plaintiffs' Motion for Leave to File A Supplemental Pleading*

**PLAINTIFFS' COUNSEL**

| | |
|---|---|
| Joseph M. Alioto (SBN 42680)<br>Theresa D. Moore (SBN 99978)<br>Thomas P. Pier (SBN 235740)<br>Angelina Alioto-Grace (SBN 206899)<br>ALIOTO LAW FIRM<br>225 Bush Street, 16th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 434-8900<br>Facsimile:  (415) 434-9200<br>Email:  jmalioto@aliotolaw.com<br>Email:  jmiller@aliotolaw.com | Daniel R. Shulman (MN SBN 100651)<br>*Pro Hac Vice*<br>Julie Lynn Boehmke (MN SBN 317330)<br>*Pro Hac Vice*<br>Jeremy L. Johnson (MN SBN 328558)<br>*Pro Hac Vice*<br>GRAY, PLANT, MOOTY, MOOTY &<br>    BENNETT<br>500 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone:  (612) 632-3000<br>Facsimile:    (612) 632-4335<br>Email: daniel.shulman@gpmlaw.com<br>Email: julie.boehmke@gpmlaw.com<br>Email:  jeremy.johnson@gpmlaw.com |
| Gil D. Messina (NJ SBN GM5079)<br>*Pro Hac Vice*<br>MESSINA LAW FIRM PC<br>961 Holmdel Road<br>Holmdel, NJ  07733<br>Telephone:  (732) 332-9300<br>Facsimile:  (732) 332-9301<br>Email:  gmessina@messinalawfirm.com | Jack Lee<br>Derek G. Howard<br>Minami Tamaki LLP<br>360 Post Street<br>8th Floor<br>San Francisco, CA 94108<br>Telephone:  (415) 788-9000<br>Facsimile: (415) 398-3887<br>Email: jlee@minamitamaki.com<br>Email: dhoward@minamitamaki.com |
| Thomas V. Girardi<br>Robert William Finnerty<br>Molly Beth Weber<br>Girardi Keese<br>1126 Wilshire Blvd<br>Los Angeles, CA 90017<br>Telephone: (213) 977-0211<br>Facsimile:  (213) 481-1554<br>Email:  tgirardi@girardikeese.com<br>Email:  rfinnerty@girardikeese.com<br>Email:  mweber@girardikeese.com | |

*[PROPOSED] Order Granting Plaintiffs' Motion for Leave to File A Supplemental Pleading*