Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Thomas P. Pier (SBN 235740)
Angelina Alioto-Grace (SBN 206899)
Jamie L. Miller (SBN 271452)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:   (415) 434-9200
Email:  jmalioto@aliotolaw.com
Email:  jmiller@aliotolaw.com

[ADDITIONAL COUNSEL LISTED ON LAST PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Keith Dean Bradt, Jose' M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi,<br><br>Plaintiffs,<br><br>v.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.<br><br>Defendants. | CASE NO.:  **CV-10-02858 (RS)**<br><br>**PLAINTIFFS' SUPPLEMENTAL COMPLAINT (FED. R. CIV. P. 15(D)) WITH JURY DEMAND**<br><br><br>Judge:  Hon. Richard Seeborg |

Plaintiffs bring this their Supplemental Complaint herein, leave having been granted by this Court so to do on November 23, 2011, against defendants UAL Corporation, United Airlines, Inc. and Continental Airlines, Inc., and say that since the filing of the Motion for Leave to File a First Amended Complaint and the filing of the First Amended Complaint, the following material facts have occurred:

1. On October 18, 2011, Delta, the second largest network carrier in the United States, announced an increase in ticket prices "by $4, $6 and $10 across the bulk of their domestic route system." At 8 p.m. CST, on October 18, 2011, it was reported that the now-merged defendants "United/Continental matched" Delta's price hike and at 1 p.m. the next day it was reported that "ALL AIRLINES HAVE MATCHED", according to FareCompare.com, an airline ticket comparison shopping website. That was estimated to be the seventeenth attempted price hike by U.S. airlines in 2011, and the ninth to succeed.

2. On October 19, 2011, USA TODAY also reported that "[d]iscount carrier Southwest and its subsidiary AirTran matched a fare increase Wednesday that was launched by larger airlines, likely ensuring that the industry's latest attempt to raise ticket prices will be successful." The same article estimated that U.S. airlines had attempted to raise fares 19 times in 2011, with 10 such attempts having succeeded.

3. These price increases were reported to affect prices "across the bulk of their [the airlines] domestic route system" and "across much of the USA."

4. Significantly, USA TODAY reported that the "airlines are in a better position to raise fares because they've cut flights or the seats they make available aggressively so their planes fly close to full. With the cuts, analysts expect airlines to continue raising prices to post a profit."

5. The succession of price increases in 2011, following Continental's merger with

United, across the entire national airline market was without cost or other justification. In fact, the October 18, 2011 fare increase "occur[red] as most U.S. airlines [were] set to announce third-quarter profits". United/Continental announced a third-quarter net profit of $653,000,000 on October 27, 2011. Although the company's net profit was down from a year ago due to an additional roughly $1 billion in fuel costs (not taking into account the benefit of UAL's fuel hedges), its revenues for the quarter increased 8.7% to $10.1 billion, year on year.

WHEREFORE, plaintiffs demand the relief sought in the First Amended Complaint from this Honorable Court.

## JURY TRIAL DEMANDED

Plaintiffs demand a trial by jury of all claims in the First Amended Complaint and this Supplemental Complaint which are so triable.

Dated: November 23, 2011

ALIOTO LAW FIRM

By:  */s/ Joseph M. Alioto*
    Joseph M. Alioto
    ALIOTO LAW FIRM
    225 Bush Street, 16th Floor
    San Francisco, CA  94104
    Telephone:  (415) 434-8900
    Facsimile:   (415) 434-9200
    E-mail:  jmalioto@aliotolaw.com
    Email:   jmiller@aliotolaw.com

## PLAINTIFFS' COUNSEL

| | |
|---|---|
| Joseph M. Alioto (SBN 42680)<br>Theresa D. Moore (SBN 99978)<br>Thomas P. Pier (SBN 235740)<br>Angelina Alioto-Grace (SBN 206899)<br>ALIOTO LAW FIRM<br>225 Bush Street, 16th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 434-8900<br>Facsimile: (415) 434-9200<br>Email: jmalioto@aliotolaw.com<br>Email: jmiller@aliotolaw.com | Daniel R. Shulman (MN SBN 100651)<br>*Pro Hac Vice*<br>Julie Lynn Boehmke (MN SBN 317330)<br>*Pro Hac Vice*<br>Jeremy L. Johnson (MN SBN 328558)<br>*Pro Hac Vice*<br>GRAY, PLANT, MOOTY, MOOTY &<br>   BENNETT<br>500 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 632-3000<br>Facsimile: (612) 632-4335<br>Email: daniel.shulman@gpmlaw.com<br>Email: julie.boehmke@gpmlaw.com<br>Email: jeremy.johnson@gpmlaw.com |
| Gil D. Messina (NJ SBN GM5079)<br>*Pro Hac Vice*<br>MESSINA LAW FIRM PC<br>961 Holmdel Road<br>Holmdel, NJ 07733<br>Telephone: (732) 332-9300<br>Facsimile: (732) 332-9301<br>Email: gmessina@messinalawfirm.com | Jack Lee<br>Derek G. Howard<br>Minami Tamaki LLP<br>360 Post Street<br>8th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 788-9000<br>Facsimile: (415) 398-3887<br>Email: jlee@minamitamaki.com<br>Email: dhoward@minamitamaki.com |
| Thomas V. Girardi<br>Robert William Finnerty<br>Molly Beth Weber<br>Girardi Keese<br>1126 Wilshire Blvd<br>Los Angeles, CA 90017<br>Telephone: (213) 977-0211<br>Facsimile: (213) 481-1554<br>Email: tgirardi@girardikeese.com<br>Email: rfinnerty@girardikeese.com<br>Email: mweber@girardikeese.com | |