|   |   |
|---|---|
| 1 | Joseph M. Alioto (SBN 42680) |
|   | Theresa D. Moore (SBN 99978) |
| 2 | Thomas P. Pier (SBN 235740) |
|   | Angelina Alioto-Grace (SBN 206899) |
| 3 | Jamie L. Miller (SBN 271452) |
|   | ALIOTO LAW FIRM |
| 4 | 225 Bush Street, 16th Floor |
|   | San Francisco, CA  94104 |
| 5 | Telephone:  (415) 434-8900 |
|   | Facsimile:  (415) 434-9200 |
| 6 | Email: jmalioto@aliotolaw.com |
|   | Email: jmiller@aliotolaw.com |

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael C. Malaney, Katherine R. Arcell, Keith Dean Bradt, Jose' M. Brito, Jan Marie Brown, Robert D. Conway, Rosemary D'Augusta, Brenda K. Davis, Pamela Faust, Carolyn Fjord, Don Freeland, Ted Friedli, Donald V. Fry, Gabriel Garavanian, Harry Garavanian, Yvonne Jocelyn Gardner, Lee M. Gentry, Jay Glikman, Donna M. Johnson, Valarie Ann Jolly, Gail S. Kosach, Rozann Kunstle, Steve Kunstle, John Lovell, Len Marazzo, Lee McCarthy, Lisa McCarthy, Patricia Ann Meeuwsen, L. West Oehmig, Jr., Cynthia Prosterman, Deborah M. Pulfer, Sharon Holmes Reed, Dana L. Robinson, Robert A. Rosenthal, Bill Rubinsohn, Sondra K. Russell, Sylvia N. Sparks, June Stansbury, Clyde D. Stensrud, Sherry Lynne Stewart, Wayne Taleff, Gary Talewsky, Annette M. Tippetts, Diana Lynn Ultican, J. Michael Walker, Pamela S. Ward, David P. Wendell, Christine O. Whalen, and Suraj Zutshi,<br><br>Plaintiffs,<br><br>v.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.<br><br>Defendants. | CASE NO.: **CV-10-02858 (RS)**<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS<br><br><br>Hearing Date:  December 22, 2011<br>Time:  1:30 p.m.<br>Judge:  Honorable Richard Seeborg |

- 1 –
*Stipulation and [~~Proposed~~] Order re Defendants' Motion to Dismiss*

1   On November 16, 2011, Defendants filed a Notice of Motion and Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) to be heard on December 22, 2011, at 1:30 p.m., or as soon thereafter as the matter may be heard by this Court.

Due to scheduling issues, Plaintiffs' counsel requested that Defendants agree to extend Plaintiffs' time to respond to Defendants' Motion to Dismiss by six days. Counsel for Defendants has agreed to this extension.

Plaintiffs' counsel emailed the Judge's Clerk regarding a deadline for briefing on the Motion to Dismiss. This modification of the briefing schedule is in accordance with the Clerk's indication that briefing must be complete at least one week before the hearing on the Motion to Dismiss.

The parties now stipulate, subject to the Court's approval, as follows:

1. Plaintiffs shall file their opposition to Defendants' Motion to Dismiss First Amended Complaint on or before December 6, 2011; and
2. Defendants shall file their reply brief on or before December 15, 2011.

Dated: November 24, 2011

                        ALIOTO LAW FIRM

                        By:   */s/ Joseph M. Alioto*
                               Joseph M. Alioto (SBN 42680)
                               Theresa D. Moore (SBN 99978)
                               Angelina Alioto-Grace (SBN 206899)
                               Thomas P. Pier (SBN 235740)
                               Jamie L. Miller (SBN 271452)
                               ALIOTO LAW FIRM
                               225 Bush Street, 16th Floor
                               San Francisco, CA  94104
                               Telephone:  (415) 434-8900
                               Facsimile:  (415) 434-9200
                               E-mail:  jmalioto@aliotolaw.com
                               Email:  jmiller@aliotolaw.com

                               Jack W. Lee (SBN 71626)
                               Derek G. Howard (SBN 118082)
                               Sean Tamura-Sato (SBN 254092)
                               MINAMI TAMAKI LLP
                               360 Post Street, 8th Floor

| | |
|---|---|
| 1 | San Francisco, CA 94108-4093<br>Telephone: (415) 788-9000 |
| 2 | Facsimile: (415) 398-3887<br>Email: dhoward@minamitamaki.com |
| 3 | |
| 4 | Daniel R. Shulman (MN SBN 100651)<br>Julie Lynn Boehmke (MN SBN 317330) |
| 5 | Jeremy L. Johnson (MN SBN 328558)<br>GRAY, PLANT, MOOTY, MOOTY &<br>BENNETT |
| 6 | 500 IDS Center, 80 South 8th St.<br>Minneapolis, MN 55402 |
| 7 | Telephone: (612) 632-3000<br>Facsimile: (612) 632-4444 |
| 8 | Email: daniel.shulman@gpmlaw.com<br>Admitted *Pro Hac Vice* |
| 9 | |
| 10 | *Attorneys for Plaintiffs* |
| 11 | |
| 12 | Dated: November 24, 2011 |
| 13 | |
| 14 | SHEARMAN & STERLING LLP |
| 15 | |
| 16 | By: ___/s/ Mikael A. Abye_____<br>Mikael A. Abye (SBN 233458) |
| 17 | James Donato (SBN 146140)<br>Patrick D. Robbins (SBN 152288) |
| 18 | SHEARMAN & STERLING LLP<br>Four Embarcadero Center, Suite 3800 |
| 19 | San Francisco, CA 94111-5994<br>Telephone: jdonato@shearman.com |
| 20 | probbins@shearman.com<br>mbaye@shearman.com |
| 21 | Paul L. Yde (D.C. SBN 449751) |
| 22 | FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP |
| 23 | 701 Pennsylvania Ave., NW Suite 600<br>Washington, DC 20004 |
| 24 | Telephone: (202) 777-4500<br>Facsimile: (202) 777-4555 |
| 25 | Email: paul.yde@freshfields.com<br>Admitted *Pro Hac Vice* |
| 26 | Stuart W. Gold (NY SBN 1639434) |
| 27 | CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza |
| 28 | 825 Eighth Avenue<br>New York, NY 10019 |

|   |   |
|---|---|
| 1 | Telephone: (212) 474-1000 |
| 2 | Facsimile: (212) 474-3700 |

Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: sgold@cravath.com
Admitted *Pro Hac Vice*

*Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/28        , 2011

_____
Richard Seeborg
United States District Judge

*ATTESTATION: Pursuant to General Order 45, Section X.B, I hereby attest that counsel for Plaintiffs have obtained written concurrence from Mr. Abye with regard to the filing of this document.

Dated: November 24, 2011            By:   */s/ Joseph M. Alioto*
                                          Joseph M. Alioto