James Donato (SBN 146140)
Patrick D. Robbins (SBN 152288)
Mikael A. Abye (SBN 233458)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: jdonato@shearman.com
       probbins@shearman.com
       mabye@shearman.com

Paul L. Yde (Admitted Pro Hac Vice)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Ave., NW, Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
Email: paul.yde@freshfields.com

Attorneys for Defendants UAL Corporation,
United Air Lines, Inc., and Continental Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Malaney, et al.,<br><br>                              Plaintiffs,<br><br>          vs.<br><br>UAL CORPORATION, UNITED AIR LINES, INC., and CONTINENTAL AIRLINES, INC.,<br><br>                              Defendants. | CASE NO. 3:10-CV-02858-RS<br><br>**SUPPLEMENTAL DECLARATION OF MIKAEL A. ABYE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Hearing Date:  December 22, 2011<br>Time:          1:30 p.m.<br>Courtroom:     3<br>Judge:         Hon. Richard Seeborg |

I, Mikael A. Abye, declare:

1. I am a member of the bar of this Court and I am associated with the law firm of Shearman & Sterling LLP, counsel to Defendants UAL Corporation, United Air Lines, Inc., and Continental Airlines, Inc. ("Defendants") in the above-captioned proceeding. I submit this declaration in support of Defendants' Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). I make the following statements based on my personal knowledge, and if called to testify to the truth of them, I could and would do so.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants' Ninth Circuit Answering Brief.

3. Attached hereto as Exhibit B is a true and correct copy of the Supreme Court's denial of Plaintiffs' petition for writ of certiorari.

4. Attached hereto as Exhibit C is a true and correct copy of an email correspondence from Jamie Miller to me and my colleague, James Donato, dated November 24, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 15, 2011 in San Francisco, California.

/s/ *Mikael A. Abye*
Mikael A. Abye