# EXHIBIT B

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

December 12, 2011

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: Michael Malaney, et al.
           v. UAL Corporation, et al.
           No. 11-521
           (Your No. 10-17208)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk