# EXHIBIT C

**From:** Jamie Miller [JMiller@aliotolaw.com]
**Sent:** Thursday, November 24, 2011 9:35 AM
**To:** Mikael Abye; James Donato
**Cc:** joseph       alioto@mac.com
**Subject:** RE: Malaney, et al., v. UAL, et al.--Stipulation

Jim and Mik:

Yesterday, Jim called me and asked whether or not the Supplemental Complaint would also be covered by the Motion to Dismiss filed on the 16th. I spoke with Joe and he indicated that it can include both.

--Jamie

-----Original Message-----
From: Mikael Abye [mailto:Mikael.Abye@Shearman.com]
Sent: Wed 11/23/2011 5:31 PM
To: Jamie Miller
Subject: Re: Malaney, et al., v. UAL, et al.--Stipulation

Looks good. You can put it under my signature. Also, the cover page usually doesn't have a page number.

From: Jamie Miller [mailto:JMiller@aliotolaw.com]
Sent: Wednesday, November 23, 2011 03:25 PM
To: James Donato; Mikael Abye
Cc: josephalioto@mac.com <josephalioto@mac.com>
Subject: Malaney, et al., v. UAL, et al.--Stipulation

Jim and Mik:

I'm attaching a draft stipulation, per our discussion earlier today. Please confirm if this is okay to file.

--Jamie

Jamie L. Miller
Alioto Law Firm
225 Bush Street, 16th Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile:  (415) 434-9200
Email: jmiller@aliotolaw.com

IRS Circular 230 Disclosure Any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties and is not intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement.
****************************************************************** This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.