UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 12/22/11  **Time in Court: 1 hour**

**Case No.:** C 10-02858 RS

**Case Title:** Malaney, et al., v. UAL Corp., et al.,

**Appearances:**

    For Plaintiff(s): Joseph Alioto, Derek Howard

    For Defendant(s): Jim Donato, Mikeal Abye

**Deputy Clerk:** Corinne Lew  **Court Reporter:** Debra Pas

**PROCEEDINGS**

Motion to Dismiss Hearing Held.

**SUMMARY**

MOTION/MATTER: ( ) Granted

    ( ) Denied request for Preliminary Injunction.

    ( ) Granted in part/Denied in part

    **(X) Taken under submission**

    ( ) Withdrawn/Off Calendar

    ( ) Continued to:

Order to be prepared by:  ( ) Plaintiff  ( ) Defendant  **(X) Court**