1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**\*E-Filed 12/29/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL MALANEY, et al.,                             No. C 10-02858 RS

             Plaintiffs,                             **JUDGMENT**

    v.

UAL CORPORATION, UNITED AIR
LINES, INC., and CONTINENTAL
AIRLINES, INC.,

             Defendants.
_____/

    Pursuant to the order of dismissal (Dkt. No. 202), judgment is hereby entered in favor of

defendants, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  12/29/11                              _____
                                                             RICHARD SEEBORG
                                                             UNITED STATES DISTRICT JUDGE

No. C 10-02858 RS
JUDGMENT