**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

January 27, 2012

Clerk  
U.S. Court of Appeals  
For the Ninth Circuit  
P.O. Box 193939  
San Francisco, CA 94119-3939

**CASE NUMBER: CV 10-02858 RS**

**CASE TITLE: MICHAEL C MALANEY-v-UAL CORPORATION**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by: Gina Agustine-Rivas  
        Case Systems Administrator

cc: Counsel of Record