# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

September 30, 2011

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT 03 2011

FILED_____
DOCKETED_____
DATE    INITIAL

Re: Michael Malaney, et al.
v. UAL Corporation, et al.
Application No. 11A332
(Your No. 10-17208)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kennedy, who on September 30, 2011 extended the time to and including October 21, 2011.

This letter has been sent to those designated on the attached notification list.

Sincerely,

William K. Suter, Clerk

by
Gail Johnson
Case Analyst

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCT 03 2011

FILED_____
DOCKETED_____ DATE    INIT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Joseph M. Alioto
Alioto Law Firm
225 Bush Street
16th Floor
San Francisco, CA 94104


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526