# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

October 26, 2011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

     Re:  Michael Malaney, et al.
            v. UAL Corporation, et al.
            No. 11-521
            (Your No. 10-17208)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on October 21, 2011 and placed on the docket October 26, 2011 as No. 11-521.

                         Sincerely,

                         **William K. Suter**, Clerk

                         by

                         Gail Johnson
                         Case Analyst